UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION

CIVIL ACTION NO.: 05-30109-MAP

| | |
|---|---|
| JOANN PELLETIER )<br>            Plaintiff, )<br>                          )<br> vs.                       )<br>                          )<br> CHITRA PUBLICATIONS and )<br> SANDRA T. TALBOT          )<br>            Defendants.  ) | **VERIFIED COMPLAINT**<br>**FOR INJUNCTIVE**<br>**RELIEF AND DAMAGES** |

## **COMPLAINT**

Plaintiff by her attorney for the Complaint against Defendants alleges as follows:

JURISDICTION AND VENUE

1.      This is an action for injunctive relief and money damages alleging copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"), and further alleging false designations of origin under the Lanham Act § 43(a), 15 U.S.C. § 1125(a) and unfair competition under Massachusetts General Law, Chapter 93A. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a). Supplemental jurisdiction over the cause of action under the laws of the Commonwealth of Massachusetts is proper as substantially related to those causes of action over which the court has original jurisdiction, pursuant to 28 U.S.C. § 1367.

2.      This Court has personal jurisdiction over Defendant Sandra T. Talbot because Defendant Talbot resides in Massachusetts, and over Defendant Chitra Publications because Defendant Chitra, on information and belief, conducts business in

263635-1

the Commonwealth of Massachusetts and within this district, including the advertising and sale of its products through the Internet to Massachusetts residents.

3.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

4.    All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts and parties. Joinder of the claims will promote the convenient administration of justice and will avoid a multiplicity of separate similar actions against the two Defendants.

<u>THE PARTIES</u>

5.    Plaintiff JoAnn Pelletier ("Plaintiff Pelletier"), an individual having a primary residence of 41 Woolworth Street, Longmeadow, Massachusetts 01106, is the author and owner of copyrights in the design and in the pattern of a quilt.

6.    Upon information and belief, Defendant Chitra Publications ("Defendant Chitra") is a corporation, organized and existing under the laws of the Commonwealth of Pennsylvania, and having a usual place of business at 2 Public Avenue, Montrose, Pennsylvania 18801-1220, which publishes and sells magazines and books dedicated to quilting, wherein such publications include pictures of quilt designs and instructions for creating the pictured quilt designs, and further wherein such publications are offered for sale and sold over the Internet and in retail stores throughout the United States.

7.    Defendant Sandra T. Talbot ("Defendant Talbot") is an individual having a primary residence of 15 Prynnwood Road, Longmeadow, Massachusetts 01106.

<u>COUNT I – COPYRIGHT INFRINGEMENT AS TO</u>
<u>DEFENDANT SANDRA T. TALBOT</u>

8.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-7 above.

9.    On or about January 21, 1993, Plaintiff Pelletier first published an original work of authorship consisting of a unique quilt design (the "Copyrighted Design") and a pattern for recreating the design (the "Copyrighted Pattern"), a copy of which are attached hereto as Exhibit A.

10.    The Copyrighted Design is a unique and original design derived from a log cabin, courthouse quilt design.

11.    On September 17, 2004, Plaintiff Pelletier complied in all respects with the requirements of the Copyright Act, and applied for and received from the Register of Copyrights Certificate of Registration No. VA 1-282-126, which is attached hereto as Exhibit B, for the Copyrighted Design and for the Copyrighted Pattern ("Registered Copyright").

12.    On or about January 21, 1993, Plaintiff Pelletier conducted a quilting class, which was attended by Defendant Talbot and at which Plaintiff Pelletier provided Defendant Talbot with visual and written instructions for the Copyrighted Design and for the Copyrighted Pattern.

13.    On or about April 2000, Plaintiff Pelletier conducted a quilting class (the "Class"), which was attended by Defendant Talbot.  During the course of the Class, Plaintiff Pelletier read a letter and presented a copy of the letter to Defendant Talbot, wherein the letter stated that any quilts expressly or derivatively reproduced from all teachings of Plaintiff Pelletier, including the Copyrighted Pattern, was for Defendant Talbot's own personal use and enjoyment, and was not for public display or publication. See Exhibit C.

14.     On or about April to September 2000, Defendant Talbot threatened to submit the Copyrighted Pattern and the Copyrighted Design to Defendant Chitra Publications ("Defendant Chitra"); consequently, in September, 2000 Plaintiff Pelletier requested that Defendant Talbot no longer attend the Class.

15.     Claiming the Copyrighted Pattern and Copyrighted Design to be the direct result of her own creative endeavor and, hence, belonging exclusively to her, on or about September 2000, Defendant Talbot submitted the Copyrighted Design under the title "Just Spooling Around" to Defendant Chitra, and gave Defendant Chitra permission to publish the Copyrighted Design in Defendant Chitra's various quilting publications, wherein such publications accredited Defendant Talbot with authorship and ownership status over the Copyrighted Design.

16.     On September 21, 2004, Attorney Deborah A. Basile, an attorney at Doherty, Wallace, Pillsbury & Murphy, P.C., located at One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144, working on behalf of Plaintiff Pelletier ("Attorney Basile"), sent a cease and desist letter to Defendant Talbot, which is attached hereto as Exhibit D.

17.     By virtue of the unauthorized use, reproduction, and distribution of the Copyrighted Design, Defendant Talbot has infringed Plaintiff Pelletier's Copyrighted Design all in violation of Title 17 of the United States Code.

18.     The specific acts of copyright infringement alleged above, as well as, Defendant Talbot's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Plaintiff Pelletier from committing further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT II – COPYRIGHT INFRINGEMENT AS TO
DEFENDANT CHITRA PUBLICATIONS

19.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-18 above.

20.    On or about October 2003, without Plaintiff Pelletier's permission, Defendant Chitra published the Copyrighted Design under the title "Just Spooling Around" along with the Copyrighted Pattern in the October/November 2003 issue of Defendant Chitra's "Quiltworks Today" magazine (the "Magazine"), wherein the Copyrighted Design and the Copyrighted Pattern appeared on pages 26-27 of the Magazine. Exhibit E.

21.    On or about 2004, Defendant Chitra published the Copyrighted Design under the title "Just Spooling Around" and the Copyrighted Pattern in a softcover work entitled "A Few of My Favorite Scrap Quilts" (the "Book"). Exhibit F.

22.    The Copyrighted Design is featured on the cover of the Book, on page 3 of the Book and the Copyrighted Pattern is duplicated in the Book at Pages 11 and 15; additionally, credit of authorship is improperly given to Defendant Talbot on Page 15 of the Book. Exhibit F.

23.    On or about September 2004, Plaintiff Pelletier phoned Defendant Chitra and indicated to an agent of Defendant Chitra that Plaintiff Pelletier was in fact the author and the owner of the Copyrighted Design and the Copyrighted Pattern, and that she desired to have Defendant Talbot discredited from any claims of authorship in the Copyrighted Design and the Copyrighted Pattern and that she wanted her name to be credited to the Copyrighted Design and Pattern.

24.    On September 21, 2004, Attorney Basile sent a cease and desist letter to Defendant Chitra, which is attached hereto as Exhibit D.

25.    Defendant Chitra has offered for sale and has sold the Magazine and the Book over the Internet and in retail stores located throughout the United States.

26.    As of April 13, 2005, Defendant Chitra, without Plaintiff Pelletier's permission, continues to publish, advertise, and to sell the Book for profit as evidenced by the following Web sites, which were last accessed on April 14, 2005: http://www.quilttownusa.com/eshop/10browse.asp?category=Books:Traditional/Pieced; and http://www.quilttownusa.com/eshop/10Expand.asp?ProductCode=100%2D169. See Exhibit G.

27.    By virtue of the unauthorized use, reproduction, and distribution of the Copyrighted Design and the Copyrighted Pattern, Defendant Chitra has infringed Plaintiff Pelletier's Copyrighted Design and Copyrighted Pattern all in violation of Title 17 of the United States Code.

28.    The specific acts of copyright infringement alleged above, as well as, Defendant Chitra's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless this Court restrains Plaintiff Pelletier from committing further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

### COUNT III – FALSE DESIGNATION OF ORIGIN AS TO DEFENDANT SANDRA T. TALBOT

29.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-28 above.

30.    As established by the Copyright Registration, Plaintiff Pelletier is the author and the owner of the Copyrighted Pattern and of the Copyrighted Design.

31.    Through her correspondence with Defendant Chitra, and as evidenced by the attribution of the Copyrighted Design to her name, as shown in Exhibit F, Defendant Talbot has falsely portrayed herself as the author of the Copyrighted Design.

263635-1                                  6

32.    Defendant Talbot's false designation of origin is likely to cause consumer confusion as to the authorship and ownership of the Copyrighted Design.

33.    The false designations of origin as well as Defendant Talbot's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless the Court restrains Defendant Talbot from further false designations of the Copyrighted Design, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT IV – FALSE DESIGNATION OF ORIGIN<br>AS TO DEFENDANT CHITRA PUBLICATIONS

34.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-33 above.

35.    As established by the Copyright Registration, Plaintiff Pelletier is the author and the owner of the Copyrighted Pattern and of the Copyrighted Design.

36.    Despite Plaintiff Pelletier's notification to Defendant Chitra that Plaintiff Pelletier is the author and the owner of the Copyrighted Design and of the Copyrighted Pattern, Defendant Chitra has continued to attribute authorship and ownership of the Copyrighted Design and Copyrighted Pattern to Defendant Talbot in Defendant's Chitra's various publications which are sold over the Internet and in various retail stores.

37.    Defendant Chitra's false designation of origin is likely to cause consumer confusion as to the authorship and ownership of the Copyrighted Pattern and Copyrighted Design.

38.    The false designations of origin as well as Defendant Chitra's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless the Court restrains Defendant Chitra from further false

designations of the Copyrighted Design, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT V – UNFAIR COMPEITION UNDER M.G.L. CHAPTER 93A AS TO DEFENDANT SANDRA T. TALBOT

39.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-38 above.

40.    Defendant Talbot is using the Copyrighted Design in a manner that misappropriates Plaintiff's goodwill in the Copyrighted Design. Additionally, by asserting in commerce that she is the author and owner of the Copyrighted Design, Defendant Talbot is misrepresenting the origin of the Copyrighted Design. Such actions constitute an unfair method of competition and unfair or deceptive acts or practices in the conduct of trade or commerce.

41.    Defendant Talbot's participation in these unfair and deceptive acts has occurred primarily and substantially within the Commonwealth of Massachusetts.

42.    By engaging in the activities described above, Defendant Talbot has engaged in an unfair method of competition and in unfair and deceptive acts and practices in violation of the Commonwealth of Massachusetts Consumer Protection Laws, M.G.L. c. 93A, § 11.

43.    Defendant Talbot's acts of unfair competition were willful and knowing and have caused and are causing great and irreparable injury to Plaintiff and to the Copyrighted Design and goodwill represented thereby in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff Pelletier with no adequate remedy at law.

263635-1    8

44.    By reason of the foregoing, Plaintiff Pelletier is entitled to injunctive relief against Defendant Talbot, restraining further acts of unfair competition, and to recover attorneys' fees and any damages proven to have been caused by reason of Defendant Talbot's aforesaid acts of unfair competition.

### COUNT VI – UNFAIR COMPEITION UNDER M.G.L. CHAPTER 93A AS TO DEFENDANT CHITRA PUBLICATIONS

45.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-44 above.

46.    Defendant Chitra is using the Copyrighted Design and the Copyrighted Pattern in a manner that misappropriates Plaintiff's goodwill in the Copyrighted Design and the Copyrighted Pattern. Additionally, by asserting in commerce that Defendant Talbot is the author and owner of the Copyrighted Design, Defendant Chitra is misrepresenting the origin of the Copyrighted Design. Such actions constitute an unfair method of competition and unfair or deceptive acts or practices in the conduct of trade or commerce.

47.    Defendant Chitra's participation in these unfair and deceptive acts has occurred primarily and substantially within the Commonwealth of Massachusetts.

48.    By engaging in the activities described above, Defendant Chitra has engaged in an unfair method of competition and in unfair and deceptive acts and practices in violation of the Commonwealth of Massachusetts Consumer Protection Laws, M.G.L.c. 93A, § 11.

49.    Defendant Chitra's acts of unfair competition were willful and knowing and have caused and are causing great and irreparable injury to Plaintiff and to the Copyrighted Design, Copyrighted Pattern, and goodwill represented thereby in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff Pelletier with no adequate remedy at law.

50.    By reason of the foregoing, Plaintiff Pelletier is entitled to injunctive relief against Defendant Chitra, restraining further acts of unfair competition, and to recover attorneys' fees and any damages proven to have been caused by reason of Defendant Chitra's aforesaid acts of unfair competition.

## RELIEF REQUESTED

WHEREFORE, the Plaintiff prays that:

I.    Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, Plaintiff's copyrighted work pursuant to 17 U.S.C. § 502;

II.    Defendants be ordered to pay damages for each claim of infringement, pursuant to 17 U.S.C. § 504;

III.    Defendants be ordered to pay costs, including reasonable attorneys fees, pursuant to 17 U.S.C. § 505; and

IV.    Defendants, their agents, servants, employees, and all persons acting under their supervision and authority be enjoined and restrained from falsely designating the origin of the Copyrighted Pattern and the Copyrighted Design in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

V.    Defendants be ordered to pay damages, costs and attorneys' fees for the violations of § 43(a) of the Lanham Act, pursuant to 15 U.S.C. § 1117.

VI.    That pursuant to M.G.L.c. 93A, § 11, Plaintiff be awarded double or treble damages, attorneys' fees, and costs.

263635-1

VII.    Any other and further relief which the Court may deem appropriate.

## DEMAND FOR JURY

The Plaintiff demands a trial by jury on all counts.

## VERIFICATION

I, JoAnn Pelletier, plaintiff in the above matter, state that I have read the foregoing Verified Complaint and the facts set forth therein are true except for those stated upon information and belief and as to those I believe them to be true.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 30th day of April, 2005.

JoAnn Pelletier
Plaintiff

Dated: April ____, 2005

THE PLAINTIFF
JOANN PELLETIER

By: _____
Michael K. Callan, Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, Massachusetts 01144-1900
Telephone: (413) 733-3111
Telecopier: (413) 734-3910
BBO Number 558912

A

# "sew" many SPOOLS

© 1993 Jo Ann Pelletier - all rights reserved

***Please*** read all instructions carefully.

The **SPOOLS** are "courthouse step" log cabin blocks.
Finished block size is 3 3/4" square (4 1/4" including 1/4" seams).
You will be making 96 "spools" blocks - 8 across x 12 down.
"Scant" 1/4" seams are very important.

## CUT -



   ***THREAD*** "center" - various plaids, strips, or prints
      Cut 96,  2 3/4" squares

   *LOGS* - all "logs" are cut 3/4" wide
      **BACKGROUND/muslin  logs** - amounts are for entire quilt
         #1 log = 3/4" wide x 2 3/4" long - CUT 192
         #3 log = 3/4" wide x 3 1/4" long - CUT 192
         #5 log = 3/4" wide x 3 3/4" long - CUT 192

      **SPOOL logs**  -  for EACH block cut the following -
            cut 2 of EACH of log #2, #4, #6 (for each block).
            Remember, there are 96 blocks.
         #2 log = 3/4" wide x 3 1/4" long - CUT 2
         #4 log = 3/4" wide x 3 3/4" long - CUT 2
         #6 log = 3/4" wide x 4 1/4" long - CUT 2

   ***SASHING/muslin*** - cut <u>212</u> (total amount needed)
      Cut 1 1/2" wide x 4 1/4" long

   ***CORNERSTONES*** - various black prints
      Cut 117,  1 1/2" squares

   ***BORDER 1*** - CUT 6,  1 1/4" x 40" strips (or width of fabric selvage to selvage)

   ***BORDER 2*** - CUT 6,  3 1/4" x 40" strips (or width of fabric selvage to selvage)

   ***BINDING*** - CUT 6,  2 1/2" x 40" strips (or width of fabric selvage to selvage)

Page 2

# CONSTRUCTION - all seams are sewn with **"scant" 1/4"** seams.   This is **very important**.   If your seam allowance is too wide, the block will not measure the correct size. You will check the size of the block AFTER each "ROUND" (see at end of step 1 how to do this).

# STEP 1 - "ROUND 1"



to the 2 3/4" square ***"THREAD center"***, add logs #1
(3/4" x 2 3/4" background fabric) to EACH SIDE.
Press towards the logs.
then add #2 logs (3/4" x 3 1/4" spool fabric)
and press towards the logs.

## IMPORTANT - check the size of the block with your "square ruler".
The block should measure 3 1/4" sq.   Trim if necessary to get rid of any excess over 3 1/4" sq.    If the block measures less than the correct size, your **seams** are too wide.
-   **ROUND 1 = 3 1/4" SQUARE**  -

# STEP 2 -



Add logs #3 - (3/4" x 3 1/4" background fabric), press
Add logs #4 (3/4" x 3 3/4" spool fabric), press
**ROUND 2 = 3 3/4" square**

# STEP 3 -



Add logs #5 (3/4" x 3 3/4" background fabric), press
Add logs #6 (3/4" x 4 1/4" spool fabric), press
**ROUND 3 = 4 1/4" square**

© 1993 Jo Ann Pelletier - all rights reserved

Page 3

# ASSEMBLY -

Lay the blocks down - 8 rows across x 12 rows down as the diagram below shows.   Leave a space and place the SASHING (1 1/2" x 4 1/4" strips) and the 1 1/2" CORNERSTONE blocks as pictured.

Stitch together by rows -
   ROW 1 - CORNERSTONES & SASHING, press to sashing.
   ROW 2 - SASHING & "SPOOL" block, press to sashing.
   Continue till rows are done.

Stitch the ROWS together.

***BORDER 1*** - cut 2 of the strips to fit top and bottom of quilt - should be about 39 1/2" (check the size of your quilt top).   Stitch, press toward outside.   Stitch the 4 remaining strips together - measure, cut and add to sides (should be about 60").   Press

***BORDER 2*** - Top and bottom of quilt should be about 41" wide (remember, check to see what yours actually measures)..   Cut 2 border strips to fit (or piece strips together if needed).   Stitch and press.   Stitch the 4 remaining strips together - measure, cut and add to sides (should be about 66").   Press

***FINISHING*** - Layer top,
   batting & backing.

   Quilt or tie.
   (recommendation -
   "stitch in the ditch"
   quilting)

   Add binding

Thank you for purchasing my pattern.
I hope you enjoyed the process of
making this "very UNIQUE" quilt.

*Jo Ann Pelletier*

©1993 Jo Ann Pelletier - all rights reserved

# "sew" many SPOOLS #101

### 46" x 66" finished quilt

These SPOOLS are "courthouse step" log cabin blocks. The blocks finish 3 3/4" square and are made with logs that finish 1/4" wide. You'll be successful (making these small logs) by following the instructions carefully. Very "UNIQUE"!

## MATERIALS NEEDED:



THREAD "CENTER" - 96  (2 3/4" squares)
    plaids, strips or prints
SPOOLS - 20 (more or less) brown print "fat eighth" (a fat eighth measures 9" x 22")
BACKGROUND muslin - 3 1/4 yards (used in "spool" block and for SASHING)
CORNERSTONES - 117, 1 1/2" squares cut from 20 (more or less) black prints
BORDER 1 (red) - 1/3 yard
BORDER 2 (black print) - 3/4 yard
BINDING (black) - 3/4 yard
BACKING & BATTING - 49" x 69"

Jo Ann Pelletier designs
P O Box 60732
Longmeadow MA 01116
413 567-7146

All rights reserved. No part of this pattern may be reproduced or photocopied in any form without prior written consent. All finished items are protected by copyright and may not be reproduced for any commercial use. Federal copyright laws protect all of the above. This pattern is intended for your personal use only.
© 1993 Jo Ann Pelletier



Jo Ann Pelletier designs



#101

"sew" many SPOOLS

© 1993 Jo Ann Pelletier



B

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
**VA 1-282-126**
REGISTRATION NUMBER

VA

**EFFECTIVE DATE OF REGISTRATION**

**SEP 17 2004**
Month        Day        Year

LATE CONTINUATION SHEET

---

**1**

**Title of This Work ▼**
"sew" many SPOOLS

**NATURE OF THIS WORK ▼ See Instructions**
fabric design — PATTERN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

---

**2**

**NOTE**

Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**NAME OF AUTHOR ▼**
**a** JoAnn Pelletier

**DATES OF BIRTH AND DEATH**
Year Born ▼  5/31/1938   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  USA
    Domiciled in  USA }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork  *pattern*   ☐ Photograph    ☒ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**
**b**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  _____
    Domiciled in  _____ }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**  **Year in Which Creation of This Work Was Completed**  1993
This information must be given  Year in all cases.

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published
Month  JAN  Day  21  Year  1993
USA  Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
JoAnn Pelletier
41 Woolworth St
Longmeadow
MA 01106

**APPLICATION RECEIVED**
SEP 17 2004
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 17 2004
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.        Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☒ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: **Previous Registration Number ▼**  **Year of Registration ▼**

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

a — See instructions before completing this space.

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name ▼**  **Account Number ▼**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

JoAnn Pelletier
41 Woolworth St
Longmeadow MA 01106

b

Area code and daytime telephone number (413) 567-7146   Fax number (413) 567-4258

Email joejoann@comp3.net

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

JoAnn Pelletier   Date 9/14/2004

Handwritten signature (X) ▼

X   JoAnn Pelletier

**9** Certificate will be mailed in window envelope to this address

| Name ▼ | |
|---|---|
| JoAnn Pelletier | |
| Number/Street/Apt ▼ | |
| 41 Woolworth St | |
| City/State/ZIP ▼ | |
| Longmeadow MA 01106 | |

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—60,000   Web Rev June 2002   ⊕ Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,028

given to 4 classes - May 2000 - (75-96 people)

Log Cabin Club                                    JoAnn Pelletier

— April 2000 —

Because of copyright infringment laws (and how the growing awareness of design rights has affected our quiltmaking) —
    I FEEL THAT I MUST MAKE THE
        FOLLOWING REQUEST —

The LOG CABIN sampler blocks are intended to be used in your log cabin sampler being made in class. The finished quilt (or whatever you make using these blocks) is for your own personal use and enjoyment — NOT for public display or publication.
    This also applies to "BONUS" quilts made in class.

                    JoAnn Pelletier

D

# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

**ATTORNEYS AT LAW**

ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
JOHN E. BONINI*
MICHAEL J. BONANNO*

TELECOPIER (413) 734-3910
WWW.DWPM.COM
E MAIL: DWPM@DWPM.COM

MATTHEW J. RYAN, JR.
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
** ALSO ADMITTED IN NEW YORK
‡ ALSO ADMITTED IN DISTRICT OF COLUMBIA

September 21, 2004

## CERTIFIED MAIL RETURN RECEIPT REQUESTED
## 7160 3901 9848 5876 8040

Ms. Sandra T. Talbot
15 Prynnwood Road
Longmeadow, MA 01106

**Certified Article Number**
7160 3901 9848 5876 8040
**SENDERS RECORD**

## CERTIFIED MAIL RETURN RECEIPT REQUESTED
## 7160 3901 9844 9045 8675

Ms. Christiane Meunier
Chitra Publications, Inc.
2 Public Avenue
Montrose, PA 18801-1220

**Certified Article Number**
7160 3901 9844 9045 8675
**SENDERS RECORD**

Re:     <u>Copyright Infringement</u>

Dear Ms. Talbot and Ms. Meunier:

Please be advised that this office represents JoAnn Pelletier, of Longmeadow, Massachusetts. JoAnn is the owner of certain copywritten material as further described in this letter. It has come to our attention that you are using JoAnn's copywritten material consisting of a quilt pattern which you have called "Just Spooling Around" (the "Protected Design" or the "Pattern") without authority.

As you may know, by federal law, the owner of a copyright has the exclusive right to reproduce and distribute the copyrighted work. Accordingly, a validly copyrighted work is infringed when unauthorized reproductions of the copyrighted work have been made. JoAnn taught her spool Protected Design in quilting classes beginning in 1993. She disclosed the Pattern for the purpose of teaching her students. She made it clear to all of her students that they were not authorized to copy and distribute the Pattern, as it was her work of artistic expression. She did authorize each student to use the Pattern as a learning tool and to make a quilt for her

240888-1

documentary evidence supports that she wrote the Pattern

DOHÉRTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Ms. Sandra T. Talbot
Ms. Christiane Meunier
September 21, 2004
Page 3

owner of this artistic work, JoAnn has the exclusive right to reproduce and to distribute the Pattern and Protected Design (17 USC § 106). Because Ms. Talbot and Chitra have published, reproduced and distributed the Pattern and the Protected Design without JoAnn's authorization, you have both infringed JoAnn's copyright upon publication of the Protected Design and Pattern in Chitra Publications, Inc. *Quiltworks Today*. October/November, 2003 issue at pages 26 and 27 (the "magazine").

Subsequent to that unauthorized publication, you recently published, reproduced and distributed the Protected Design in a book entitled *A Few of My Favorite Scrap Quilts* also published by Chitra Publications, Inc. (the "book"). In fact, it is featured on the cover of the book, on page 3 in the book and the Pattern is duplicated in the book at pages 11 and 15 in violation of federal copyright law. You, Ms. Talbot, have held yourself out to by the owner of the artistic expression manifested in the Protected Design in both the magazine and the book when in fact you are not. You have published your photograph with JoAnn's quilt Pattern, falsely claiming credit for its design. You falsely informed Chitra Publications that you were the owner of the Protected Design and that no one else had any rights to the Protected Design, when you knew that to be false.

Not only have your actions been egregious, insulting and personally cruel, but you have violated federal and state law. Both you and Chitra have taken action in reckless disregard for the true owner's copyright notwithstanding actual notice of such right.

Chitra Publications, Inc. has reproduced, duplicated, published and distributed the Protected Design in violation of federal copyright law.

Chitra may attempt to claim that it relied to its detriment on the false claims of Ms. Talbot. Unfortunately for Chitra, detrimental reliance is no defense to copyright infringement. Accordingly, demand is made of Chitra as follows:

1.    JoAnn demands that Chitra cease and desist from selling the book, remove the book immediately from the shelves of its retailers and from the Internet.

2.    JoAnn demands that Chitra publish the written apology in its next magazine issue and on the Internet exactly as demanded above.

3.    JoAnn demands that Chitra remove the magazine from the website and cease and desist sales of that issue of the magazine.

4.    JoAnn demands damages in the total amount of $50,000.00.

The magazine and book, although informational, are commercial. The publications developed and published by Chitra Publishing, Inc. are primarily for the purpose of generating

240888-1

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Ms. Sandra T. Talbot
Ms. Christiane Meunier
September 21, 2004
Page 4

revenue for Chitra and promoting products used by quilters for financial gain.  Chitra is hoping that consumers will be  impressed with JoAnn's Protected Design quilt and buy the magazine or the book and all of the quilting materials from the advertisers of Chitra and from those retail outlets which sell Chitra's publications.  Therefore, the publications are a form of commercial speech for the purpose of influencing consumers to buy it's goods.  It appears that the publications are adequately disseminated to the relevant purchasing public, since the publications are available over the Internet.  Because the Chitra publications are available on-line at Chitra's website www.quilttownusa.com, it could be argued that consumers interested in purchasing quilting products would be likely go to the Chitra website, and encounter the Chitra publications.  Thus, therefore, the Internet constitutes sufficient distribution and  the Chitra website is a commercial publication.

The statements made in the publications are false and misleading.  Ms. Talbot holds herself out as the owner of the Pattern and Protected Design when she is not.  JoAnn shall prove that the statements  made are literally false and as such can do nothing but mislead and confuse consumers.

**JoAnn will not condone nor ignore this infringement and intends to hold both Ms. Talbot and Chitra Publications, Inc. legally accountable.  JoAnn will seek fair and reasonable compensation for the improper use of  her Protected Design and damages for infringement. Accordingly, JoAnn reiterates the  demands set forth in this letter.  Should either of you  fail to comply with the demands completely and in a timely fashion in the sole opinion of JoAnn, JoAnn will pursue her legal remedies to the full extent of the law. Absent complete compliance with the demands made herein, JoAnn will initiate litigation in the United States District Court for the District of Massachusetts for statutory damages, actual damages equivalent to income received and sales generated by both parties as a result of this infringement  and for all other rights and remedies available by all applicable state or federal law.  Nothing herein shall be interpreted as a limitation of the rights and remedies available to JoAnn.**

Please do not contact or attempt to contact JoAnn Pelletier.  All communication regarding this matter must be made through the undersigned.  Please confirm immediately upon receipt of this letter your prompt compliance with the demands herein.

Very truly yours,

Deborah A. Basile

DAB/cm

Enclosure

cc:    JoAnn Pelletier

240888-1

**E**



# Just Spooling Around

Sandra Touchette Talbot of Longmeadow, Massachusetts, loves making scrap quilts. She used lots of plaid and stripe fabrics when creating "Just Spooling Around" (54 1/2" square). Sandra says her plan was to make a wallhanging, but she had so much fun making the blocks that it turned into a quilt of 100 spools." The quilt was expertly machine quilted in the ditch by Jan Austin Gilbert.



# Just Spooling Arou...

**Quilt Size:** 54 1/2" square
**Block Size:** 4" square

## Materials

- 100 assorted prints, plaids, and stripes, each at least 3" square
- 25 brown prints, each at least 13" square
- 21 assorted black prints, each at least 3" square
- 2 1/3 yards muslin
- 1 3/4 yards black stripe for the border
- 2/3 yard black print for the binding
- 3 1/2 yards backing fabric
- 59" square of batting
- Foundation paper (optional)

## Cutting

*Dimensions include a 1/4" seam allowance.*

- Cut 100: 3" squares, assorted prints, plaids, and stripes

*From each brown print:*
NOTE: *Separate each group of 8 strips into 2 piles of 4.*
- Cut 8: 3/4" x 4 1/2" strips
- Cut 8: 3/4" x 4" strips
- Cut 8: 3/4" x 3 1/2" strips

*From the muslin:*
- Cut 180: 1 1/2" x 4 1/2" strips, for the sashing

- Cut 200: 3/4" x 4" strips
- Cut 200: 3/4" x 3 1/2" strips
- Cut 200: 3/4" x 3" strips

*From the assorted black prints:*
- Cut 81: 1 1/2" squares

*Also:*
- Cut 4: 3 1/4" x 58" strips, black stripe, for the border
- Cut 6: 2 1/2" x 40" strips, black print, for the binding

## Directions

**1.** Stitch a 3/4" x 3" muslin strip to a 3" print square. Chain stitch a 3/4" x 3" muslin strip to each of the remaining 3" squares.



**2.** Clip the units apart.
**3.** Chain stitch a 3/4" x 3" muslin strip to the opposite side of each square.
**4.** Clip the units apart and press the seam allowances toward the muslin. Trim the seam allowances to 3/16".



**5.** Chain stitch 3/4" x 3 1/2" print strips to the square u... shown. Use only 4 strips ... brown print. Clip the units ...



**6.** Chain stitch a 3/4" x ... matching brown print strip... opposite side of each unit.



**7.** Clip the units apart an... the seam allowances towa... brown print. Trim the allowances to 3/16".
**8.** Chain stitch 3/4" x 3 1/2"... strips to the muslin sides... unit. Press and trim, as befo...



**9.** Chain stitch 3/4" x 4" m... brown print strips to eac...
*(continued on p...*



**Sandra
Talbot**

**Quilt Size:** 54 1/2" square
**Block Size:** 4" square

## Materials

*Yardage is based on fabric with
a useable width of 40".*

- 100 assorted prints, plaids,
  and stripes, each at least 3"
  square

- 25 brown prints, each at
  least 10" square

- 21 assorted black prints
  each at least 3" square

- 2 1/3 yards muslin

- 1 3/4 yards black stripe for
  the border

- 2/3 yard black print for the
  binding

- 3 1/2 yards backing fabric

- 59" square of batting

- foundation paper
  (optional - see page 28)

## Cutting

*Dimensions include a 1/4" seam
allowance.*

- Cut 100: 3" squares, assorted
  prints, plaids, and stripes

**From each brown print:**
NOTE: *Separate each group of 8
strips into 2 piles of 4.*

- Cut 8: 3/4" x 4 1/2" strips
- Cut 8: 3/4" x 4" strips
- Cut 8: 3/4" x 3 1/2" strips

**From the muslin:**

- Cut 180: 1 1/2" x 4 1/2" strips
- Cut 200: 3/4" x 4" strips
- Cut 200: 3/4" x 3 1/2" strips
- Cut 200: 3/4" x 3" strips

**From the assorted black prints:**

- Cut 81: 1 1/2" squares

**Also:**

- Cut 4: 3 1/4" x 58" strips,
  black stripe, for the border
- Cut 6: 2 1/2" x 40" strips,
  black print, for the binding

## Directions

**1.** Stitch a 3/4" x 3"
muslin strip to a 3" print
square. Chain stitch a
3/4" x 3" muslin strip to
each of the remaining
3" squares.
**2.** Clip the units apart.
**3.** Chain stitch 3/4" x 3" muslin
strips to the opposite side of each
square.
**4.** Clip the units apart and press
the seam allowances toward the
muslin. Trim the seam allowances to
3/16".

**5.** Chain stitch 3/4"
x 3 1/2" brown print
strips to the square
units, as shown. Use
only 4 strips of each
brown print. Clip the
units apart.



**6.** Chain stitch 3/4" x 3 1/2"
matching brown print strips to the
opposite side of each unit.



**7.** Clip the units apart and press
the seam allowances toward the
brown print. Trim the seam
allowances to 3/16".
**8.** Chain stitch 3/4" x 3 1/2"
muslin strips to the
muslin sides of
each unit. Press
and trim, as before.
**9.** Chain stitch 3/4" x 4" matching
brown print strips to each unit. Press
and trim.



**10.** Chain stitch the 3/4" x 4"
muslin strips to the muslin sides of
each unit. Press and trim.
**11.** Chain stitch the 3/4" x 4 1/2"
matching brown print strips to the
remaining sides. Press and trim.



F

# A Few of My Favorite
# SCRAP ❖ QUILTS

by
Christian
Meunier

# 10
# Full-Size
# Patterns

# ❖ *Introduction* ❖

While looking through past issues of *Quilting Today* and *Traditional Quiltworks* magazines for inspiration, I noticed that it is always the same quilts that jump out at me. *They are the quilts I loved when we first* chose them to be in the magazine, and years *later, all* I need is to flip through the pages and catch a glimpse of them to fall in love with them again. Usually they're scrap quilts. I enjoy making scrap quilts as much as I do looking at them.

Scrap quilts originally were a tribute to our ancestors' ability to turn scarcity into beauty. They transformed their lack of material into a glorious celebration of life. With the wealth of fabric available today, scrap quilts can be more expressive than ever. Using lots of different fabrics can give quilts a visual depth and range of texture that is more difficult to attain with fewer fabrics. "Myths of Avalon," one of the patterns in this book, wouldn't be quite as interesting if it were a red and white quilt. But as it's shown here, your eyes travel around the surface of the quilt, resting in a certain area and studying others. It's a wonder that so many different elements can come together as a beautiful and harmonious unit.

Scrap quilts are also a lot of fun to make. As long as you have fabric in your stash, you never have to worry about running out of a particular one late at night. And if your stash is like mine, you're home free for the rest of your life! Working with a lot of different fabrics gives you the freedom to be daring and to use

Copyright ©2004 Chitra Publications
All Right Reserved.
Published in the United States of America.
Printed in China

Chitra Publications
2 Public Avenue
Montrose, Pennsylvania 18801-1220

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system now known or to be invented, without permission in writing from the publisher, except by a reviewer who wishes to quote brief passages in connection with a review written for inclusion in a magazine, newspaper, or broadcast.

First Printing 2004

Library of Congress Cataloging-in-Publication Data

Meunier, Christiane.
   A few of my favorite scrap quilts / by Christiane Meunier.
     p.cm.
   ISBN 1-885588-58-5 (pbk)
   1. Patchwork--Patterns. 2. Quilting. I. Title.
TT835 .M48722 2004
746.46'041--dc22

                    2004004696

Edited by.........Debra Feece  ❖  Design and Illustrations.....Diane Albeck-Grick
Photography..................Van Zandbergen Photography, Brackney, Pennsylvania
                                       unless otherwise noted

# ❖ *Patterns* ❖



Spring
Trees.................4



Baskets.....



Picket



Winding
Ways....

18

a little bit of that lime green that is so "not you." Scrap quilts are also very forgiving; you don't have to have the perfect plan when starting out. If your design gets too bright, just start making more dark blocks. If it gets too dull, step up on the brights. As you go through the process of making a block or two at a time, there's usually time to balance things out. And you never get stuck having to make 32 more blocks exactly like the 16 you just made!

The 10 quilts in this book are a few of my favorite scrap quilts. I hope they inspire you to get your fabric out and start playing!

Happy quilting!







......6



Just Spooling Around...........10



Eclipse............12



Tom's Nappy Quilt............16



....20



Myths of Avalon.............22



Triangulation Revisited..........26



Joanne's Quilt...........28



# Just Spooling Around

*Sandra Touchette Talbot of Longmeadow, Massachusetts, loves making scrap quilts. She used lots of plaid and stripe fabrics when creating "Just Spooling Around." Sandra says her plan was to make a wallhanging but she had so much fun making the blocks that it turned into a "quilt of 100 spools." The quilt was expertly machine quilted by Janis Austin Gilbert.*







**Books**
**Back Issues**
**Patterns**
**Notions & Tools**
**Notecards**
**Quilt Hangers**
**Clearance ★**
**Help Desk**
**Wholesale NEW!**
**QuilttownUSA.com ›**

**View Cart**

▸ Browse Catalog  ▸ **Review Order**  ▸  **Customer Info**  ▸  **Payment/Shipping**  ▸  Co

(Your shopping cart is empty)

| | **Search** | Books:Traditional/Pieced |

**Displaying 1 through 10 of 22 products.**



**Mary's Favorite Blue and White Quilts - Available May 1st**
By Mary Koval. SHIPS MAY 1st. Mary Koval brings you 9 of the finest examples of antique Blue & White quilts she has come upon. Easy step-by-step instructions enable you to make these beautiful quilts your own.

**$16.95**  **Add to Cart** ✛



**A Few of My Favorite Christmas Quilts - Available May 1st**
By Christiane Meunier SHIPS MAY 1st. Finally! A book of beautiful Christmas Quilts that challenge the most experienced quilter and invite the novice to join the fun. Everyone will be able to decorate with quilts for the holidays with the step-by-step patterns in this book.

**$16.95**  **Add to Cart** ✛



**A Few of My Favorite Antique Quilts**
by Christiane Meunier. The nine full-size quilts in this book span more than a century....

**$16.95**  **Add to Cart**



**Strip Easy**
by Christiane Meunier - Streamline the cutting and piecing process while making the 9 great quilts in this book.

**$16.95**  **Add to Cart** ✛

**Natures Beauty in Redwork**



by Debra Feece - The 25 redwork patterns in this book are stunning reproductions from an antique quilt that Debra rescued

**$18.95** Add to Cart +



### A Few of My Favorite Scrap Quilts
"Scrap quilts are fun to make," says popular author Christiane Meunier.

**$14.95** Add to Cart



### Colorful Quilts
by Sharyn Craig, Christiane Meunier, and others. If you love colo you'll love the quilts in this book! Renowned quilters and long-tim friends, Sharyn Craig and Christiane Meunier share their own designs plus six more of their all-time favorites.

**$14.95** Add to Cart



### Mary's Favorite '30s Quilts
11 designs chosen to honor Grandma Buddy, by Mary Koval. As a highly regarded antique dealer and quilt teacher, Mary has come upon thousands of remarkable antique quilts.

**$14.95** Add to Cart +



### Fabulous Flower Quilts
Make any of these eight beautiful quilts and create a year-round garden in your home. Using what Bea Yurkerwich calls "Gentle Geometrics", Bea designed these colorful quilts so they are easy to piece.

**$14.95** Add to Cart

### Nine Patch & Snowball Quilts
by Elsie Campbell. Inspired by Sharyn Craig's Design Challenge articles in Traditional Quiltworks and now QuiltWorks Today magazines, Elsie Campbell designed several exciting quilts with just two blocks - the Snowball and Nine Patch.

 **$14.95**   **Add to Cart** ✛

⟲ **Return**     ▦ **Home**    **More** ▦

**Displaying 1 through 10 of 22 products.**

▲ **Top**

**Customer Service | Frequently Asked Questions | About Us | Contact Us**
© 2003, Chitra Publications, Inc. All Rights Reserved.





**Books**

**Back Issues**

**Patterns**

**Notions & Tools**

**Notecards**

**Quilt Hangers**

**Clearance ★**

**Help Desk**

**Wholesale** NEW!

**QuilttownUSA.com›**

View Cart

▸ Browse Catalog  ▸ Review Order  ▸ Customer Info  ▸ Payment/Shipping  ▸ C

(Your shopping cart is empty)

## A Few of My Favorite Scrap Quilts



"Scrap quilts are fun to make," says popular author Christiane Meunier. She chos scrap quilts from past issues of Quilting Today, Traditional Quiltworks and Qu magazines that are sure to become your favorites too. With the wealth of fabric scrap quilts can be more expressive than ever. So dig into that fabric stash and s scrap quilt today!

Product Code: **100-169**

**$14.95**

Cancel Selection    C

Customer Service | Frequently Asked Questions | About Us | Contact Us

© 2003, Chitra Publications, Inc. All Rights Reserved.

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

PELLETIER, JOANN

**DEFENDANTS**

CHITRA PUBLICATIONS
TALBOT, SANDRA T.

**(b)** County of Residence of First Listed Plaintiff    HAMPDEN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Doherty, Wallace, Pillsbury & Murphy, P.C.
1414 Main St., 19th Floor, Spfld. MA
01144, Michael K. Callan, Esq.
(413) 733-3111

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane    [ ] 362 Personal Injury— | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product   Med. Malpractice | [ ] 625 Drug Related Seizure | [ ] 423 Withdrawal | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability    [ ] 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel &   Product Liability | [ ] 630 Liquor Laws | | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander    [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers'   Injury Product | [ ] 650 Airline Regs. | [ ] 820 Copyrights | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans | Liability    Liability | [ ] 660 Occupational | [X] 830 Patent | [ ] 810 Selective Service |
| (Excl. Veterans) | [ ] 340 Marine    **PERSONAL PROPERTY** | Safety/Health | [ ] 840 Trademark | [ ] 850 Securities/Commodities/ |
| [ ] 153 Recovery of Overpayment | [ ] 345 Marine Product   [ ] 370 Other Fraud | [ ] 690 Other | | Exchange |
| of Veteran's Benefits | Liability    [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle   [ ] 380 Other Personal | | [ ] 861 HIA (1395ff) | 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle   Property Damage | [ ] 710 Fair Labor Standards | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | Product Liability   [ ] 385 Property Damage | Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| | [ ] 360 Other Personal Injury   Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt.Reporting | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting    [ ] 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment   Sentence | [ ] 740 Railway Labor Act | | [ ] 900 Appeal of Fee |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/    Habeas Corpus: | | [ ] 870 Taxes (U.S. Plaintiff | Determination |
| [ ] 240 Torts to Land | Accommodations   [ ] 530 General | [ ] 790 Other Labor Litigation | or Defendant) | Under Equal Access to |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare    [ ] 535 Death Penalty | | [ ] 871 IRS — Third Party | Justice |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights   [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. | 26 USC 7609 | [ ] 950 Constitutionality of |
| | [ ] 550 Civil Rights | Security Act | | State Statutes |
| | [ ] 555 Prison Condition | | | [ ] 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

18 U.S.C. §§ 101

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE     DOCKET NUMBER

DATE    May 4, 2005     SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 3/99)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)  Joann Pelletier v. Chitra Publications

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER
    SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

    _____   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    __√__   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740,
                  790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          * Also complete AO 120 or AO 121
                                                                                      for patent, trademark or copyright cases

    _____   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                  315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                  380, 385, 450, 891.

    _____   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                  690, 810, 861-865, 870, 871, 875, 900.

    _____   V.    150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES.  (SEE LOCAL RULE 40.1(E)).  N/A

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                        YES ☐      NO ☒

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC
    INTEREST?   (SEE 28 USC 2403)                       YES ☐      NO ☒
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                        YES ☐      NO ☒

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC
    2284?                                               YES ☐      NO ☒

7.  DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL DIVISION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER
    COUNTY) - (SEE LOCAL RULE 40.1(C)).                 YES ☐      NO ☒
    OR IN THE WESTERN DIVISION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)?(SEE LOCAL RULE 40.1(D)).
                                                        YES ☐      NO ☒

8.  DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN DIVISIONS OF THE DISTRICT?
                                                        YES ☐      NO ☒
    (a)     IF YES, IN WHICH DIVISION DOES THE PLAINTIFF RESIDE?_____

9.  IN WHICH DIVISION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?  Western

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF
    THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL DIVISION; YES ☐ NO ☐          OR WESTERN DIVISION;    YES ☐     NO ☐

11. ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR ADR? IF SO, BY WHICH ADR?

    EARLY NEUTRAL EVALUATION ☐     MEDIATION ☐     SUMMARY JURY/BENCH TRIAL ☐

    MINI-TRIAL ☐                   OTHER ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Michael K. Callan

ADDRESS  Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, 1414 Main St.,
                                                      Springfield, MA 01144
TELEPHONE NO.  (413) 733-3111

(Category Form.wpd - 3/28/2000)