UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION        Civil Action No. 3:05-CV-30109-MAP

|  |  |
|---|---|
| JOANN PELLETIER<br>    Plaintiff,<br><br>vs.<br><br>CHITRA PUBLICATIONS and<br>SANDRA T. TALBOT<br>    Defendants. | )<br>)<br>)<br>) AFFIDAVIT OF SERVICE ON<br>) CHITRA PUBLICATIONS<br>)<br>)<br>)<br>)<br>) |

I, Michael K. Callan, Esquire, being duly sworn, state that I made service in the above entitled case on behalf of the plaintiff, Joann Pelletier, in accordance with Massachusetts General Laws, Chapter 223A and Chapter 175, § 151, upon the defendant, Chitra Publications, by mailing postage pre-paid, a copy of the Summons, Complaint, and Statement of Damages, by certified mail, return receipt requested, addressed to the following persons and/or organizations as is evidenced by the return receipts attached hereto:

Chitra Publications
2 Public Avenue
Montrose, PA 18801-1220

**Certified Mail Article No. 7160 3901 9842 7574 4221, (Attached hereto as Exhibit A)**

Dated: 8/1/05

_____
Michael K. Callan
Doherty, Wallace, Pillsbury
    & Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144
(413) 734-3111
(413) 734-3910 (fax)
B.B.O. # 558912

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                                August 1, 2005

On this 1st day of August 2005, before me, the undersigned notary public, personally appeared Michael K. Callan, proved to me through satisfactory evidence of identification, which was  personal knowledge , to be the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose.

                                                Notary Public: Christina M. Pellegrino
                                                My Commission Expires: 6/20/2008

## CERTIFICATE OF SERVICE

I, Michael K. Callan, do hereby certify that I have caused a copy of the foregoing to be served upon the parties by mailing same first class mail, postage pre-paid, to:

Chitra Publications
2 Public Avenue
Montrose, PA 18801-1220

Steven M. Coyle, Esquire
Cantor Colburn, LLP
55 Griffin Road South
Bloomfield, CT 06002

Dated: 8/1/05

                                                Michael K. Callan

2. Article Number

7160 3901 9842 7574 4221

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): J. Magdin
B. Date of Delivery: 5/31/05
C. Signature: X
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

1. Article Addressed to:

Chitra Publications
2 Public Avenue
Montrose, PA 18801-1220

PS Form 3811, January 2003    Domestic Return Receipt

Pelletier / VVC



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address and ZIP+4 below •

DOHERTY WALLACE PILLSBURY & MURPHY PC
ONE MONARCH PLACE SUITE 1900
SPRINGFIELD MA 01144-1900