THE UNITED DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOANN PELLETIER | ) | |
| | ) | Civil Action No: 05-30109-MAP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHITRA PUBLICATIONS | ) | |
| And | ) | |
| SANDRA T. TALBOT | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED
IN CLERK'S OFFICE

2005 OCT 12  P 4: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

## APPEARANCE

Enter my appearance as counsel in this case for Defendant, Sandra T. Talbot.

Date: 10/12/05

Respectfully submitted,

Steven M. Coyle Ct21039
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone (860) 286-2929
Facsimile (860) 286-0115
Email scoyle@cantorcolburn.com

Attorney for Defendant Sandra T. Talbot

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent, via overnight delivery, postage prepaid, on this 12th day of October, 2005, to:

Claire Thompson, Esq.
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144

_____
Steven M. Coyle