UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                    CIVIL ACTION NO. 3:05-CV-30109-MAP

JOANN PELLETIER,
           Plaintiff

vs.                                 **NOTICE OF APPEARANCE**

CHITRA PUBLICATIONS and
SANDRA T. TALBOT,
           Defendants

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for JoAnn Pelletier the plaintiff in the above-entitled matter.

By _____
Claire L. Thompson
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
1414 Main Street
Springfield, MA 01144
(413) 733-3111
(413) 734-3910 Fax
B.B.O. #550262

### CERTIFICATE OF SERVICE

I, Claire L. Thompson, do hereby certify that I have caused a copy of the foregoing to be served upon the parties by mailing same first class mail, postage pre-paid, to: Steven M. Coyle, Esq., Cantor Colburn, LLP, 55 Griffin Road South, Bloomfield, CT 06002 and Joseph D. Buckley, Esq., 1237 Holly Pike, Carlisle, PA 17013.

Dated: October 13, 2005              _____
                                     Claire L. Thompson

285767.1