UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __JOANN PELLETIER__<br>      Plaintiff<br><br>V.<br><br>__CHITRA PUBLICATIONS__<br>      Defendant | CIVIL ACTION<br><br>NO. __05-30109-MAP__ |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __JOANN PELLETIER__ for an order of Default for failure of the Defendant, __CHITRA PUBLICATIONS_____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __13TH__ day of __OCTOBER, 2005__.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/John C. Stuckenbruck
      Deputy Clerk

**Notice mailed to: Chitra Publications**

(Default Notice.wpd - 3/7/2005)