UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOANN PELLETIER,                )
        Plaintiff    )
                                )
v.                              )    Civil Action No. 05-30109-MAP
                                )
                                )
                                )
CHITRA PUBLICATIONS and         )
SANDRA T. TALBOT,               )
        Defendants   )

SCHEDULING ORDER
February 9, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by February 16, 2006.

2. The first set of written discovery (excluding requests for admissions) shall be served by March 16, 2006.

3. Non-expert depositions shall be completed by June 16, 2006.

4. Counsel shall appear for a case management conference on June 29, 2006 at 12:15 p.m. in Courtroom Three.

5. Requests for admission shall be served by July 17, 2006.

6. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by August 10, 2006, and

depositions of those witnesses shall be completed by September 11, 2006.

7. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by October 10, 2006, and depositions of those experts shall be completed by November 13, 2006.

IT IS SO ORDERED.

DATED: February 9, 2006

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge