UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION     CIVIL ACTION NO. 3:05-CV-30109-MAP

JOANN PELLETIER,
    Plaintiff

vs.

CHITRA PUBLICATIONS and
SANDRA T. TALBOT,
    Defendants

PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred:

A.  With a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

B.  To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R.16.4.

DATED: February 14, 2006

/s/ JoAnn Pelletier
_____
JoAnn Pelletier

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on February 17, 2006

/s/ Claire L. Thompson
_____
Claire L. Thompson, Esq.

THE PLAINTIFF
BY HER ATTORNEY,

/s /Claire L. Thompson
_____
Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
Tel:  (413) 733-3111
Fax:  (413) 734-3910

297408.1