THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOANN PELLETIER | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 05-30109-MAP |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| CHITRA PUBLICATIONS | ) | |
| and | ) | |
| SANDRA T. TALBOT | ) | |
| Defendants. | ) | |

**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

The undersigned hereby certify pursuant to Local Rule 16.1(d)(3) that they have conferred:

A. With a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

B. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Date: ___February 21, 2006_____          /s/ Sandra Talbot_____

Sandra T. Talbot

I hereby certify that a true copy of the above document was served upon all counsel of record by mail on the 21st day of February, 2006.

/s/ Steven M. Coyle_____
Steven M. Coyle, Esq.

THE DEFENDANT
BY HER ATTORNEY,

/s/ Steven M. Coyle_____
Steven M. Coyle, B.B.O. #564189
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929