

## Cantor Colburn LLP
Intellectual Property Attorneys

Steven M. Coyle, Partner
scoyle@cantorcolburn.com

**HARTFORD**
55 Griffin Road South
Bloomfield, CT 06002
phone: 860-286-2929
fax: 860-286-0115

**DETROIT**
201 W. Big Beaver Road
Suite 370
Troy, MI 48084
phone: 248-524-2300
fax: 248-524-2700

**ATLANTA**
1170 Peachtree Street
Suite 750
Atlanta, GA 30309
phone: 404-607-9991
fax: 404-607-9981

www.cantorcolburn.com

February 28, 2006

<u>VIA FAX 413-785-0204</u>

Maurice Lindsay
United States District Court
District of Massachusetts
1550 Main Street
Springfield, Massachusetts 01103

Re: Pelletier v. Chitra et al.
Case No. 05-30109-MAP

Dear Mr. Lindsay:

This letter is written at the request of Plaintiff's counsel, Claire Thompson, to advise that the Defendant, Sandra Talbot, has no objection to the Plaintiff's recently filed Motion to Amend the Complaint.

Should you have any further questions, please do not hesitate to contact me.

Very truly yours,

Steven M. Coyle

SMC/nb

cc: Claire Thompson