# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910
WWW.DWPM.COM
E-MAIL: CTHOMPSON@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
KAREN K. CHADWELL*†
GREGORY M. SCHMIDT
REBECCA L. BOUCHARD

MATTHEW J. RYAN, JR.
OF COUNSEL
ROSEMARY CROWLEY***
COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA
*** ALSO ADMITTED IN SOUTH CAROLINA

March 13, 2006

Bethany Healy
U.S. District Court
Western Division
1550 Main Street
Springfield, MA 01103

RE: JoAnn Pelletier v. Chitra Publications and Sandra T. Talbot
    Civil Action No: 3:05-CV-30109-MAP

Dear Ms. Healy:

I am attaching another copy of the Plaintiff's Motion to Amend Complaint for filing with the Court and correspondence dated March 3, 2006 to Christiane Meunier as Officer of Chariot Publishing Inc., owner of Chitra Publications and d/b/a Moon Over Mountain. I am also attaching a copy of correspondence dated March 3, 2006 to Chariot Publishing, Inc., general partner of Chitra Publications. Consistent with U.S. District Court Local Rule 15.1B, Ms. Meunier and Chariot were served with a copy of the Plaintiff's Motion to Amend Complaint and a copy of the Amended Complaint for Injunctive Relief and Damages. The new defendants were also advised of the March 13, 2006 anticipated date for filing of the motion.

Finally, I have certified in the attached Motion to Amend that the motion was served on the new parties by regular mail on March 3, 2006.

Feel free to contact me with any additional questions or concerns and kindly notify me of the Court's disposition relative to the motion.

Very truly yours,

*/s/ Claire L. Thompson*
Claire L. Thompson

CLT/dlb
Attachments

303839.1