UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                    CIVIL ACTION NO. 3:05-CV-30109-MAP

| | |
|---|---|
| JOANN PELLETIER,<br>            Plaintiff<br><br>vs.<br><br>SANDRA T. TALBOT, CHITRA<br>PUBLICATIONS, CHARIOT PUBLISHING,<br>INC. As General Partner of Chitra<br>Publications, CHRISTIANE MEUNIER, As<br>Officer of Chariot Publishing, Inc.,<br>CHRISTIANE MEUNIER, As Owner of<br>Chitra Publications, and CHRISTIANE<br>MEUNIER d/b/a MOON OVER MOUNTAIN,<br>            Defendants | **AMENDED COMPLAINT FOR<br>INJUNCTIVE RELIEF AND<br>DAMAGES** |

## JURISDICTION AND VENUE

1.     This is an action for injunctive relief and money damages alleging copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"), and further alleging false designations of origin under the Lanham Act § 43(a), 15 U.S.C. § 1125(a) and unfair competition under Massachusetts General Law, Chapter 93A.  This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).  Supplemental jurisdiction over the cause of action under the laws of the Commonwealth of Massachusetts is proper as substantially related to those causes of action over which the court has original jurisdiction, pursuant to 28 U.S.C. § 1367.

2.     This Court has personal jurisdiction over Defendant Sandra T. Talbot because Defendant Talbot resides in Massachusetts, and over Defendants Chitra Publications, Chariot Publishing, Inc. as General Partner of Chitra Publications, Christiane Meunier, as Officer of Chariot Publishing, Inc., owner of Chitra Publications, and doing business as Moon Over Mountain because Defendants Chitra, Chariot, and Meunier conduct business in the

Commonwealth of Massachusetts and within the First Circuit of Massachusetts by advertising and selling their products through the Internet to Massachusetts residents.

3.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

4.     All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts and parties.  Joinder of the claims will promote the convenient administration of justice and will avoid a multiplicity of separate similar actions against the Defendants.

THE PARTIES

5.     Plaintiff JoAnn Pelletier ("Plaintiff Pelletier"), an individual having a primary residence of 41 Woolworth Street, Longmeadow, Massachusetts 01106, is the author and owner of copyrights in the design and in the pattern of a quilt.

6.     Defendant Sandra T. Talbot ("Defendant Talbot") is an individual having a primary residence of 15 Prynnwood Road, Longmeadow, Massachusetts 01106.

7.     Defendant Chitra Publications ("Defendant Chitra") is a corporation, organized and existing under the laws of the Commonwealth of Pennsylvania, and having a usual place of business at 2 Public Avenue, Montrose, Pennsylvania 18801-1220, which publishes and sells magazines and books dedicated to quilting, wherein such publications include pictures of quilt designs and instructions for creating the pictured quilt designs, and further wherein such publications are offered for sale and sold over the Internet and in retail stores throughout the United States.

8.     Defendant Chariot Publishing, Inc. ("Defendant Chariot") is the General Partner of Chitra Publications, a corporation organized and existing under the laws of the Commonwealth of Pennsylvania and having a usual place of business at 2 Public Avenue, Montrose, Pennsylvania 18801-1220.

9.     Defendant, Christiane (Abdale) Meunier, ("Defendant Meunier") is an officer of Chariot Publishing, Inc., the General Partner of Chitra Publications, a corporation organized and existing under the laws of the Commonwealth of Pennsylvania and having a usual place of business at 2 Public Avenue, Montrose, Pennsylvania 18801-1220.

10.    The Defendant Meunier is also owner of Chitra Publications, Commonwealth of Pennsylvania entity number 956722 (fictitious names), a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, now or formerly of 272 Main Street, New Milford, Pennsylvania 18834, which published and sold magazines dedicated to quilting, wherein such publications included pictures of quilt designs and instructions for creating the pictured quilt designs, and further wherein such publications were offered for sale and sold over the Internet and/or in retail stores throughout the United States.

11.    The Defendant Meunier also does business as Moon Over Mountain, having a usual place of business at 2 Public Avenue, Montrose, Pennsylvania 18801-1220, which publishes and sells magazines and books dedicated to quilting, wherein such publications include pictures of quilt designs and instructions for creating the pictured quilt designs and further wherein such publications are offered for sale and sold over the Internet and in retail stores throughout the United States.

## COUNT I – COPYRIGHT INFRINGEMENT AS TO DEFENDANT SANDRA T. TALBOT

12.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-11 above.

13.    On or about January 21, 1993, Plaintiff Pelletier first published an original work of authorship consisting of a unique quilt design (the "Copyrighted Design") and a pattern for recreating the design (the "Copyrighted Pattern"), a copy of which are attached hereto as Exhibit A.

14.    The Copyrighted Design is a unique and original design derived from a log cabin, courthouse quilt design.

15.    On September 17, 2004, Plaintiff Pelletier complied in all respects with the requirements of the Copyright Act, and applied for and received from the Register of Copyrights Certificate of Registration No. VA 1-282-126, which is attached hereto as Exhibit B, for the Copyrighted Design and for the Copyrighted Pattern ("Registered Copyright").

16.    On or about January 21, 1993, Plaintiff Pelletier conducted a quilting class, which was attended by Defendant Talbot and at which Plaintiff Pelletier provided Defendant Talbot with visual and written instructions for the Copyrighted Design and for the Copyrighted Pattern.

17.     On or about April 2000, Plaintiff Pelletier conducted a quilting class (the "Class"), which was attended by Defendant Talbot.  During the course of the Class, Plaintiff Pelletier read a letter and presented a copy of the letter to Defendant Talbot, wherein the letter stated that any quilts expressly or derivatively reproduced from all teachings of Plaintiff Pelletier, including the Copyrighted Pattern, was for Defendant Talbot's own personal use and enjoyment, and was not for public display or publication.  See Exhibit C.

18.     On or about April to September 2000, Defendant Talbot threatened to submit the Copyrighted Pattern and the Copyrighted Design to Defendant Chitra Publications ("Defendant Chitra"); consequently, in September, 2000 Plaintiff Pelletier requested that Defendant Talbot no longer attend the Class.

19.     Claiming the Copyrighted Pattern and Copyrighted Design to be the direct result of her own creative endeavor and, hence, belonging exclusively to her, on or about September 2000, Defendant Talbot submitted the Copyrighted Design under the title "Just Spooling Around" to Defendant Chitra, and gave Defendant Chitra permission to publish the Copyrighted Design in Defendant Chitra's various quilting publications, wherein such publications accredited Defendant Talbot with authorship and ownership status over the Copyrighted Design.

20.     On September 21, 2004, Attorney Deborah A. Basile, an attorney at Doherty, Wallace, Pillsbury & Murphy, P.C., located at One Monarch Place, Suite 1900, 1414 Main Street, Springfield, MA 01144, working on behalf of Plaintiff Pelletier ("Attorney Basile"), sent a cease and desist letter to Defendant Talbot, which is attached hereto as Exhibit D.

21.     By virtue of the unauthorized use, reproduction, and distribution of the Copyrighted Design, Defendant Talbot has infringed Plaintiff Pelletier's Copyrighted Design all in violation of Title 17 of the United States Code.

22.     The specific acts of copyright infringement alleged above, as well as, Defendant Talbot's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Talbot from committing further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT II – COPYRIGHT INFRINGEMENT AS TO
DEFENDANT CHITRA PUBLICATIONS

23.     Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-22 above.

24.     On or about October 2003, without Plaintiff Pelletier's permission, Defendant Chitra published the Copyrighted Design under the title "Just Spooling Around" along with the Copyrighted Pattern in the October/November 2003 issue of Defendant Chitra's "Quiltworks Today" magazine (the "Magazine"), wherein the Copyrighted Design and the Copyrighted Pattern appeared on pages 26-27 of the Magazine.  Exhibit E.

25.     On or about 2004, Defendant Chitra published the Copyrighted Design under the title "Just Spooling Around" and the Copyrighted Pattern in a softcover work entitled "A Few of My Favorite Scrap Quilts" (the "Book").  Exhibit F.

26.     The Copyrighted Design is featured on the cover of the Book, on page 3 of the Book and the Copyrighted Pattern is duplicated in the Book at Pages 11 and 15; additionally, credit of authorship is improperly given to Defendant Talbot on Page 15 of the Book.  Exhibit F.

27.     On or about September 2004, Plaintiff Pelletier phoned Defendant Chitra and indicated to an agent of Defendant Chitra that Plaintiff Pelletier was in fact the author and the owner of the Copyrighted Design and the Copyrighted Pattern, and that she desired to have Defendant Talbot discredited from any claims of authorship in the Copyrighted Design and the Copyrighted Pattern and that she wanted her name to be credited to the Copyrighted Design and Pattern.

28.     On September 21, 2004, Attorney Basile sent a cease and desist letter to Defendant Chitra, which is attached hereto as Exhibit D.

29.     Defendant Chitra has offered for sale and has sold the Magazine and the Book over the Internet and in retail stores located throughout the United States.

30.     As of February 17, 2006, Defendant Chitra, without Plaintiff Pelletier's permission, continues to publish, advertise, and to sell the Book and the magazine for profit as evidenced by the following Web sites, which were last accessed on February 17, 2006:
http://www.bestwebbury.com/A_Few_of_My_Favorite_Scrap_Quilts;
http://www.quiltersgilde.nl/Bieb/2005MrtNwB.html; and

http://www.quilttownusa.com/eshop/10browse.asp?category=Back+Issue   See Exhibit G.

31.     By virtue of the unauthorized use, reproduction, and distribution of the Copyrighted Design and the Copyrighted Pattern, Defendant Chitra has infringed Plaintiff Pelletier's Copyrighted Design and Copyrighted Pattern all in violation of Title 17 of the United States Code.

32.     The specific acts of copyright infringement alleged above, as well as, Defendant Chitra's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Chitra from committing further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT III –CONTRIBUTORY LIABILITY AS TO DEFENDANT CHITRA PUBLICATIONS

33.     Plaintiff Pelletier repeats and realleges each of the allegations contained in Paragraphs 1 through 32 above.

34.     The Defendant Chitra, with knowledge of the infringing activity of the Defendant Talbot, induced, caused, or materially contributed to the infringing conduct of the Defendant Talbot, or otherwise aided or facilitated the infringement with reason to know of the direct infringement.

35.     The specific acts and/or contributory conduct of the Defendant Chitra as alleged above have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless this Court restrains Defendant Chitra from committing or contributing to any further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT IV – COPYRIGHT INFRINGEMENT AS TO DEFENDANT CHARIOT PUBLISHING, INC.

36.     Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-35 above.

37.     The Defendant Chariot is the General Partner of the limited partnership Chitra Publications.

38.    By virtue of the unauthorized use, reproduction, and distribution of the copyrighted design and the copyrighted pattern, Defendant Chariot has infringed Plaintiff Pelletier's copyrighted design and copyrighted pattern all in violation of Title 17 of the United States Code.

39.    The specific acts of copyright infringement alleged above, as well as Defendant Chariot's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Chariot from committing further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT V – COPYRIGHT INFRINGEMENT AS TO

DEFENDANT CHRISTIANE MEUNIER As Officer of Chariot Publishing, Inc.

40.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-39 above.

41.    The Defendant Meunier is an officer of Chariot Publishing, Inc., the General Partner of the Limited Partnership Chitra Publications.

42.    By virtue of the unauthorized use, reproduction, and distribution of the copyrighted design and the copyrighted pattern, Defendant Meunier has infringed Plaintiff Pelletier's copyrighted design and copyrighted pattern all in violation of Title 17 of the United States Code.

43.    The specific acts of copyright infringement alleged above, as well as Defendant Meunier's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Meunier from committing further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT VI –CONTRIBUTORY LIABILITY AS TO DEFENDANT CHRISTIANE MEUNIER

As Officer of Chariot Publishing, Inc.

44.    Plaintiff Pelletier repeats and realleges each of the allegations contained in Paragraphs 1 through 43 above.

45.     The Defendant Meunier, with knowledge of the infringing activity of the Defendant Talbot, induced, caused, or materially contributed to the infringing conduct of the Defendant Talbot or otherwise aided or facilitated the infringement with reason to know of the direct infringement.

46.     The specific acts and/or contributory conduct of the Defendant Meunier as alleged above have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless this Court restrains Defendant Meunier from committing or contributing to any further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

<u>COUNT VII –VICARIOUS LIABILITY AS TO DEFENDANT CHRISTIANE MEUNIER As Officer of Chariot Publishing, Inc.</u>

47.     Plaintiff Pelletier repeats and realleges each of the allegations contained in Paragraphs 1 through 46 above.

48.     The Defendant Meunier as officer of Defendant Chariot had the right and authority to direct the conduct of the Defendant Chariot and had a financial interest in the conduct of the Defendant Chariot.

49.     The Defendant Meunier as officer of the Defendant Chariot personally participated in the infringement of Plaintiff Pelletier's copyrighted design and copyrighted pattern and derived financial benefit from the infringing activities.

50.     The Defendant Meunier as officer of the Defendant Chariot used the Defendant Chariot as an instrument to carry out the copyright infringement.

51.     The Defendant Meunier as officer of the Defendant Chariot was the dominant influence on the Defendant Chariot and determined the policies that resulted in the infringement.

52.     The specific acts of the Defendant Meunier, as officer the Defendant Chariot have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Meunier as officer of Defendant Chariot from committing further acts of copyright infringement, the Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT VIII – COPYRIGHT INFRINGEMENT AS TO
## DEFENDANT CHRISTIANE MEUNIER As Owner of Chitra Publications

53.     Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-52 above.

54.     The Defendant Meunier is the owner of Chitra Publications, Commonwealth of Pennsylvania, entity number 956722 (fictitious names), a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, now or formerly of 272 Main Street, New Milford, Pennsylvania 18834, which published and sold magazines dedicated to quilting, wherein such publications included pictures of quilt designs and instructions for creating the pictured quilt designs, and further wherein such publications were offered for sale and sold over the Internet and/or in retail stores throughout the United States.

55.     By virtue of the unauthorized use, reproduction, and distribution of the copyrighted design and the copyrighted pattern, Defendant Meunier has infringed Plaintiff Pelletier's copyrighted design and copyrighted pattern all in violation of Title 17 of the United States Code.

56.     The specific acts of copyright infringement alleged above, as well as Defendant Meunier's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Meunier from committing further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT IX –CONTRIBUTORY LIABILITY AS TO DEFENDANT CHRISTIANE MEUNIER
## As Owner of Chitra Publications

57.     Plaintiff Pelletier repeats and realleges each of the allegations contained in Paragraphs 1 through 56 above.

58.     The Defendant Meunier with knowledge of the infringing activity of the Defendant Talbot, induced, caused, or materially contributed to the infringing conduct of the Defendant Talbot or otherwise aided or facilitated the infringement with reason to know of the direct infringement.

59.     The specific acts and/or contributory conduct of the Defendant Meunier as alleged above have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless this Court restrains Defendant Meunier from committing or contributing to any further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT X –VICARIOUS LIABILITY AS TO DEFENDANT CHRISTIANE MEUNIER As Owner of Chitra Publications

60.     Plaintiff Pelletier repeats and realleges each of the allegations contained in Paragraphs 1 through 59 above.

61.     The Defendant Meunier as owner of Defendant Chitra Publications had the right and authority to direct the conduct of the Defendant Chitra and had a financial interest in the conduct of the Defendant Chitra.

62.     The Defendant Meunier as owner of the Defendant Chitra personally participated in the infringement of Plaintiff Pelletier's copyrighted design and copyrighted pattern and derived financial benefit from the infringing activities.

63.     The Defendant Meunier as owner of the Defendant Chitra used the Defendant Chitra as an instrument to carry out the copyright infringement.

64.     The Defendant Meunier as owner of the Defendant Chitra was the dominante influence in the Defendant Chitra and determined the policies that resulted in the infringement.

65.     The specific acts of the Defendant Meunier, as owner of the Defendant Chitra have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Meunier as owner of the Defendant Chitra from committing further acts of copyright infringement, the Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT XI – COPYRIGHT INFRINGEMENT AS TO DEFENDANT CHRISTIANE MEUNIER d/b/a Moon Over Mountain

66.     Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-65 above.

67.     The Defendant Meunier does business as Moon Over Mountain, having a usual place of business at 2 Public Avenue, Montrose, Pennsylvania 18801-1220, which publishes and sells magazines and books dedicated to quilting, wherein such publications include pictures of quilt designs and instructions for creating the pictured quilt designs and further wherein such publications are offered for sale and sold over the Internet and in retail stores throughout the United States.

68.     By virtue of the unauthorized use, reproduction, and distribution of the copyrighted design and the copyrighted pattern, Defendant Meunier d/b/a Moon Over Mountain has infringed Plaintiff Pelletier's copyrighted design and copyrighted pattern all in violation of Title 17 of the United States Code.

69.     The specific acts of copyright infringement alleged above, as well as Defendant Meunier's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Meunier d/b/a Moon Over Mountain from committing further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

70.     As of February 17, 2006, Defendant Meunier d/b/a Moon Over Mountain continues to publish, advertise and to sell the Book and magazine for profit, without Plaintiff Pelletier's permission, as evidenced by the following websites which were last accessed on February 17, 2006:  http://www.quiltsource.ca/qshtml/ch1/chlnew.html; http://www.quiltbooksusa.com/subcatmfgprod.asp?0-+200&1=279&2; and

http://www.quilttownusa.com/eshop/10browse.asp?category=Back+Issue.  See Exhibit H.

71.     By virtue of the unauthorized use, reproduction and distribution of the copyrighted design and the copyrighted pattern, Defendant Meunier d/b/a Moon Over Mountain, has infringed Plaintiff Pelletier's copyrighted design and copyrighted pattern all in violation of Title 17 of the United States Code.

72.     The specific acts of copyright infringement alleged above, as well as Defendant Meunier d/b/a Moon Over Mountain's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Meunier d/b/a Moon Over Mountain from committing further acts of copyright infringement,

Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

### COUNT XII –CONTRIBUTORY LIABILITY AS TO DEFENDANT CHRISTIANE MEUNIER d/b/a Moon Over Mountain

73.     Plaintiff Pelletier repeats and realleges each of the allegations contained in Paragraphs 1 through 72 above.

74.     The Defendant Meunier d/b/a Moon Over Mountain with knowledge of the infringing activity of the Defendant Talbot, induced, caused, or materially contributed to the infringing conduct of the Defendant Talbot or otherwise aided or facilitated the infringement with reason to know of the direct infringement.

75.     The specific acts and/or contributory conduct of the Defendant Meunier d/b/a Moon Over Mountain as alleged above have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Meunier d/b/a Moon Over Mountain from committing or contributing to any further acts of copyright infringement, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

### COUNT XIII –VICARIOUS LIABILITY AS TO DEFENDANT CHRISTIANE MEUNIER d/b/a Moon Over Mountain

76.     Plaintiff Pelletier repeats and realleges each of the allegations contained in Paragraphs 1 through 75 above.

77.     The Defendant Meunier d/b/a Moon Over Mountain has the right and authority to direct the conduct of and has a financial interest in the business entity known as Moon Over Mountain, having a usual place of business at 2 Public Avenue, Montrose, Pennsylvania 18801-1220, which publishes and sells magazines and books dedicated to quilting, wherein such publications include pictures of quilt designs and instructions for creating the pictured quilt designs and further wherein such publications are offered for sale and sold over the Internet and in retail stores throughout the United States.

78.     The Defendant Meunier d/b/a Moon Over Mountain personally participates in the infringement of Plaintiff Pelletier's copyrighted design and copyrighted pattern and derives financial benefit from the infringing activities.

79.     The Defendant Meunier d/b/a Moon Over Mountain uses Moon Over Mountain as an instrument to carry out the copyright infringement.

80.     The Defendant Meunier d/b/a Moon Over Mountain is the dominant influence over Moon Over Mountain and determines the policies that result in the infringement.

81.     The specific acts of the Defendant Meunier d/b/a Moon Over Mountain have caused and continue to cause great and incalculable damage to Plaintiff Pelletier.  Unless this Court restrains Defendant Meunier d/b/a Moon Over Mountain from committing further acts of copyright infringement, the Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT XIV – FALSE DESIGNATION OF ORIGIN
AS TO DEFENDANT SANDRA T. TALBOT

82.     Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-81 above.

83.     As established by the Copyright Registration, Plaintiff Pelletier is the author and the owner of the Copyrighted Pattern and of the Copyrighted Design.

84.     Through her correspondence with Defendant Chitra, and as evidenced by the attribution of the Copyrighted Design to her name, as shown in Exhibit F, Defendant Talbot has falsely portrayed herself as the author of the Copyrighted Design.

85.     Defendant Talbot's false designation of origin is likely to cause consumer confusion as to the authorship and ownership of the Copyrighted Design.

86.     The false designations of origin as well as Defendant Talbot's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless the Court restrains Defendant Talbot from further false designations of the Copyrighted Design, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT XV – FALSE DESIGNATION OF ORIGIN
AS TO DEFENDANT CHITRA PUBLICATIONS

87.     Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-86 above.

88.     As established by the Copyright Registration, Plaintiff Pelletier is the author and the owner of the Copyrighted Pattern and of the Copyrighted Design.

89.     Despite Plaintiff Pelletier's notification to Defendant Chitra that Plaintiff Pelletier is the author and the owner of the Copyrighted Design and of the Copyrighted Pattern, Defendant Chitra has continued to attribute authorship and ownership of the Copyrighted Design and Copyrighted Pattern to Defendant Talbot in Defendant's Chitra's various publications which are sold over the Internet and in various retail stores.

90.     Defendant Chitra's false designation of origin is likely to cause consumer confusion as to the authorship and ownership of the Copyrighted Pattern and Copyrighted Design.

91.     The false designations of origin as well as Defendant Chitra's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless the Court restrains Defendant Chitra from further false designations of the Copyrighted Design, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT XVI – FALSE DESIGNATION OF ORIGIN
AS TO DEFENDANT CHARIOT PUBLISHING, INC. As General Partner of Defendant
Chitra Publications

92.     Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-91 above.

93.     As established by the Copyright Registration, Plaintiff Pelletier is the author and the owner of the Copyrighted Pattern and of the Copyrighted Design.

94.     Despite Plaintiff Pelletier's notification to Defendant Chariot that Plaintiff Pelletier is the author and the owner of the Copyrighted Design and of the Copyrighted Pattern, Defendant Chariot has continued to attribute authorship and ownership of the Copyrighted

Design and Copyrighted Pattern to Defendant Talbot in Defendant Chariot's various publications which are sold over the Internet and in various retail stores.

95.     Defendant Chariot's false designation of origin is likely to cause consumer confusion as to the authorship and ownership of the Copyrighted Pattern and Copyrighted Design.

96.     The false designations of origin as well as Defendant Chariot's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless the Court restrains Defendant Chariot from further false designations of the Copyrighted Design, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

<u>COUNT XVII – FALSE DESIGNATION OF ORIGIN</u>

<u>AS TO DEFENDANT CHRISTIANE MEUNIER As Officer of the Defendant Chariot Publishing, Inc.</u>

97.     Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-96 above.

98.     As established by the Copyright Registration, Plaintiff Pelletier is the author and the owner of the Copyrighted Pattern and of the Copyrighted Design.

99.     Despite Plaintiff Pelletier's notification to Defendant Meunier that Plaintiff Pelletier is the author and the owner of the Copyrighted Design and of the Copyrighted Pattern, Defendant Meunier has continued to attribute authorship and ownership of the Copyrighted Design and Copyrighted Pattern to Defendant Talbot in Defendant Meunier's various publications which are sold over the Internet and in various retail stores.

100.     Defendant Meunier's false designation of origin is likely to cause consumer confusion as to the authorship and ownership of the Copyrighted Pattern and Copyrighted Design.

101.     The false designations of origin as well as Defendant Meunier's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless the Court restrains Defendant Meunier from further false designations of the Copyrighted Design, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT XVIII – FALSE DESIGNATION OF ORIGIN

## AS TO DEFENDANT CHRISTIANE MEUNIER As Owner of Defendant Chitra Publications

102.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-101 above.

103.    As established by the Copyright Registration, Plaintiff Pelletier is the author and the owner of the Copyrighted Pattern and of the Copyrighted Design.

104.    Despite Plaintiff Pelletier's notification to Defendant Meunier that Plaintiff Pelletier is the author and the owner of the Copyrighted Design and of the Copyrighted Pattern, Defendant Meunier has continued to attribute authorship and ownership of the Copyrighted Design and Copyrighted Pattern to Defendant Talbot in Defendant Meunier's various publications which are sold over the Internet and in various retail stores.

105.    Defendant Meunier's false designation of origin is likely to cause consumer confusion as to the authorship and ownership of the Copyrighted Pattern and Copyrighted Design.

106.    The false designations of origin as well as Defendant Meunier's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless the Court restrains Defendant Meunier from further false designations of the Copyrighted Design, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

## COUNT XIX – FALSE DESIGNATION OF ORIGIN

## AS TO DEFENDANT CHRISTIANE MEUNIER d/b/a Moon Over Mountain

107.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-106 above.

108.    As established by the Copyright Registration, Plaintiff Pelletier is the author and the owner of the Copyrighted Pattern and of the Copyrighted Design.

109.    Despite Plaintiff Pelletier's notification to Defendant Meunier that Plaintiff Pelletier is the author and the owner of the Copyrighted Design and of the Copyrighted Pattern, Defendant Meunier has continued to attribute authorship and ownership of the Copyrighted

Design and Copyrighted Pattern to Defendant Talbot in Defendant Meunier's various publications which are sold over the Internet and in various retail stores.

110. Defendant Meunier's false designation of origin is likely to cause consumer confusion as to the authorship and ownership of the Copyrighted Pattern and Copyrighted Design.

111. The false designations of origin as well as Defendant Meunier's entire course of conduct have caused and continue to cause great and incalculable damage to Plaintiff Pelletier. Unless the Court restrains Defendant Meunier from further false designations of the Copyrighted Design, Plaintiff Pelletier will suffer irreparable injury and harm for which she has no adequate remedy at law.

COUNT XX – UNFAIR COMPETITION UNDER M.G.L. CHAPTER 93A
AS TO DEFENDANT SANDRA T. TALBOT

112. Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-111 above.

113. Defendant Talbot is using the Copyrighted Design in a manner that misappropriates Plaintiff's goodwill in the Copyrighted Design. Additionally, by asserting in commerce that she is the author and owner of the Copyrighted Design, Defendant Talbot is misrepresenting the origin of the Copyrighted Design. Such actions constitute an unfair method of competition and unfair or deceptive acts or practices in the conduct of trade or commerce.

114. Defendant Talbot's participation in these unfair and deceptive acts has occurred primarily and substantially within the Commonwealth of Massachusetts.

115. By engaging in the activities described above, Defendant Talbot has engaged in an unfair method of competition and in unfair and deceptive acts and practices in violation of the Commonwealth of Massachusetts Consumer Protection Laws, M.G.L. c. 93A, § 11.

116. Defendant Talbot's acts of unfair competition were willful and knowing and have caused and are causing great and irreparable injury to Plaintiff and to the Copyrighted Design and goodwill represented thereby in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff Pelletier with no adequate remedy at law.

117.    By reason of the foregoing, Plaintiff Pelletier is entitled to injunctive relief against Defendant Talbot, restraining further acts of unfair competition, and to recover attorneys' fees and any damages proven to have been caused by reason of Defendant Talbot's aforesaid acts of unfair competition.

**COUNT XXI – UNFAIR COMPETITION UNDER M.G.L. CHAPTER 93A**
**AS TO DEFENDANT CHITRA PUBLICATIONS**

118.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-117 above.

119.    Defendant Chitra is using the Copyrighted Design and the Copyrighted Pattern in a manner that misappropriates Plaintiff's goodwill in the Copyrighted Design and the Copyrighted Pattern.  Additionally, by asserting in commerce that Defendant Talbot is the author and owner of the Copyrighted Design, Defendant Chitra is misrepresenting the origin of the Copyrighted Design.  Such actions constitute an unfair method of competition and unfair or deceptive acts or practices in the conduct of trade or commerce.

120.    Defendant Chitra's participation in these unfair and deceptive acts has occurred primarily and substantially within the Commonwealth of Massachusetts.

121.    By engaging in the activities described above, Defendant Chitra has engaged in an unfair method of competition and in unfair and deceptive acts and practices in violation of the Commonwealth of Massachusetts Consumer Protection Laws, M.G.L.c. 93A, § 11.

122.    Defendant Chitra's acts of unfair competition were willful and knowing and have caused and are causing great and irreparable injury to Plaintiff and to the Copyrighted Design, Copyrighted Pattern, and goodwill represented thereby in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff Pelletier with no adequate remedy at law.

123.    By reason of the foregoing, Plaintiff Pelletier is entitled to injunctive relief against Defendant Chitra, restraining further acts of unfair competition, and to recover attorneys' fees and any damages proven to have been caused by reason of Defendant Chitra's aforesaid acts of unfair competition.

COUNT XXII – UNFAIR COMPETITION UNDER M.G.L. CHAPTER 93A
AS TO DEFENDANT CHARIOT PUBLISHING, INC. General Partner of CHITRA
PUBLICATIONS

124.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-123 above.

125.    Defendant Chariot is using the Copyrighted Design and the Copyrighted Pattern in a manner that misappropriates Plaintiff's goodwill in the Copyrighted Design and the Copyrighted Pattern.  Additionally, by asserting in commerce that Defendant Talbot is the author and owner of the Copyrighted Design, Defendant Chariot is misrepresenting the origin of the Copyrighted Design.  Such actions constitute an unfair method of competition and unfair or deceptive acts or practices in the conduct of trade or commerce.

126.    Defendant Chariot's participation in these unfair and deceptive acts has occurred primarily and substantially within the Commonwealth of Massachusetts.

127.    By engaging in the activities described above, Defendant Chariot has engaged in an unfair method of competition and in unfair and deceptive acts and practices in violation of the Commonwealth of Massachusetts Consumer Protection Laws, M.G.L.c. 93A, § 11.

128.    Defendant Chariot's acts of unfair competition were willful and knowing and have caused and are causing great and irreparable injury to Plaintiff and to the Copyrighted Design, Copyrighted Pattern, and goodwill represented thereby in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff Pelletier with no adequate remedy at law.

129.    By reason of the foregoing, Plaintiff Pelletier is entitled to injunctive relief against Defendant Chariot, restraining further acts of unfair competition, and to recover attorneys' fees and any damages proven to have been caused by reason of Defendant Chariot's aforesaid acts of unfair competition.

COUNT XXIII – UNFAIR COMPETITION UNDER M.G.L. CHAPTER 93A
AS TO DEFENDANT CHRISTIANE MEUNIER d/b/a Moon Over Mountain

130.    Plaintiff Pelletier repeats and realleges each of the allegations contained in paragraphs 1-129 above.

131.    Defendant Meunier d/b/a Moon Over Mountain is using the Copyrighted Design and the Copyrighted Pattern in a manner that misappropriates Plaintiff's goodwill in the

Copyrighted Design and the Copyrighted Pattern. Additionally, by asserting in commerce that Defendant Talbot is the author and owner of the Copyrighted Design, Defendant Meunier d/b/a Moon Over Mountain is misrepresenting the origin of the Copyrighted Design. Such actions constitute an unfair method of competition and unfair or deceptive acts or practices in the conduct of trade or commerce.

132. Defendant Meunier d/b/a Moon Over Mountain's participation in these unfair and deceptive acts has occurred primarily and substantially within the Commonwealth of Massachusetts.

133. By engaging in the activities described above, Defendant Meunier d/b/a Moon Over Mountain has engaged in an unfair method of competition and in unfair and deceptive acts and practices in violation of the Commonwealth of Massachusetts Consumer Protection Laws, M.G.L.c. 93A, § 11.

134. Defendant Meunier d/b/a Moon Over Mountain's acts of unfair competition were willful and knowing and have caused and are causing great and irreparable injury to Plaintiff and to the Copyrighted Design, Copyrighted Pattern, and goodwill represented thereby in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff Pelletier with no adequate remedy at law.

135. By reason of the foregoing, Plaintiff Pelletier is entitled to injunctive relief against Defendant Meunier d/b/a Moon Over Mountain, restraining further acts of unfair competition, and to recover attorneys' fees and any damages proven to have been caused by reason of Defendant Meunier d/b/a Moon Over Mountain's aforesaid acts of unfair competition.

<u>RELIEF REQUESTED</u>

WHEREFORE, the Plaintiff prays that:

I. Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, Plaintiff's copyrighted work pursuant to 17 U.S.C. § 502;

II. Defendants be ordered to pay damages for each claim of infringement, pursuant to 17 U.S.C. § 504;

III. Defendants be ordered to pay costs, including reasonable attorneys fees, pursuant to 17 U.S.C. § 505; and

IV.     Defendants be ordered to pay the Plaintiff their gross revenue derived from each infringing work or act of infringement pursuant to 17 U.S.C. §504(b).

V.     Defendants be ordered to pay damages, costs and attorneys' fees for the violations of § 43(a) of the Lanham Act, pursuant to 15 U.S.C. § 1117.

VI.     That pursuant to M.G.L.c. 93A, § 11, Plaintiff be awarded double or treble damages, attorneys' fees, and costs.

VII.     Any other and further relief which the Court may deem appropriate.


THE PLAINTIFF
JOANN PELLETIER

/s/ Claire L. Thompson
By_____
Claire L. Thompson
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
1414 Main Street, 19th Floor
Springfield, MA 01144-1900
(413) 733-3111
(413) 734-3910 Fax
B.B.O. #550262


**CERTIFICATE OF SERVICE**

I, Claire L. Thompson, do hereby certify that I have caused a copy of the foregoing to be served upon counsel of record by mailing same first class mail, postage pre-paid, to: Steven M. Coyle, Esq., Cantor Colburn, LLP, 55 Griffin Road South, Bloomfield, CT 06002.


/s/ Claire L. Thompson

Dated:  February 24, 2006                 _____
Claire L. Thompson



# "sew" many SPOOLS

© 1993 Jo Ann Pelletier - all rights reserved

*Please* read all instructions carefully.

The **SPOOLS** are "courthouse step" log cabin blocks.
Finished block size is 3 3/4" square (4 1/4" including 1/4" seams).
You will be making 96 "spools" blocks - 8 across x 12 down.
"Scant" 1/4" seams are very important.

## CUT -



   *THREAD* "center" - various plaids, strips, or prints
      Cut 96, 2 3/4" squares

   *LOGS* - all "logs" are cut 3/4" wide
      **BACKGROUND/muslin logs** - amounts are for entire quilt
         #1 log = 3/4" wide x 2 3/4" long - CUT 192
         #3 log = 3/4" wide x 3 1/4" long - CUT 192
         #5 log = 3/4" wide x 3 3/4" long - CUT 192

      **SPOOL logs** - for EACH block cut the following -
         cut 2 of EACH of log #2, #4, #6 (for each block).
         Remember, there are 96 blocks.
         #2 log = 3/4" wide x 3 1/4" long - CUT 2
         #4 log = 3/4" wide x 3 3/4" long - CUT 2
         #6 log = 3/4" wide x 4 1/4" long - CUT 2

   *SASHING/muslin* - cut 212 (total amount needed)
      Cut 1 1/2" wide x 4 1/4" long

   *CORNERSTONES* - various black prints
      Cut 117, 1 1/2" squares

   *BORDER 1* - CUT 6, 1 1/4" x 40" strips (or width of fabric selvage to selvage)

   *BORDER 2* - CUT 6, 3 1/4" x 40" strips (or width of fabric selvage to selvage)

   *BINDING* - CUT 6, 2 1/2" x 40" strips (or width of fabric selvage to selvage)

Page 2

# CONSTRUCTION - all seams are sewn with **"scant" 1/4" seams**. This is **very important**. If your seam allowance is too wide, the block will not measure the correct size. You will check the size of the block AFTER each "ROUND" (see at end of step 1 how to do this).

## STEP 1 - "ROUND 1"



to the 2 3/4" square *"THREAD center"*, add logs #1
(3/4" x 2 3/4" <u>background</u> fabric) to EACH SIDE.
Press towards the logs.
then add #2 logs (3/4" x 3 1/4" <u>spool</u> fabric)
and press towards the logs.

**IMPORTANT** - check the size of the block with your "square ruler". The block should measure 3 1/4" sq. Trim if necessary to get rid of any excess over 3 1/4" sq. If the block measures less than the correct size, your seams are too wide.

-   **ROUND 1 = 3 1/4" SQUARE**  -

## STEP 2 -



Add logs #3 - (3/4" x 3 1/4" <u>background</u> fabric), press
Add logs #4 (3/4" x 3 3/4" <u>spool</u> fabric), press
**ROUND 2 = 3 3/4" square**

## STEP 3 -



Add logs #5 (3/4" x 3 3/4" <u>background</u> fabric), press
Add logs #6 (3/4" x 4 1/4" <u>spool</u> fabric), press
**ROUND 3 = 4 1/4" square**

© 1993 Jo Ann Pelletier - all rights reserved

Page 3

# ASSEMBLY -

Lay the blocks down - 8 rows across x 12 rows down as the diagram below shows.  Leave a space and place the SASHING (1 1/2" x 4 1/4" strips) and the 1 1/2" CORNERSTONE blocks as pictured.

Stitch together by rows -
　ROW 1 - CORNERSTONES & SASHING, press to sashing.
　ROW 2 - SASHING & "SPOOL" block, press to sashing.
　Continue till rows are done.

Stitch the ROWS together.

*BORDER 1* - cut 2 of the strips to fit top and bottom of quilt - should be about 39 1/2" (check the size of your quilt top).  Stitch, press toward outside.  Stitch the 4 remaining strips together - measure, cut and add to sides (should be about 60").  Press

*BORDER 2* - Top and bottom of quilt should be about 41" wide (remember, check to see what yours actually measures)..  Cut 2 border strips to fit (or piece strips together if needed).  Stitch and press.  Stitch the 4 remaining strips together - measure, cut and add to sides (should be about 66").   Press

*FINISHING* - Layer top,
　batting & backing.

　Quilt or tie.
　(<u>recommendation</u> -
　"stitch in the ditch"
　quilting)

　Add binding

Thank you for purchasing my pattern.
I hope you enjoyed the process of
making this "very UNIQUE" quilt.

*JoAnn Pelletier*

©1993 Jo Ann Pelletier - all rights reserved



# "sew" many SPOOLS

#101

### 46" x 66" finished quilt

These SPOOLS are "courthouse step" log cabin blocks. The blocks finish 3 3/4" square and are made with logs that finish 1/4" wide. You'll be successful (making these small logs) by following the instructions carefully. Very "UNIQUE"!

## MATERIALS NEEDED:

THREAD "CENTER" - 96 (2 3/4" squares) plaids, strips or prints
SPOOLS - 20 (more or less) brown print "fat eighth" (a fat eighth measures 9" x 22")
BACKGROUND muslin - 3 1/4 yards (used in "spool" block and for SASHING)
CORNERSTONES - 117, 1 1/2" squares cut from 20 (more or less) black prints
BORDER 1 (red) - 1/3 yard
BORDER 2 (black print) - 3/4 yard
BINDING (black) - 3/4 yard
BACKING & BATTING - 49" x 69"



Jo Ann Pelletier designs
P O Box 60792
Longmeadow MA 01116
413 567-7146

All rights reserved. No part of this pattern may be reproduced or photocopied in any form without prior written consent. All finished items are protected by copyright and may not be reproduced for any commercial use. Federal copyright laws protect all of the above. This pattern is intended for your personal use only.
© 1993 Jo Ann Pelletier



Jo Ann Pelletier designs

© 1993 Jo Ann Pelletier

# "sew" many SPOOLS

#101



"B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REGIST

VA 1-282-126

VAU

EFFECTIVE DATE OF REGISTRATION

**SEP 17 2004**

Month   Day   Year

DATE CONTINUATION SHEET

**1** Title of This Work ▼
"sew" many SPOOLS

NATURE OF THIS WORK ▼ See Instructions
fabric design   PATTERN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a   JoAnn Pelletier

DATES OF BIRTH AND DEATH
Year Born ▼ 5/31/1938   Year Died ▼

**NOTE**
Under the law the author of a "work made for hire" is generally the employer not the employee (see Instructions) For any part of this work that was made for hire check "Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   USA
    Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork   pattern   ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b   Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
    Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed
1993
This information must be given Year in all cases

b Date and Nation of First Publication of This Particular Work
Month JAN   Day 21   Year 1993
USA
Complete this information ONLY if this work has been published   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
JoAnn Pelletier   41 Woolworth St
Longmeadow MA 01106

APPLICATION RECEIVED
SEP 17 2004
ONE DEPOSIT RECEIVED
SEP 17 2004
TWO DEPOSITS RECEIVED
SEP 17 2004
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ☑

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☑ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JoAnn Pelletier
41 Woolworth St
Longmeadow MA 01106

Area code and daytime telephone number ▸ (413) 567-7146          Fax number ▸ (413) 567-4258
Email ▸ joejoann@comp3.net

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▸
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JoAnn Pelletier          Date 9/14/2004

Handwritten signature (X) ▼
X  JoAnn Pelletier

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
JoAnn Pelletier
Number/Street/Apt ▼
41 Woolworth St
City/State/ZIP ▼
Longmeadow  MA  01106

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—60,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,026

Log Cabin Club                    JoAnn Pelletier

— April 2000 —

Because of copyright infringment laws
(and how the growing awareness of
design rights has affected our
quiltmaking) —
    I FEEL THAT I MUST MAKE THE
        FOLLOWING REQUEST —

The LOG CABIN sampler blocks are
intended to be used in your log cabin
sampler being made in class. The
finished quilt (or whatever you
make using these blocks) is for
your own personal use and
enjoyment — NOT for public
display or publication.
    This also applies to "BONUS"
quilts made in class.
                JoAnn Pelletier



# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
JOHN E. BONINI*
MICHAEL J. BONANNO*

ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL: DWPM@DWPM.COM

MATTHEW J. RYAN, JR.
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

September 21, 2004

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**
7160 3901 9848 5876 8040

Ms. Sandra T. Talbot
15 Prynnwood Road
Longmeadow, MA 01106

Certified Article Number

7160 3901 9848 5876 8040

SENDERS RECORD

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**
7160 3901 9844 9045 8675

Ms. Christiane Meunier
Chitra Publications, Inc.
2 Public Avenue
Montrose, PA 18801-1220

Certified Article Number

7160 3901 9844 9045 8675

SENDERS RECORD

Re:   Copyright Infringement

Dear Ms. Talbot and Ms. Meunier:

Please be advised that this office represents JoAnn Pelletier, of Longmeadow, Massachusetts. JoAnn is the owner of certain copywritten material as further described in this letter. It has come to our attention that you are using JoAnn's copywritten material consisting of a quilt pattern which you have called "Just Spooling Around" (the "Protected Design" or the "Pattern") without authority.

As you may know, by federal law, the owner of a copyright has the exclusive right to reproduce and distribute the copyrighted work. Accordingly, a validly copyrighted work is infringed when unauthorized reproductions of the copyrighted work have been made. JoAnn taught her spool Protected Design in quilting classes beginning in 1993. She disclosed the Pattern for the purpose of teaching her students. She made it clear to all of her students that they were not authorized to copy and distribute the Pattern, as it was her work of artistic expression. She did authorize each student to use the Pattern as a learning tool and to make a quilt for her

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Ms. Sandra T. Talbot
Ms. Christiane Meunier
September 21, 2004
Page 2

own use and enjoyment. Ms. Talbot threatened to distribute the Protected Design forcing JoAnn to disengage her from her class in September, 2000. In 2003, Ms. Talbot in fact distributed the Protected Design to Chitra Publications, Inc. representing it as her own, in violation of federal copyright law.

Accordingly, demand is made of Ms. Talbot as follows:

1.    JoAnn demands that Ms. Talbot cease and desist claiming ownership of the Pattern and Protected Design.

2.    JoAnn demands that Ms. Talbot you cease and desist distributing, copying and reproducing the Pattern and Protected Design.

3.    JoAnn demands that Ms. Talbot cause to be published in Chitra Publications' next issue of <u>Quiltworks Today</u> and online the following written apology for a period of six months verbatim displayed in font size and legibility equal to that of the entire publication:

*Sandra T. Talbot, has falsely claimed ownership of the "Just Spooling Around" protected design without authority of its rightful owner. Sandra T. Talbot apologizes for the use of the intellectual property of JoAnn Pelletier of Longmeadow, Massachusetts. JoAnn Pelletier is the creator and owner of the pattern for "Just Spooling Around".*

4.    JoAnn demands damages in the total amount of $50,000.00.

This demand is supported by the following:

### Copyright Infringement.

Federal law at 17 USC §102(a) states that copyright protection subsists, in accordance with this title, in original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device. Works of authorship include the following categories: (1) literary works; (2) musical works, including any accompanying words; (3) dramatic works, including any accompanying music; (4) pantomimes and choreographic works; (5) pictorial, graphic, and sculptural works; (6) motion pictures and other audiovisual works; (7) sound recordings; and (8) architectural works.

JoAnn owns the copyright to the pictorial, graphic work consisting of the Pattern to all of the quilts which are her original works of artistic expression and protected as her intellectual property. JoAnn's spool quilt pattern is one that she designed independently over a period of many years. As soon as she sketched and wrote the Pattern on paper, her copyright subsists. Her documentary evidence supports that she wrote the Pattern many years ago.    As the copyright

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Ms. Sandra T. Talbot
Ms. Christiane Meunier
September 21, 2004
Page 3

owner of this artistic work, JoAnn has the exclusive right to reproduce and to distribute the Pattern and Protected Design (17 USC § 106). Because Ms. Talbot and Chitra have published, reproduced and distributed the Pattern and the Protected Design without JoAnn's authorization, you have both infringed JoAnn's copyright upon publication of the Protected Design and Pattern in Chitra Publications, Inc. *Quiltworks Today*. October/November, 2003 issue at pages 26 and 27 (the "magazine").

Subsequent to that unauthorized publication, you recently published, reproduced and distributed the Protected Design in a book entitled *A Few of My Favorite Scrap Quilts* also published by Chitra Publications, Inc. (the "book"). In fact, it is featured on the cover of the book, on page 3 in the book and the Pattern is duplicated in the book at pages 11 and 15 in violation of federal copyright law. You, Ms. Talbot, have held yourself out to by the owner of the artistic expression manifested in the Protected Design in both the magazine and the book when in fact you are not. You have published your photograph with JoAnn's quilt Pattern, falsely claiming credit for its design. You falsely informed Chitra Publications that you were the owner of the Protected Design and that no one else had any rights to the Protected Design, when you knew that to be false.

Not only have your actions been egregious, insulting and personally cruel, but you have violated federal and state law. Both you and Chitra have taken action in reckless disregard for the true owner's copyright notwithstanding actual notice of such right.

Chitra Publications, Inc. has reproduced, duplicated, published and distributed the Protected Design in violation of federal copyright law.

Chitra may attempt to claim that it relied to its detriment on the false claims of Ms. Talbot. Unfortunately for Chitra, detrimental reliance is no defense to copyright infringement. Accordingly, demand is made of Chitra as follows:

1.  JoAnn demands that Chitra cease and desist from selling the book, remove the book immediately from the shelves of its retailers and from the Internet.

2.  JoAnn demands that Chitra publish the written apology in its next magazine issue and on the Internet exactly as demanded above.

3.  JoAnn demands that Chitra remove the magazine from the website and cease and desist sales of that issue of the magazine.

4.  JoAnn demands damages in the total amount of $50,000.00.

The magazine and book, although informational, are commercial. The publications developed and published by Chitra Publishing, Inc. are primarily for the purpose of generating

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Ms. Sandra T. Talbot
Ms. Christiane Meunier
September 21, 2004
Page 4

revenue for Chitra and promoting products used by quilters for financial gain. Chitra is hoping that consumers will be impressed with JoAnn's Protected Design quilt and buy the magazine or the book and all of the quilting materials from the advertisers of Chitra and from those retail outlets which sell Chitra's publications. Therefore, the publications are a form of commercial speech for the purpose of influencing consumers to buy it's goods. It appears that the publications are adequately disseminated to the relevant purchasing public, since the publications are available over the Internet. Because the Chitra publications are available on-line at Chitra's website www.quilttownusa.com, it could be argued that consumers interested in purchasing quilting products would be likely go to the Chitra website, and encounter the Chitra publications. Thus, therefore, the Internet constitutes sufficient distribution and the Chitra website is a commercial publication.

The statements made in the publications are false and misleading. Ms. Talbot holds herself out as the owner of the Pattern and Protected Design when she is not. JoAnn shall prove that the statements made are literally false and as such can do nothing but mislead and confuse consumers.

JoAnn will not condone nor ignore this infringement and intends to hold both Ms. Talbot and Chitra Publications, Inc. legally accountable. JoAnn will seek fair and reasonable compensation for the improper use of her Protected Design and damages for infringement. Accordingly, JoAnn reiterates the demands set forth in this letter. Should either of you fail to comply with the demands completely and in a timely fashion in the sole opinion of JoAnn, JoAnn will pursue her legal remedies to the full extent of the law. Absent complete compliance with the demands made herein, JoAnn will initiate litigation in the United States District Court for the District of Massachusetts for statutory damages, actual damages equivalent to income received and sales generated by both parties as a result of this infringement and for all other rights and remedies available by all applicable state or federal law. Nothing herein shall be interpreted as a limitation of the rights and remedies available to JoAnn.

Please do not contact or attempt to contact JoAnn Pelletier. All communication regarding this matter must be made through the undersigned. Please confirm immediately upon receipt of this letter your prompt compliance with the demands herein.

Very truly yours,

Deborah A. Basile

DAB/cm

Enclosure

cc:     JoAnn Pelletier

240888-1

"E"



# Just Spooling Around

Sandra Touchette Talbot of Longmeadow, Massachusetts, loves making scrap quilts. She used lots of plaid and strip fabrics when creating "Just Spooling Around" (54 1/2" square). Sandra says her plan was to make a wallhanging but she had so much fun making the blocks that it turned into a "quilt of 100 spools." The quilt was expertly machine quilt- ed in the ditch by Jane Austin Gilbert.

October/November 2003          Grandma's Quilts



**Quilt Size:** 54 1/2" square
**Block Size:** 4" square

## Materials

- 100 assorted prints, plaids, and stripes, each at least 3" square
- 25 brown prints, each at least 13" square
- 21 assorted black prints, each at least 3" square
- 2 1/3 yards muslin
- 1 3/4 yards black stripe for the border
- 2/3 yard black print for the binding
- 3 1/2 yards backing fabric
- 59" square of batting
- Foundation paper (optional)

## Cutting

*Dimensions include a 1/4" seam allowance.*

- Cut 100: 3" squares, assorted prints, plaids, and stripes

*From each brown print:*

NOTE: *Separate each group of 8 strips into 2 piles of 4.*

- Cut 8: 3/4" x 4 1/2" strips
- Cut 8: 3/4" x 4" strips
- Cut 8: 3/4" x 3 1/2" strips

*From the muslin:*

- Cut 180: 1 1/2" x 4 1/2" strips, for the sashing
- Cut 200: 3/4" x 4" strips
- Cut 200: 3/4" x 3 1/2" strips
- Cut 200: 3/4" x 3" strips

*From the assorted black prints:*

- Cut 81: 1 1/2" squares

*Also:*

- Cut 4: 3 1/4" x 58" strips, black stripe, for the border
- Cut 6: 2 1/2" x 40" strips, black print, for the binding

## Directions

**1.** Stitch a 3/4" x 3" muslin strip to a 3" print square. Chain stitch a 3/4" x 3" muslin strip to each of the remaining 3" squares.



**2.** Clip the units apart.

**3.** Chain stitch a 3/4" x 3" muslin strip to the opposite side of each square.

**4.** Clip the units apart and press the seam allowances toward the muslin. Trim the seam allowances to 3/16".



# Just Spooling Arou

**5.** Chain stitch 3/4" x 3 1/2" print strips to the square u shown. Use only 4 strips o brown print. Clip the units a



**6.** Chain stitch a 3/4" x matching brown print strip opposite side of each unit.



**7.** Clip the units apart and the seam allowances towa brown print. Trim the allowances to 3/16".

**8.** Chain stitch 3/4" x 3 1/2 strips to the muslin sides unit. Press and trim, as befo



**9.** Chain stitch 3/4" x 4" m brown print strips to eac
*(continued on p*



Sandra
Talbot

**Quilt Size:** 54 1/2" square
**Block Size:** 4" square



*Yardage is based on fabric with a useable width of 40".*

- 100 assorted prints, plaids, and stripes, each at least 3" square

- 25 brown prints, each at least 10" square

- 21 assorted black prints each at least 3" square

- 2 1/3 yards muslin

- 1 3/4 yards black stripe for the border

- 2/3 yard black print for the binding

- 3 1/2 yards backing fabric

- 59" square of batting

- foundation paper (optional - see page 28)

## Cutting

*Dimensions include a 1/4" seam allowance.*

- Cut 100: 3" squares, assorted prints, plaids, and stripes

*From each brown print:*
NOTE: *Separate each group of 8 strips into 2 piles of 4.*

- Cut 8: 3/4" x 4 1/2" strips
- Cut 8: 3/4" x 4" strips
- Cut 8: 3/4" x 3 1/2" strips

*From the muslin:*

- Cut 180: 1 1/2" x 4 1/2" strips
- Cut 200: 3/4" x 4" strips
- Cut 200: 3/4" x 3 1/2" strips
- Cut 200: 3/4" x 3" strips

*From the assorted black prints:*

- Cut 81: 1 1/2" squares

*Also:*

- Cut 4: 3 1/4" x 58" strips, black stripe, for the border
- Cut 6: 2 1/2" x 40" strips, black print, for the binding

## Directions

**1.** Stitch a 3/4" x 3" muslin strip to a 3" print square. Chain stitch a 3/4" x 3" muslin strip to each of the remaining 3" squares.

**2.** Clip the units apart.

**3.** Chain stitch 3/4" x 3" muslin strips to the opposite side of each square.

**4.** Clip the units apart and press the seam allowances toward the muslin. Trim the seam allowances to 3/16".



**5.** Chain stitch 3/4" x 3 1/2" brown print strips to the square units, as shown. Use only 4 strips of each brown print. Clip the units apart.



**6.** Chain stitch 3/4" x 3 1/2" matching brown print strips to the opposite side of each unit.



**7.** Clip the units apart and press the seam allowances toward the brown print. Trim the seam allowances to 3/16".

**8.** Chain stitch 3/4" x 3 1/2" muslin strips to the muslin sides of each unit. Press and trim, as before.

**9.** Chain stitch 3/4" x 4" matching brown print strips to each unit. Press and trim.



**10.** Chain stitch the 3/4" x 4" muslin strips to the muslin sides of each unit. Press and trim.

**11.** Chain stitch the 3/4" x 4 1/2" matching brown print strips to the remaining sides. Press and trim.



"F"

# A Few of My Favorite
# SCRAP ✦ QUILTS



by
Christian
Meunier

**10
Full-Size
Patterns**

# ❖ Introduction ❖



While looking through past issues of *Quilting Today* and *Traditional Quiltworks* magazines for inspiration, I noticed that it is always the same quilts that jump out at me. They are the quilts I loved when we first chose them to be in the magazine, and years later, all I need is to flip through the pages and catch a glimpse of them to fall in love with them again. Usually they're scrap quilts. I enjoy making scrap quilts as much as I do looking at them.

Scrap quilts originally were a tribute to our ancestors' ability to turn scarcity into beauty. They transformed their lack of material into a glorious celebration of life. With the wealth of fabric available today, scrap quilts can be more expressive than ever. Using lots of different fabrics can give quilts a visual depth and range of texture that is more difficult to attain with fewer fabrics. "Myths of Avalon," one of the patterns in this book, wouldn't be quite as interesting if it were a red and white quilt. But as it's shown here, your eyes travel around the surface of the quilt, resting in a certain area and studying others. It's a wonder that so many different elements can come together as a beautiful and harmonious unit.

Scrap quilts are also a lot of fun to make. As long as you have fabric in your stash, you never have to worry about running out of a particular one late at night. And if your stash is like mine, you're home free for the rest of your life! Working with a lot of different fabrics gives you the freedom to be daring and to us

Copyright ©2004 Chitra Publications
All Right Reserved.
Published in the United States of America.
Printed in China

Chitra Publications
2 Public Avenue
Montrose, Pennsylvania 18801-1220

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system now known or to be invented, without permission in writing from the publisher, except by a reviewer who wishes to quote brief passages in connection with a review written for inclusion in a magazine, newspaper, or broadcast.

First Printing 2004

Library of Congress Cataloging-in-Publication Data

Meunier, Christiane.
  A few of my favorite scrap quilts / by Christiane Meunier.
    p.cm.
  ISBN 1-885588-58-5 (pbk)
  1. Patchwork—Patterns. 2. Quilting. I. Title.
  TT835.M48722 2004
  746.46'041—dc22

                              2004004696

Edited by.........Debra Feece  ❖  Design and illustrations......Diane Albeck-Grick
Photography................Van Zandbergen Photography, Brackney, Pennsylvania
                                                              unless otherwise noted

# ❖ Patterns ❖





Spring Trees.................4



Baskets....



Picket                    18



Winding Ways....

a little bit of that lime green that is so "not you." Scrap quilts are also very forgiving; you don't have to have the perfect plan when starting out. If your design gets too bright, just start making more dark blocks. If it gets too dull, step up on the brights. As you go through the process of making a block or two at a time, there's usually time to balance things out. And you never get stuck having to make 32 more blocks exactly like the 16 you just made!

The 10 quilts in this book are a few of my favorite scrap quilts. I hope they inspire you to get your fabric out and start playing!

Happy quilting!





.......6



Just Spooling
Around...........10



Eclipse.............12



Tom's Nappy
Quilt.............16



.......20



Myths of
Avalon.............22



Triangulation
Revisited..........26



Joanne's
Quilt...........28



# Just Spooling Around

Sandra Touchette Talbot of Longmeadow, Massachusetts, loves making scrap quilts. She used lots of plaid and stripe fabrics when creating "Just Spooling Around." Sandra says her plan was to make a wallhanging but she had so much fun making the blocks that it turned into a "quilt of 100 spools." The quilt was expertly machine quilted by Janis Austin Gilbert.



QuiltTownUSA Quilt Shop





**Books**
**Back Issues**
**Patterns**
**Notions & Tools**
**Notecards**
**Quilt Hangers**
**Clearance ★**
**Help Desk**
**Wholesale** NEW!
**QuilttownUSA.com ›**

View Cart

➤ Browse Catalog  ➤ Review Order  ➤ Customer Info  ➤ Payment/Shipping  ➤ C(

(Your shopping cart is empty)

| Search 🔍 | | Books:Traditional/Pieced |

Displaying 1 through 10 of 22 products.



**Mary's Favorite Blue and White Quilts - Available May 1st**
By Mary Koval. SHIPS MAY 1st. Mary Koval brings you 9 of the finest examples of antique Blue & White quilts she has come upon. Easy step-by-step instructions enable you to make these beautiful quilts your own.

$16.95  Add to Cart ✛



**A Few of My Favorite Christmas Quilts - Available May 1st**
By Christiane Meunier SHIPS MAY 1st. Finally! A book of beautiful Christmas Quilts that challenge the most experienced quilter and invite the novice to join the fun. Everyone will be able to decorate with quilts for the holidays with the step-by-step patterns in this book.

$16.95  Add to Cart ✛



**A Few of My Favorite Antique Quilts**
by Christiane Meunier. The nine full-size quilts in this book span more than a century....

$16.95  Add to Cart ✛



**Strip Easy**
by Christiane Meunier - Streamline the cutting and piecing process while making the 9 great quilts in this book.

$16.95  Add to Cart ✛

Natures Beauty in Redwork



by Debra Feece - The 25 redwork patterns in this book are stunning reproductions from an antique quilt that Debra rescued

$18.95  Add to Cart +



### A Few of My Favorite Scrap Quilts
"Scrap quilts are fun to make," says popular author Christiane Meunier.

$14.95  Add to Cart +



### Colorful Quilts
by Sharyn Craig, Christiane Meunier, and others. If you love colc you'll love the quilts in this book! Renowned quilters and long-tim friends, Sharyn Craig and Christiane Meunier share their own designs plus six more of their all-time favorites.

$14.95  Add to Cart +



### Mary's Favorite '30s Quilts
11 designs chosen to honor Grandma Buddy, by Mary Koval. As a highly regarded antique dealer and quilt teacher, Mary has come upon thousands of remarkable antique quilts.

$14.95  Add to Cart +



### Fabulous Flower Quilts
Make any of these eight beautiful quilts and create a year-round garden in your home. Using what Bea Yurkerwich calls "Gentle Geometrics", Bea designed these colorful quilts so they are eas to piece.

$14.95  Add to Cart +

### Nine Patch & Snowball Quilts
by Elsie Campbell. Inspired by Sharyn Craig's Design Challenge articles in Traditional Quiltworks and now QuiltWorks Today magazines, Elsie Campbell designed several exciting quilts with just two blocks - the Snowball and Nine Patch.

 $14.95  Add to Cart +

Return    Home    More

Displaying 1 through **10 of 22** products.

Top

Customer Service | Frequently Asked Questions | About Us | Contact Us
© 2003, Chitra Publications, Inc. All Rights Reserved.

Case 3:05-cv-30009-MAP    Document 21-8    Filed 02/20/2006    Page 44 of 44





**Books**
**Back Issues**
**Patterns**
**Notions & Tools**
**Notecards**
**Quilt Hangers**
**Clearance** ✿
**Help Desk**
**Wholesale** NEW!
**QuilttownUSA.com** ›

View Cart

» Browse Catalog  » Review Order  » Customer Info  » Payment/Shipping  » C

(Your shopping cart is empty)

### A Few of My Favorite Scrap Quilts



"Scrap quilts are fun to make," says popular author Christiane Meunier. She chos
scrap quilts from past issues of Quilting Today, Traditional Quiltworks and Qu
magazines that are sure to become your favorites too. With the wealth of fabric
scrap quilts can be more expressive than ever. So dig into that fabric stash and
scrap quilt today!

Product Code: **100-169**

**$14.95**

Cancel Selection ✕      C

Customer Service | Frequently Asked Questions | About Us | Contact Us
©2003, Chitra Publications, Inc. All Rights Reserved.

Moon Over Mountain Case 3:05-cv-00090-MRP Document 219 Filed 02/20/2006 https://www.quiltsource.ca/cgi-html/chl/chlnew.html Page 1 of 80

"H"



# QuiltSource Canada
## "Canada's Quilt Store Supplier"

BATTING - BOOKS - CROSS STITCH - FABRIC - NOTIONS - PATTERNS - RULERS - THREAD - CUTTING TOOLS
CONTACT US - FIND A STORE NEAR YOU - **WHAT'S NEW** - SEARCH - HOME

## Moon Over Mountain
### *formerly Chitra Publications*

NEW RELEASES - BOOK LIST



**Repro Quilts**
**CHL181**



**Quilts to Treasure**
**CHL180**



**Cheerful Quilts**
**CHL179**



**A Few of May Favorite**
**Miniature Quilts**
**CHL178**



**Classic Quilts by**
**The Keystone Quilters**
**CHL177**



**Mary's Favorite**
**Blue & White Quilts**
**CHL176**



**A Few of My Favorite**
**Christmas Quilts**
**CHL175**



**Blue Ribbon**
**Miniature Quilts**
**CHL174**



**A Few of My
Favorite Antique Quilts
CHL173**



**Strip•Easy
CHL172**



**Nature's Beauty
in Redwork
CHL171**



**Little Quilts from
the Netherlands
CHL170**



**A Few of My Favorite
Scrap Quilts
CHL169**



**Colorful Quilts
CHL168**



**Mary's Favorite
'30s Quilts
CHL167**



**The Best of
Miniature Quilts
Volume 3
CHL166**



**Fabulous Flower
Quilts
CHL165**



**Nine Patch
& Snowball Quilts
CHL164**



**Quilts from
Squier Lane
CHL163**



**Cutout Quilts
CHL162**



2/17/2006 5:10 PM







| Home | Company | Contact Us | Order Tracking | Product List | Log In |

**Browse Results - Select a Product**

### Books> Scrap Quilts>Moon Over Mountain

**Moon Over Mountain**


Click to Enlarge/Buy
A Few of My Favorite
Scrap Quilts
Price $15.95


Click to Enlarge/Buy
Mary's Favorite
Scrap Quilts
Price $15.95

**Search**

[ ] Go
Advanced Search

**Manufacturer**

--- select MFG ---
Go

**Category**

Calendars
Books
Notions
Gifts
Patterns
Show Pins
Australian Magazines
Computer Programs
Gift Certificates
Amish Figurines
Fabric
Magazines

**More Information**

"Simply Quilts" TV Schedule
30,000 More Items!!!
Australian Magazines Info
Discounts
Gift Certificates
International Orders
Pricing Question
Returns
Secret Pal Gifts
U.S. Shipping Charges
Wish List

**Join Mailing List**


Enter e-mail!  Go

**Shopping Cart**

**Your Cart Is Empty**

**Top 40 Best Sellers**

1.) New York Beauty
2.) New York Beauty Border
3.) Karen K. Stone Quilts Book
4.) Log Cabin in the Round Designs
5.) Reproduction Quilts from the Civil War Period
6.) Dear Jane
7.) Machine Quilting in Sections
8.) "I Love Quilting" Luggage Tag
9.) Super Simple Fat Quarter Quilts
10.) Rings That Bind
11.) Simple Country Sampler
12.) Radiant New York Beauties
13.) Tradition with a Twist

# BESTBOOKBUYS®

WELCOME | BOOKS | MUSIC | VIDEO | ELECTRONICS | BIKES



### A Few of My Favorite Scrap Quilts

Author: <u>Christiane Meunier</u>
Format: Paperback
Publication Date: July 2004
Publisher: Chitra Pubns
ISBN: 1885588585
List Price: $55.01

Short link to this page: <u>http://www.bestwebbuys.com/1885588585</u>

| Bookstore | Store Rating | Availability | Item Price | Sales Tax | Carrier (Days) | Approx.Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| **Barnes & Noble.com** | ★★★★★ (2.8) [86 comments] | Usually ships within 24 hours - Same Day delivery in Manhattan | $13.45 (Member Price) | Canada, FL, MA, NJ, NV, NY, PA, SC, TN, WI | USPS (3-8) (Fast & Free Delivery in 3 days or less on orders over $25. See Site for Details.) | $3.99 | **$17.44** (Member Price) |
| **Amazon** | ★★★★★ (3.6) [90 comments] | Ships within 2 days | $14.00 (Marketplace) | KS, ND, WA | USPS (4-14) | $3.49 | **$17.49** (Marketplace) |
| **Amazon** | ★★★★★ (3.6) [90 comments] | Ships within 2 days | $14.68 (Used) (Marketplace) | KS, ND, WA | USPS (4-14) | $3.49 | **$18.17** (Used) (Marketplace) |
| **Amazon** | ★★★★★ (3.6) [90 comments] | Usually ships in 4 to 6 weeks | $14.95 | KS, ND, WA | UPS (3-7) (Free shipping on most orders over $25) | $3.99 | **$18.94** |
| **Barnes & Noble.com** | ★★★★★ (2.8) [86 comments] | Usually ships within 24 hours - Same Day delivery in Manhattan | $14.95 | Canada, FL, MA, NJ, NV, NY, PA, SC, TN, WI | USPS (3-8) (Fast & Free Delivery in 3 days or less on orders over $25. See Site for Details.) | $3.99 | **$18.94** |
| **Alibris** | ★★★★★ (1.9) [12 comments] | Ships in 2-3 days | $25.50 (Used) | CA, MI, NV | Standard (4-14) | $3.49 | **$28.99** (Used) |
| **Abebooks** | ★★★★★ (1.9) [17 comments] | In Stock | $28.39 (Used) | - N/A - | Various (4-21) | $3.50 | **$31.89** (Used) |

© Copyright 1997-2006, <u>Best Web Buys</u>, Inc. All rights reserved. All trademarks are owned by the respective company or **Best Web Buys**.
Please send comments or problems to the <u>webmaster</u>

Data provided by Muze, Inc. © Copyright 1995-2006 Muze Inc.
For personal non-commercial use only. All rights reserved.



# Nieuwe aanwinsten maart 2005

**De boeken van de Quiltersgilde bibliotheek kunnen geleend worden. De uitleentermijn is drie weken. Deze service is uitsluitend voor leden onder vermelding van naam en lidmaatschapsnummer. Boeken kunnen alleen schriftelijk aangevraagd worden. De kosten die eraan verbonden zijn, zijn de kosten van het terugzenden naar mevrouw Groeneveld.**

Einde van de pagina

| | | |
|---|---|---|
|  **Quilt Artistry, Inspired Designs from the East**, door Yoshiko Jinzenji. Uitgever: Kodansha. Mooi Japans boek met volop foto's om inspiratie op te doen. Veel intensief machinaal quiltwerk op naturelkleurige handgeverfde stoffen en quilts die doen denken aan oude oosterse tapijten. 128 blz. ISBN: 4-7700-2756-7, prijs ca. € 35,-- | **Focus on Batiks** door Jan Bode Smiley. Uitgever: C & T. Originele batik stoffen hebben een heel eigen uitstraling. Ook in combinatie met handgeverfde en met 'gewone' stoffen geven ze net iets extra's. ISBN: 1-57120-230-7, prijs ca. € 27,- | **Blühende Quilts** door Ula Lenz. Uitgever: Bergtor Verlag. Duits boek (Engelse tekst op website www.lenzula.com) met nieuwe patronen met bloemen en planten en wat je verder in de tuin vindt, alles voor paper piecing. 96 blz. ISBN: 3-9806815-8-0, prijs ca. € 22,-- |
| | **Star-Studded Quilts** door Roxanne Carter. Uitgever: Martingale. De mogelijkheden met deze sterrenblokken zijn eindeloos. Alles met driehoeken en vierkanten, met instructies voor een snelle snij- en naaitechniek. Leuk voor een sampler, maar een kleiner werkje kan ook. 64 blz. ISBN: 1-56477-538-0, prijs ca. € 24,-- | **Photo Fun** door Cyndy Lyle Rymer. Uitgever: C & T. Afdrukken van foto's door printer of scanner op stof openen nieuwe perspectieven voor heel persoonlijke quilts. Ook leuk om zo een heel eigen etiket te maken. 64 blz. ISBN: 1-57120-276-5, prijs ca. € 19,-- |
| **A Few of My Favorite Scrap Quilts** door Christiane Meunier. Uitgever: Chitra. Veel van deze patronen zijn eerder gepubliceerd in Quilting Today en Traditional | **Quilt Savvy, Fallert's Guide to Images on Fabric** door Caryl Bryer Fallert. Uitgever: AQS. U kunt uw eigen stoffen bedrukken met afbeeldingen die u zelf op uw | **Sensational Settings** door Joan Hanson. Uitgever: Martingale. Er zijn meer mogelijkheden om van een stapel blokken een quilt samen te stellen dan op het |

Quiltworks. Scrap quilts zijn altijd aantrekkelijk omdat er zoveel verschillende stofjes in verwerkt kunnen worden en je niet meteen rolletjes of halve meters nodig hebt. 32 blz. ISBN: 1-885588-58-5, prijs ca. € 18,--

inkjetprinter heeft geprint en misschien wel zelf ontworpen. Ook foto's kunt u zo afdrukken op stof. Door speciale vloeistoffen (Bubble Jet Set en Bubble Jet Rinse) worden de afbeeldingen onuitwasbaar. 126 blz. in een ringbandje, ISBN: 1-57432-842-5, prijs ca. € 26,--

eerste gezicht lijkt. Verwerking 'op de punt' is daar één van, zo ook afwisselen met andere gepatchte blokken of blokken van een bijpassende stof. Tips om blokken van ongelijke grootte samen te voegen. 80 blz. ISBN: 1-56477-521-6, prijs ca. € 25,--

**Borders, Bindings & Edges, The Art of Finishing Your Quilt** door Sally Collins. Uitgever: C & T. Goede suggesties voor medaillonquilts, waarbij vanuit het centrumblok rand na rand wordt toegevoegd. Veel aandacht voor de afwerking, bv. met koord, schulpjes e.d. 112 blz. ISBN: 1-57120-233-1, prijs ca. € 30,--

**Debbie Mumm's Birdhouses for every Season,** geschreven en uitgegeven door Debbie Mumm. Veel verschillende vogelhuisjes voor binnenshuis voor elk seizoen. Quilts, lopertjes, placemats enz. 112 blz. ISBN: 0-9707811-0-5, prijs ca. € 28,--

**No-Sweat Flannel Quilts** door Beth Garretson. Uitgever: Martingale. Flanellen stof in felle kleuren en met leuke motieven is heel goed te gebruiken in quilts, lekker warm is het in ieder geval. Met eenvoudige patronen. 64 blz. ISBN: 1-56477-540-2, prijs ca. € 24,--

**From the Cover,** samengesteld door Mary Leman Austin en Quilter's Newsletter Magazine. Uitgever: C&T. Alle quilts hebben op de voorkant van QNM gestaan. Van 15 stuks is er een uitgebreide werkbeschrijving. 112 blz. ISBN: 1-57120-246-3, prijs ca. € 34,--



**One hundred Japanese Quilts**. Uitgever: Tadanobu SETO Nihon Vogue. Catalogus van de reizende tentoonstelling die dit voorjaar o.a. tijdens Quilt Expo in Den Haag te zien was en die veel belangstelling had. Een boek om eens rustig mee te gaan zitten, want dit zijn werkelijk topstukken.

**Romantic Quilts** samengesteld uit quilts die eerder gepubliceerd werden in Australian Patchwork & Quilting Magazine. Klassieke patronen, uitgevoerd in zachte kleuren. Uitgever: Martingale. 112 blz. ISBN: 1-56477-536-4, prijs ca. € 30,--

**More Nickel Quilts** door Pat Speth. Uitgever: Martingale. 20 patronen voor quilts, alle gemaakt met vierkante lapjes van 13 x 13 cm. Hoe meer verschillende hoe beter en ruilen mag. 112 blz. ISBN:

**Bold, Black and Beautiful Quilts** door Debby Kratovil. Uitgever: AQS. Felle kleuren in combinatie met zwart geven een dramatisch effect aan uw quilt. Traditionele eenvoudige patronen krijgen




**Books**
**Back Issues**
**Clearance ★**
**Help Desk**
**Wholesale ᴺᵉʷ!**
**QuilttownUSA.com**
›

[ View Cart ]

›› Browse Catalog  ›› **Review Order**  ›› Customer Info  ›› **Payment/Shipping**  ›› **Confirmation/Receipt**

(Your shopping cart is empty)

[ Search 🔍 ]     Back Issues:QuiltWorks Today ▾     [ Go ]

Displaying 1 through 6 of 6 products.



**QuiltWorks Today #10 (October/November 2004)**
**Features:** Featured Teacher: Meet Natalie Sewell & Nancy Zieman, Private Workshop: Partners in Design, Design Challenge: New York Beauty, Garden Flowers and more...

Our Price: ~~$4.99~~
Sale Price: $3.99  [ Add to Cart ]



**QuiltWorks Today #9 (Aug/Sept 04)**
**Features:** Meet Judy Niemeyer, Private Workshop: Wild Flowers, Cutting Fabric for Optimum Accuracy, Ask the Expert, and more...

Our Price: ~~$4.99~~
Sale Price: $3.99  [ Add to Cart ]



**QuiltWorks Today #8 (June/July 2004)**
**Features** Meet Judith Thompson, New Jersey Tulips, Design Challenge: Teamwork, Fabric Picture Books, and more....

Our Price: ~~$4.99~~
Sale Price: $3.99  [ Add to Cart ]



**QuiltWorks Today #6(Feb/Mar 2004)**
**Patterns:** Not All the Reds in my Life, Ring around the "G" Block, Snowman Hollow, Through the Ages, All I Wanted was a Jacob's Ladder, My Eternity Garden, Almost Orange

Our Price: ~~$4.99~~
Sale Price: $3.99  [ Add to Cart ]



**QuiltWorks Today #4 (October/November 2003)**
**Patterns:** A Wild Northwind, Susan B. Anthony, Just Spooling Around, Washington's Cherry Baskets, A Flash of Green, Granola Bars, Ohio Valley Musings: A Series Quilt. More...

Our Price: ~~$4.99~~
Sale Price: $3.99  [ Add to Cart ]



**QuiltWorks Today #3 (August/September 2003)**
**Patterns:** Summer Retreat, Square Dance, Ohio Valley Musings: A Series Quilt, Part I, Spring Flowers, Welcome Wallhanging, Cherry Vanilla Swirl, Mystery by the Bay: Part 3, Flying Geese. More...

Our Price: **$4.99**
Sale Price: $3.99  Add to Cart

Return  Home

**Displaying 1 through 6 of 6 products.**

Top

**Customer Service** | **Frequently Asked Questions** | **About Us** | **Contact Us**
All Content © 2005, Moon Over Mountain, All Rights Reserved.