THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN PELLETIER,<br>        Plaintiff<br><br>vs.<br><br>SANDRA T. TALBOT, CHITRA PUBLICATIONS, CHARIOT PUBLISHING, INC. As General Partner of Chitra Publications, CHRISTIANE MEUNIER, As Officer of Chariot Publishing, Inc., CHRISTIANE MEUNIER, As Owner of Chitra Publications, and CHRISTIANE MEUNIER d/b/a MOON OVER MOUNTAIN,<br>        Defendants | Civil Action No: 05-30109-MAP |

**STIPULATED ENTRY OF PRELIMINARY INJUNCTION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Joann Pelletier ("the Plaintiff"), and Defendant, Sandra T. Talbot ("Ms. Talbot"), by and through their respective counsel, that since Ms. Talbot is not engaging in any of the conduct with respect to the quilt pattern in question that Ms. Pelletier's Preliminary Injunction motion is directed at stopping, the parties hereby stipulate to the following Preliminary Injunction Order:

1. Ms. Talbot shall be enjoined from reproducing, distributing, publishing, and/or selling quilts and/or pictures of quilts bearing Plaintiff's alleged quilt design and pattern; and

2. Ms. Talbot shall be enjoined from reproducing, distributing, publishing and/or selling instructions in the form attached to Plaintiff's Complaint for producing Plaintiff's alleged quilt design and quilt pattern;

IT IS HEREBY FURTHER STIPULATED AND AGREED by Ms. Talbot and the Plaintiff, as a condition to entry of the above order, that said stipulated-to preliminary injunction:

1307091.1

1. shall not operate as nor have the effect of a finding that Ms. Pelletier would suffer irreparable harm relative to Ms. Talbot without the Preliminary Injunction;

2. shall not operate as nor have the effect of a finding that the balance of interests weighs in favor of the Preliminary Injunction relative to Ms. Talbot;

3. shall not operate as nor have the effect of a finding that Ms. Pelletier is likely to succeed on the merits of her claims relative to Ms. Talbot;

4. shall not operate as nor have the effect of a finding that there would be no adverse impact on the public interest by granting the Preliminary Injunction relative to Ms. Talbot; and

5. entry of a Preliminary Injunction against any of the other defendants in this matter shall in no way operate as nor have the effect of a finding on the merits as to Ms. Talbot with respect to any issues in this case.

**STIPULATED AND AGREED TO HEREIN BY:**

| | |
|---|---|
| Joann Pelletier | Sandra T. Talbot |
| Plaintiff | Defendant |
| | |
| By:__/s/ Claire L. Thompson_____ | By:_/s/ Steven M. Coyle_____ |
| Claire L. Thompson, B.B.O. # 550262 | Steven M. Coyle, B.B.O. #564189 |
| Doherty, Wallace, Pillsbury & Murphy, P.C. | CANTOR COLBURN LLP |
| One Monarch Place, Suite 1900 | 55 Griffin Road South |
| 1414 Main Street | Bloomfield, CT 06002 |
| Springfield, MA 01144 | (860) 286-2929 |
| (413) 733-3111 | |
| | |
| Date: April 7, 2006 | Date: April 7, 2006 |
| Plaintiff's Attorney | Defendant's Attorneys |

**SO ORDERED**

Date: _____, 2006          _____
                                Michael A. Ponsor
                                United States District Judge
                                District of Massachusetts