## DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| PAUL S. DOHERTY | ONE MONARCH PLACE, SUITE 1900 | TELECOPIER (413) 734-3910 |
| PHILIP J. CALLAN, JR | SPRINGFIELD, MASSACHUSETTS 01144-1900 | WWW.DWPM.COM |
| GARY P. SHANNON | | E-MAIL: CTHOMPSON@DWPM.COM |
| ROBERT L. LEONARD | TELEPHONE (413) 733-3111 | |
| A. CRAIG BROWN | | MATTHEW J. RYAN, JR. |
| L. JEFFREY MEEHAN | | OF COUNSEL |
| JOHN J. McCARTHY | | ROSEMARY CROWLEY*** |
| DAVID J. MARTEL‡ | | COUNSEL |
| BARRY M. RYAN | | |
| DEBORAH A. BASILE† | | DUDLEY B. WALLACE |
| PAUL M. MALECK | | (1900-1987) |
| CLAIRE L. THOMPSON | | LOUIS W. DOHERTY |
| W. GARTH JANES** | | (1898-1990) |
| GREGORY A. SCHMIDT | | FREDERICK S. PILLSBURY |
| MICHAEL K. CALLAN* | | (1919-1996) |
| MICHAEL D. SWEET* | | ROBERT E. MURPHY |
| BERNADETTE HARRIGAN‡ | | (1919-2003) |
| BRENDA S. DOHERTY | | SAMUEL A. MARSELLA |
| MICHELE A. ROOKE | | (1931-2004) |
| KAREN K. CHADWELL*† | | |
| GREGORY M. SCHMIDT | | † REGISTERED PATENT ATTORNEY |
| REBECCA L. BOUCHARD* | | * ALSO ADMITTED IN CONNECTICUT |
| | | ‡ ALSO ADMITTED IN NEW YORK |
| | | ** ALSO ADMITTED IN DISTRICT OF COLUMBIA |
| | | *** ALSO ADMITTED IN SOUTH CAROLINA |

May 2, 2006

Joseph D. Buckley, Esq.
1237 Holly Pike
Carlisle, PA 17013

   RE: <u>JoAnn Pelletier v. Chitra Publications, Christiane Meunier and Sandra T. Talbot</u>
     U.S. District Court – Docket No: 05-30109-MAP

Dear Attorney Buckley:

 Please be advised that the U.S. District Court (Ponsor J.) has scheduled hearing on the Plaintiff's Motion for Preliminary Injunction for <u>May 19, 2006 at 10:00 a.m. in Springfield</u>. The motion was served on all defendants by regular mail on March 20, 2006.

 I am enclosing a copy of the Motion, Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, and supporting exhibits for your records and review.

 Please feel free to contact me with questions or concerns.

              Very truly yours,


              Claire L. Thompson

CLT/dlb
Enclosure
cc: JoAnn Pelletier
   Elizabeth French (electronically)
   Chariot Publishing, Christiane Meunier
   and Christiane Meunier d/b/a
   Moon Over Mountain (letter only)

309584.1