IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOANN PELLETIER<br>Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 05-30109 MAP<br>: |
| SANDRA TALBOT and | :<br>:<br>: |
| CHITRA PUBLICATIONS, et. al.,<br>Defendants | :<br>: |

## MOTION PRO HAC VICE

AND NOW, this _9th_ day of May, 2006, comes, Maurice M. Cahillane, Esquire, Esquire, an attorney licensed in the Commonwealth of Massachusetts and qualified to practice before this Honorable District Court and moves the admission Pro Hac Vice of Joseph D. Buckley, Esquire as follows:

1. Joseph D. Buckley, Esquire is an attorney qualifies and licensed to practice law in the Commonwealth of Pennsylvania.

2. Attorney Buckley graduated, cum laude, from the Dickinson School of Law of the Pennsylvania State University in June of 1983 and was admitted to the practice of

law in the Commonwealth of Pennsylvania on October 17, 1983 and issued I. D. Number 38444 from the Supreme Court of Pennsylvania.

3. Attorney Buckley is a member in good standing of the Supreme Court of Pennsylvania as evidenced by a certificate issued by the Supreme Court of Pennsylvania issued May 8, 2006 and attached as Exhibit "A".

4. Attorney Buckley has been engaged in the full time practice of law for over twenty-two years and has offices at 1237 Holly Pike, Carlisle, PA 17013.

5. Attorney Buckley is accepted to practice before the United States District Court for the Middle District of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the Third Circuit Court of Appeals.

6. Attorney Buckley certifies that there are no disciplinary proceedings pending against him in any jurisdiction where he is admitted to the practice of law.

7. Attorney Buckley has represented a multitude of clients regarding copyright and trademark issues specially as they effect the quilting industry including quilters, authors, designers, and publishers, and has lectured on the topic to professional quilters, designers and publishers.

8. Attorney Buckley desires that this Honorable Court accept him to represent his Pennsylvania clients, Chitra Publications, a Pennsylvania Limited Partnership, Chariot Publishing, Inc., a Pennsylvania corporation and Christiane Muenier, a Pennsylvania resident, all named as Defendants in the above captioned matter pending before the Court.

9. Attorney Buckley has obtained a copy of the local rules of practice and is familiarizing himself with the same.

WHEREFORE, Attorney Buckley prays that this Honorable Court accept this Motion Pro Hac Vice and permit him to practice before the Court in this matter only.

Respectfully submitted,

*[signature]*
Maurice M. Cahillane, Esquire
I.D. #
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Joseph David Buckley, Esq.

**DATE OF ADMISSION**

*October 17, 1983*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 8, 2006**

Norina K. Blynn
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOANN PELLETIER<br>Plaintiff | : |
| v. | : CIVIL ACTION NO. 05-30109 MAP |
| SANDRA TALBOT and<br><br>CHITRA PUBLICATIONS, et. al.,<br>Defendants | : |

**VERIFICATION AND CERTIFICATION**

I, Joseph D. Buckley, Esquire, being duly sworn in accordance with law do hereby swear and verify that the statements made in the foregoing Motion Pro Hac Vice are true and correct to my knowledge and belief.

_____
Joseph D. Buckley, Esquire

COMMONWEALTH OF PENNSYLVANIA   :
                               : ss
COUNTY OF CUMBERLAND           :

On this, the 8th day of May, 2006, before me, a Notary Public in and for the County of Cumberland, Commonwealth of Pennsylvania, the undersigned officer, personally appeared Joseph D. Buckley, known to me, or satisfactorily proven, to be the person whose name is subscribed to the above verification and certification, and being duly sworn, acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

NOTARIAL SEAL
KAREN KAY BUCKLEY
Notary Public
SOUTH MIDDLETON TWP, CUMBERLAND COUNTY
My Commission Expires Jun 23, 2009

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

JOANN PELLETIER
    Plaintiff

v. : CIVIL ACTION NO. 05-30109 MAP

SANDRA TALBOT and

CHITRA PUBLICATIONS, et. al.,
    Defendants

CERTIFICATE OF SERVICE

    I, Maurice M. Cahillane, Esquire, verify and state that a true and correct copy of the foregoing Motion Pro Hac Vice was duly served in accordance with Massachusetts General Laws, Chapter 233A and Chapter 175, Section 151 upon the following persons a the following addresses, via United States First Class Mail, postage prepaid:

Steven M. Coyle, Esquire
Cantor Colbum, LLP
55 Griffin Road South
Bloom Field, CT 06002

Claire L Thompson, Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, 19th Floor
1414 Main Street
Springfield, MA 01144

Dated 5/9/06

_____
Maurice M. Cahillane, Esquire

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOANN PELLETIER<br>Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 05-30109 MAP |
| CHITRA PUBLICATIONS, et. al., | : |
| And | : |
| SANDRA TALBOT<br>Defendants | :<br>: |

ORDER OF COURT

AND NOW this   day of May, 2006, upon review of the Motion Pro Hac Vice of Maurice M. Cahillane, Esquire and its accompanying Exhibits and Verifications, it is hereby Ordered and Decreed that Joseph D. Buckley, Esquire is hereby admitted to practice before this Court on a Pro Hac Vice basis for this case and this case only.

BY THE COURT

_____
Judge