THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN PELLETIER,<br>    Plaintiff<br><br>    v.<br><br>CHITRA PUBLICATIONS<br>    and<br>SANDRA T. TALBOT,<br>    Defendants | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 05-30109-MAP<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

    Please enter my appearance on behalf of Chitra Publications, one of the Defendants in this matter:

        Joseph D. Buckley, Esquire
        Supreme Court I. D. # 38444
        1237 Holly Pike
        Carlisle, PA 17013
        (717) 249-2448
        JoeBLaw@aol.com

Thank you.

Date:  April 17, 2006

                          _____
                          Joseph D. Buckley, Esquire
                          Attorney for Chitra Publications