IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
CLERK'S OFFICE

2006 MAY 16  A 9: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOANN PELLETIER
    Plaintiff

      v.

SANDRA TALBOT and

CHITRA PUBLICATIONS, et. al. ,
    Defendants

:
:
:
:
: CIVIL ACTION NO. 05-30109 MAP
:
:
:
:
:
:
:

## ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

And now, this 14th day of May, 2006, come Defendants, Chitra

Publications, Chariot Publishing, Inc., Christian Meunier d/b/a Moon Over Mountain, by

and through their attorney, Joseph D. Buckley, Esquire, and Answers Plaintiff's

Amended Complaint and Counterclaims as against Plaintiff as follows:

### ANSWER

1. Admitted.

2. Admitted in part, denied in part. It is admitted that at all times pertinent to this

   Amended Complaint, Defendant Chitra Publications ("Chitra") was a Pennsylvania

   limited partnership having as its general partner Defendant Chariot Publishing,

   Inc., a Pennsylvania corporation, ("Chariot") and that said limited partnership was

   the publisher of magazines and books in interstate commerce throughout the

   United States at such a level that would subject it to the personal jurisdiction of

this Honorable Court. It is denied that this Honorable Court has personal
jurisdiction over Defendant Christaine Meunier ("Meunier"), simply based on her
status as an officer in a Pennsylvania corporation .

3. The averment in this paragraph state a legal conclusion to which no response is
required.

4. Admitted.

5. It is admitted that Plaintiff is a resident of the address alleged, however, it is denied
that she is the author and owner of copyrights in the design and the pattern of a
quilt.

6. Admitted.

7. Denied in part and admitted in part. It is denied that Chitra is a corporation. The
remaining portion of the averment is admitted.

8. Denied but for clarification purposes Chitra is a Pennsylvania Limited Partnership
and Chariot is the general partner of Chitra. Chariot is a Pennsylvania corporation.

9. Admitted.

10. Denied.

11. It is admitted that Meunier is a partner in a Pennsylvania Partnership doing
business as Moon Over Mountain at the address averred. It is denied that it
publishes books and magazines. Moon Over Mountain is a wholesaler of books
and magazines generally published by others. Since 2005, it has published eight
(8) books relating to quilting. It has no retail operations but does maintain a
website through which items may be ordered.

12. Defendants repeat and re-allege their answers to Paragraphs 1-11 above.

13. Denied.

14. Denied.

15. Denied.

16. Defendants are unable to ascertain the truth or falsity of this averment as it relates to matters between Plaintiff and another Defendant therefore specific proof is hereby demanded.

17. Defendants are unable to ascertain the truth or falsity of this averment as it relates to matters between Plaintiff and another Defendant therefore specific proof is hereby demanded.

18. Defendants are unable to ascertain the truth or falsity of this averment as it relates to matters between Plaintiff and another Defendant therefore specific proof is hereby demanded.

19. Denied.

20. Defendants are unable to ascertain the truth or falsity of this averment as it relates to matters between Plaintiff and another Defendant therefore specific proof is hereby demanded.

21. Denied.

22. Denied.

23. Defendants repeat and re-allege their answers to Paragraphs 1-23 above.

24. Admitted in part, denied in part. On or about August 2003 Chitra with the written permission and pursuant to a prior written agreement with Defendant Talbot published a photograph, taken by Chitra's photography staff, of a quilt created by Defendant Talbot. Following the review and study of the actual quilt made by

Defendant Talbot and the photographs of the same, the professional staff of writers

employed at Chitra developed a method to recreate the quilt based on the writers'

understanding and knowledge of quilt making. In August 2003 neither Chitra nor

any of its employees, partners, agents, nor any acting on its behalf had specific

knowledge of nor access to any written text or written pattern allegedly authored

by Plaintiff relating to Plaintiff's method for creating a quilt. At no time did Chitra,

Chariot or Meunier use or copy any tangible item, quilt, quilt design or text used to

create the same which had been created or authored by Plaintiff. As more fully set

forth in their counterclaims below, on October 28, 2003, Chitra was issued a

Certificate of Copyright for the issue of its magazine "QuiltWorks Today" Issue

#4, in which its photograph and pattern of Defendant Tabolt's quilt appeared.

25. Denied as stated. It is admitted that Defendant Chitra, with the prior written

permission of the creator of a quilt and pursuant to a written contract, published a

photograph of a quilt created by Defendant Talbot and also written instructions for

creation of the similar quilt independently authored by Chitra's employees.

26. Denied.

27. It is admitted that Plaintiff telephoned the offices of Chitra regarding Chitra's

publication of the quilt created, pieced by Defendant Talbot and machine quilted

by Janis Gilbert. It is admitted that Plaintiff claimed that the "Courthouse Step"

block was her original design and that Defendant Talbot had taken a quilting class

with Plaintiff. Chitra informed Plaintiff that it had no knowledge of Plaintiff or any

of Plaintiff's work and inquired whether Plaintiff would like to submit

photographs of any quilt Plaintiff had made for review by Chitra. Chitra also

4

informed Plaintiff that it had not previously been made aware of any relationship between Plaintiff and Defendant Talbot, any copyrights that Plaintiff had to the "Courthouse Step" quilt block and the basic border layout used, and also requested a copy of any written design for making the quilt which was alleged to have been used by Defendant Talbot together with any finished quilts or quilt tops of the claimed design made by Plaintiff. Plaintiff acknowledged to Chitra that she had never made or completed a quilt or quilt top using the "Courthouse Step" blocks, but had mad about five small blocks.

28. Admitted.

29. Admitted.

30. Denied.

31. Denied.

32. Denied.

33. Defendants repeat and re-allege their answers to Paragraphs 1-33 above.

34. Denied.

35. Denied

36. Defendants repeat and re-allege their answers to Paragraphs 1-35 above.

37. Admitted.

38. Denied.

39. Denied.

40. Defendants repeat and re-allege their answers to Paragraphs 1-39 above.

41. Admitted.

42. Denied.

43. Denied.

44. Defendants repeat and re-allege their answers to Paragraphs 1-44 above.

45. Denied.

46. Denied.

47. Defendants repeat and re-allege their answers to Paragraphs 1-46 above.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Defendants repeat and re-allege their answers to Paragraphs 1-52 above.

54. Denied.

55. Denied.

56. Denied.

57. Defendants repeat and re-allege their answers to Paragraphs 1-56 above.

58. Denied.

59. Denied.

60. Defendants repeat and re-allege their answers to Paragraphs 1-59 above.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Defendants repeat and re-allege their answers to Paragraphs 1-65 above.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Defendants repeat and re-allege their answers to Paragraphs 1-72 above.

74. Denied.

75. Denied.

76. Defendants repeat and re-allege their answers to Paragraphs 1-76 above.

77. Denied.

78. Denied.

79. Denied

80. Denied.

81. Denied.

82. Defendants repeat and re-allege their answers to Paragraphs 1-82 above.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Defendants repeat and re-allege their answers to Paragraphs 1-86 above.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Defendants repeat and re-allege their answers to Paragraphs 1-92 above.

93. Denied.

94. Denied.

95. Denied.

96. Denied

97. Defendants repeat and re-allege their answers to Paragraphs 1-96 above.

98. Denied.

99. Denied.

100. Denied

101. Denied.

102. Defendants repeat and re-allege their answers to Paragraphs 1-102 above.

103. Denied.

104. Denied.

105. Denied

106. Denied.

107. Defendants repeat and re-allege their answers to Paragraphs 1-106 above.

108. Denied.

109. Denied.

110. Denied

111. Denied

112. Defendants repeat and re-allege their answers to Paragraphs 1-111 above.

113. Denied.

114. Denied.

115. Denied.

116. Denied

117. Denied.

118. Defendants repeat and re-allege their answers to Paragraphs 1-117 above.

119. Denied.

120. Denied.

121. Denied

122. Denied.

123. Denied

124. Defendants repeat and re-allege their answers to Paragraphs 1-123 above.

125. Denied.

126. Denied

127. Denied.

128. Denied.

129. Denied.

130. Defendants repeat and re-allege their answers to Paragraphs 1-129 above.

131. Denied

132. Denied.

133. Denied.

134. Denied

135. Denied.

## FIRST AFFIRMATIVE DEFENSE

136. This Honorable Court lacks personal jurisdiction over Christiane Meunier simply by virtue of her being an officer of Chariot and, therefore the complaint and counts Plaintiff avers against her in such capasity must be dismissed and brought in the proper jurisdiction.

## SECOND AFFIRMATIVE DEFENSE

137. Plaintiff is not the author of the alleged copyrighted material and, therefore, lacks standing to assert infringement of that copyright.

## THIRD AFFIRMATIVE DEFENSE

138. Plaintiff misrepresented facts and information to the Copyright Office and therefore her filing was improper and invalid.

## FORTH AFFIRMATIVE DEFENSE

139. Plaintiff's alleged authored work is a copy of previously copyrighted work of others.

## FIFTH AFFIRMATIVE DEFENSE

140. Plaintiff's alleged work lacks the requirement of creativity as required by the law.

## SIXTH AFFIRMATIVE DEFENSE

141. Plaintiff's alleged copyright is derived from previously copyrighted material to which Plaintiff had access.

## SEVENTH AFFIRMATIVE DEFENSE

142. Plaintiff has attempted to copyright an idea, not the physical representation of that idea and therefore any registration or claim to copyright is invalid.

## EIGHTH AFFIRMATIVE DEFENSE

143. Plaintiff has attempted to copyright designs and methods for placing those designs in a quilt which are in and have been in the public domain, and therefore any claim to copyright or any registration filed or received is invalid.

## NINTH AFFIRMATIVE DEFENSE

144. Plaintiff's assertion of copyright infringement constitutes misuse of alleged intellectual property rights for an anti-competitive purpose and, therefore Plaintiff's claims are barred by the doctrine of misuse.

## TENTH AFFIRMATIVE DEFENSE

145. At no time prior to Chitra's publication of a photographs of Defendant's Talbot's quilt, prior to Chitra independently creating a pattern for Defendant Talbot's quilt or prior to Chitra's obtaining a copyright for the photographs and pattern did Chitra know of the existence of Plaintiff, of Plaintiff's alleged copyrighted design or pattern, or of Plaintiff's alleged written instructions.

## ELEVENTH AFFIRMATIVE DEFENSE

146. Chitra independently developed a pattern similar to the alleged copyright of Plaintiff, filed its Copyright Registration and received a copyright therefore prior to Plaintiff filing for registration.

## TWELTH AFFIRMATIVE DEFENSE

147. Plaintiff has failed to state adequate grounds for relief as against Chitra, Chariot and Meunier.

THIRTEENTH AFFIRMATIVE DEFENSE

148. At no time prior to Chitra's publication of a photographs of Defendant's Talbot's

quilt, "Just Spooling Around", prior to Chitra independently creating a pattern for

Defendant Talbot's quilt, "Just Spooling Around", nor prior to Chitra's obtaining a

copyright for the photographs of and pattern for "Just Spooling Around" did Chitra

know of the existence of Plaintiff, have access to Plaintiff's alleged copyrighted

design or pattern, or have access of Plaintiff's alleged written instructions.

NEW MATTER - COUNTERCLAIM AGAINST PLAINTIFF

Background

149. At all times pertinent to this matter, Chitra Publications, a Pennsylvania limited

partnership, was in the business of publishing, sale and distribution of magazines

and books relating to quilting. And Christiane Meunier is a partner in a

Pennsylvania partnership d/b/a Moon Over Mountain which is a wholesaler and

retailer of books, magazines and quilting related items including the entire

inventory of books and magazines formerly published by Chitra Publications.

150. Quilting is the technique of piecing cut pieces of selected fabric, of the similar or

different shapes, together to create a quilt top, or to appliqué pieces of cut fabrics

on top of a large piece of fabric to then create a quilt top. Once the top is

constructed either through the piecing or appliqué technique, it is placed on top of two of the three other components of a quilt: the backing and batting. Backing is the outside layer of a quilt generally made of large pieces of fabric or sewn pieces of fabric. Batting is the middle layer made generally from cotton, polyester, silk, wool or a combination of any of them. The final component is the quilting: the thread used to bind the three layers together. The quilting may be completed in a design, straight or curved lines and depending on the skill of the quilter and the thickness of the three layers, may be performed by hand or machine and the quilt stitches may be anywhere from two to twenty stitches to the inch.

151. Quilts have been a part of American history since the birth of our nation and have been created by men and women for utilitarian purposes using scraps of fabric and from discarded clothing, and for decorative purposes using cotton, wool, linen, chintz, silk and velvet fabrics.

152. Quilts have been made from commercial patterns published by others, from lessons taught by a family members or friend, from the thousands of published books and articles written on the subject, from classes and lectures offered by teachers, quilt shops and quilt guilds to students desiring to learn the craft, from the original work of fabric artists whose creative and innovative designs grace the many exhibits and quilt museums.

153. Quilts come in multitude of shapes, sizes, colors and patterns and there are currently over five million people in the United States who are engaged in quilting.

154. In 2000, Chitra had been publishing magazines devoted to the growing quilt market and published three separate magazines devoted to quilting: *Quilting Today, Traditional Quiltworks* and *Miniature Quilts*.

155. Each of Chitra's quilt related magazines were published in multiple issues each year and its many articles ranged from interviews with nationally known quilters to photographs and patterns for contemporary, traditional and antique quilts.

156. Chitra received hundred of photographs from quilters across America asking that their quilt be selected to be shown in the magazine.

157. Chitra also had subscribers of its magazines act as "quilt scouts".

158. The said "quilt scouts" would photograph quilts being displayed at public exhibitions of quilts, usually at local, regional and national quilt shows, which the quilt scouts believed might be appropriate for inclusion in one of the quilt related magazines published by Chitra.

159. In March of 2000, Sara Fredette, a Chitra "quilt scout", visited a public display of quilts sponsored by the Pioneer Valley Quilter's called "Pieces of Time" held in Agawam, Massachusetts and photographed a quilt entitled "Just Spooling Around," made by Defendant Talbot.

160. After Sara Fredette took a photograph of Defendant Talbot's quilt, she sent the photograph of the quilt to Chitra, noting on the back of the photograph, among other things, that the maker was Sandra M. Talbot of Longmeadow, MA.(A true and correct copy of the front and back of the photograph is attached hereto and marked Exhibit "A")

161. Thereafter members of the editorial staff reviewed the photograph, gave the quilt a favorable review, ascertained the address of Sandra Talbot and noted on the reverse of the photograph and on April 28, 2000 Chitra, by letter contacted Defendant Talbot concerning the possible inclusion in its publications. (A true and correct copy of the letter is attached hereto and marked Exhibit "B")

162. Enclosed with the said letter was a blank quilt questionnaire.

163. On February 21, 2001, having not heard from Defendant Talbot, Chitra sent a second letter and second copy of the Quilt Questionnaire to Defendant Talbot. (A true and correct copy of the letter is attached hereto and marked Exhibit "C")

164. On May, 2002, having not heard from Defendant Talbot, Chitra sent a third letter and third copy of the Quilt Questionnaire to Defendant Talbot. (A true and correct copy of the letter is attached hereto and marked Exhibit "D")

165. Any quilter whose quilt may appear in an issue of any magazine published by Chitra is sent a two page quilt questionnaire relating to the quilt so that Chitra and its editors may show and/or create and publish a pattern for the quilt.

166. The said questionnaire, among other things, requests the name address and phone number of the owner of the quilt, the title of the quilt, information regarding the design and its origin.

167. The said questionnaire specially informs the quilt owner that a member of Chitra's professional staff will create a pattern from the quilt, but if the quilt has been made from a published design, made from a pattern or is an interpretation of someone else's design that Chitra will not show the quilt or create a pattern without permission from the publisher, designer or quilt maker.

168. If the owner is aware that the quilt has been made from a published pattern or from the interpretation of someone else's design, the said questionnaire requests the name of the quilt designer or quilt maker, the year the pattern, if any, was published and by whom and any known addresses of such persons or publishers.

169. The said questionnaire requests information about the actual quilt, its size and description, whether it had been published and also information about the quilter.

170. The said questionnaire then has many separate spaces for the person submitting the quilt to sign agreeing to grant Chitra the right to create and publish a pattern for the quilt and to show the quilt in its magazine any future publications and on its various websites and guaranteeing that the quilt "is in no way an infringement on the rights of others and that the material may be published without additional approval."

171. Upon receipt of a completed and signed questionnaire and agreement, if the submitter indicates that the quilt was made using a pattern or made from an interpretation of someone else's design, Chitra will not accept the quilt for its magazine unless the publisher of the pattern or creator of the design is identified and contacted and written permission received to show the quilt and to create a pattern from the quilt. If either the publisher or designer can not be identified or if identified, does not consent in writing to permit the publication of the quilt and the creation of the pattern, the submission is rejected and quilt will not be shown nor a pattern created.

172. On or about September 20, 2002, Chitra received a quilt questionnaire completed and signed by Defendant Talbot relating to her quilt "Just Spooling Around". (A true and correct copy of which is attached hereto and marked Exhibit "E")

173. Defendant Talbot represented that "Just Spooling Around" was Defendant Talbot's personal "interpretation of a traditional design called Courthouse Step Log Cabin."

174. Following the review of her quilt questionnaire, by letter dated October 28, 2002, Chitra informed Defendant Talbot that it desired to pattern her quilt and show it, and publish the pattern in a future issue of its magazine. (A true and correct copy of which is attached hereto and marked Exhibit "F").

175. In January 2003, Chitra discontinued its three former publications and introduced a new magazine entitled "*QuiltWorks Today.*"

176. By letter dated January 21, 2003, Chitra requested Defendant Talbot ship her quilt "Just Spooling Around" to Chitra to enable Chitra to create a pattern for the quilt and also to have it professionally photographed.

177. Thereafter Defendant Talbot shipped her quilt "Just Spooling Around" to Chitra which photographed the quilt and had its professional staff of quilt pattern writers develop a pattern for the quilt top using two separate methods of quilt making: pieced method and foundation method.

178. On March 23, 2003, Chitra returned the quilt "Just Spooling Around" to Defendant Talbot.

179. On May 20, 2003, Chitra sent Defendant Talbot a preliminary prepress copy of the caption to be used for "Just Spooling Around" which was scheduled to be

published in *QuiltWorks Today*, Issue #4. (A true and correct copy of which is attached hereto and marked Exhibit "G")

180. In the October/November Issue of *QuiltWorks Today*, Issue #4, Chitra published a copy of the photograph of Defendant Talbot's quilt "Just Spooling Around" and the pattern to create the said quilt which had been created by Chitra's pattern design editors ("Chitra's copyrighted pattern")(A true and correct copy is attached and marked Exhibit "H").

181. On October 28, 2003 following submission of the October/November issue of *QuiltWorks Today* Issue #4 to the United States Copyright Office, Chitra received a Certificate of Copyright for said Issue #4 which included the Chitra's copyrighted pattern. (A true and correct copy of which is attached hereto and marked Exhibit "I")

182. In December 2003, Chitra selected "Just Spooling Around" and Chitra's copyrighted pattern to appear in a quilt pattern book, later titled "*My Favorite Scrap Quilts*", and by letter dated December 10, 2003, informed Defendant Talbot that her quilt was selected for the new publication. (A true and correct copy of which is attached hereto and marked Exhibit "J")

183. In February 2004, Defendant Talbot was requested to ship and did ship her quilt "Just Spooling Around" to Chitra for inclusion on a proposed cover for the new book, later titled "*My Favorite Scrap Quilts*".

184. Thereafter, Chitra utilized its former copyrighted photograph of Defendant Talbot's quilt and Chitra's copyrighted pattern of the quilt, together with a new photograph of the said quilt together with many other of its copyrighted

photographs and copyrighted patterns of quilts made or owned by other quilt makers to created the book entitled "A Few of My Favorite Scrap Quilts." (A true and correct copy of the cover of the said book and the pages relating to Chitra's copyrighted photographs of and copyrighted pattern for Sandra Talbot's quilt "Just Spooling Around" are attached and marked Exhibit "K")

185. On September 17, 2004 following submission of its book entitled *A Few of My Favorite Scrap Quilts*, and additional communications and correspondence to the United States Copyright Office, Chitra received a Certificate of Copyright for said book which included the Chitra's copyrighted photograph and pattern. (A true and correct copy of which is attached hereto and marked Exhibit "L")

186. In 1992, Janet Kime a quilter and author from Lashon Island, Washington released her 153 page book entitled "*Log Cabins: New Techniques for Traditional Quilts.*" (A true and correct copy of the cover and title page of the Book are attached hereto and marked Exhibit "M")

187. On pages 41 through pages 43 of said book, Kime sets forth methods for using this traditional pattern commonly called "Courthouse Steps" in various ways to create finished quilts including one entitled "Yellow Spools" and one entitled "Amish Spools." (A true and correct copy of the said pages 41-44 of the book are attached hereto and marked Exhibit "N")

188. On page 67of said book, Kime shows "Amish Spools" created by quilter Virginia Morrison of Seattle Washington in 1991, and on page 70 of said book, Kime shows "Yellow Spools" created by Lorraine Herge of Concord, North Carolina and

Janet Kime in 1991. (A true and correct copy of the said pages 67 and 70 of the book are attached hereto and marked Exhibit "O")

189. Sometime after the said Kime book was published, Plaintiff purchased or otherwise procured a copy of the said book, and without the permission of the author and of the publisher, began copying the patterns and instructions from the said book for use in Plaintiff's quilting classes.

190. In late 1992 or early 1993 Plaintiff held lectures and classes relating to the history of log cabin quilts and while discussing variations of the use of the block called "Courthouse Steps" and Log Cabin Spools acknowledged that the designs had been copied by Plaintiff from the said Kime book. (A true and correct copy of the said hand out prepared by Plaintiff and obtained from Plaintiff during discovery is attached hereto and marked Exhibit "P")

191. At some time later Plaintiff removed the reference to the said Kime book from her written handouts and began crediting herself for the "Spools" design and pattern even though Plaintiff continued to copy from the said book without written permission from author, Janet Kime.

192. At some time after purchasing the said Kime Book, Plaintiff did piece together a few "courthouse step" blocks using the "spools" pattern and design found in the Kime book.

193. At no time prior to Defendant Talbot's creation of her quilt "Just Spooling Around", or prior to Chitra's independent creation of its copyrighted pattern of the same and its copyrighted photographs of the same and the publication of them in

its magazine and book, had Plaintiff ever created a quilt top or finished quilt using the "spool design." .

194. In 2004 Plaintiff contacted Chitra claiming that Defendant Talbot's quilt was made from Plaintiff's original design.

195. Chitra inquired of Plaintiff if she had even ever made a quilt using the design and pattern she claimed to have authored and she admitted she had not.

196. Chitra and its then staff of more than twenty quilt experts determined that Plaintiff's claim was without merit and informed Plaintiff of the same and the lack of merit to her assertions.

197. Later Plaintiff had her attorneys write a letter to Chitra requesting it cease and desist from publishing Chitra's copyrighted magazine and copyrighted book alleging the quilt and the pattern had been copied from Plaintiff and infringed on Plaintiff's alleged original design and pattern.

198. In response to the letter and the demands of Plaintiff and her attorneys, Chitra's Executive Editor, Meunier, again informed Plaintiff and her counsel that Plaintiff's claim had no merit and that they should fully research the history of the Courthouse step block and the variations existing in the multitudes of examples in existence. (A true and correct copy of the letter is attached and marked Exhibit "Q")

199. With full knowledge that she had copied the pattern and design from a book authored by Janet Kime, Plaintiff and/or her attorneys made demands for money from Chitra.

200. Plaintiff and her attorneys made demands from Chitra for free advertisement including an article regarding Plaintiff and her alleged original design and pattern at a time when Plaintiff and/or her attorneys had specific prior knowledge that the pattern and design had been copied by Plaintiff from another author's book.

201. With full knowledge that she had copied the design and pattern from books authored by others, Plaintiff made a copy of the design and pattern and in September 2004 submitted the same to the United States Copyright Office.

202. Plaintiff did not credit the author from whom she had copied the pattern and design she alleged was her original design nor did she inform the said Copyright Office of h this fact.

203. Knowing that it was false, and acting with malice and with the intent to cause financial harm to Chitra, Plaintiff represented to members of the public that Chitra had was violating the law and infringing on a design created by her and that they should refrain from purchasing magazines or books from Chitra.

204. Knowing that it was false and acting with malice and with the intent to cause financial harm to the Christiane Meunier and the partnership Moon Over Mountain, Plaintiff represented to members of the public that Moon Over Mountain had and was violating the law and infringing on a design created by her and that they should refrain from purchasing magazines or books from Moon Over Mountain

205. Plaintiff's actions were malicious.

22

206. As a direct result of Plaintiff's statements to others and Plaintiff's maliciously false accusations, Chitra lost sales of its magazine and books, in an amount not in excess of twenty-five thousand dollars.

207. Chritiane Meunier d/b/a Moon Over Mountain as a direct result of Plaintiff's statements to others and Plaintiff's maliciously false accusations, has lost sales of its magazines and books, in an amount not in excess of twenty-five thousand dollars

## COUNT I – DEFAMATION AGAINST CHITRA

208. Chitra, Chariot and Christiane Meunier d/b/a Moon Over Mountain repeat and reallege each allegation or statement contained in paragraphs 1-207 above.

209. Plaintiff's actions constitute business libel or trade libel as against Chitra and its general partner Chariot.

210. Plaintiff's actions were intentional, malicious and fraudulent rising to such a level that punitive damages are appropriate.

211. Defendants seek punitive damages in excess of twenty-five thousand dollars.

## COUNT II – TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS AGAINST CHITRA

212. Chitra, Chariot and Christiane Meunier d/b/a Moon Over Mountain repeat and reallege each allegation or statement contained in paragraphs 1-211 above.

213. Plaintiff's actions constitute tortuous interference with contractual relations between Chitra and its general partner Chariot, and its potential customer base.

23

214. Plaintiff's actions were intentional, malicious and fraudulent rising to such a level that punitive damages are appropriate.

215. Defendants seek punitive damages in excess of twenty-five thousand dollars.

## COUNT III – DEFAMATION AGAINST CHISTINAE MEUNIER d/b/a MOON OVER MOUNTAIN

216. Chitra, Chariot and Christiane Meunier d/b/a Moon Over Mountain repeat and reallege each allegation or statement contained in paragraphs 1-215 above.

217. Plaintiff's actions constitute business libel or trade libel as against Christiane Meunier d/b/a Moon Over Mountain.

218. Plaintiff's actions were intentional, malicious and fraudulent rising to such a level that punitive damages are appropriate.

219. Defendants seek punitive damages in excess of twenty-five thousand dollars.

## COUNT IV – TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS AGAINST CHRISTIANE MEUNIER d/b/a MOON OVER MOUNTAIN

220. Chitra, Chariot and Christiane Meunier d/b/a Moon Over Mountain repeat and reallege each allegation or statement contained in paragraphs 1-219 above.

221. Plaintiff's actions constitute tortuous interference with contractual relations Christiane Meunier d/b/a Moon Over Mountain had or has with its potential customer base.

222. Plaintiff's actions were intentional, malicious and fraudulent rising to such a level that punitive damages are appropriate.

223. Defendants seek punitive damages in excess of twenty-five thousand dollars.

WHEREFORE Defendants and Counterclaimants Chitra, Chariot and Meunier pray that this Honorable Court dismiss any claims Plaintiff has made against them and award damages to them including costs of this suit including reasonable attorney fees pursuant to Section 505 of the Copyright Act (17 USCS § 505), and further that this Court find in their favor on their Counterclaims against Plaintiff and award each of them damages in excess of twenty thousand dollars.

Respectfully submitted,

Joseph D. Buckley, Esquire
Attorney for Defendants and Counterclaimants Chitra
Publications, Chariot Publishing, Inc. and Christiane
Meunier
1237 Holly Pike
Carlisle, PA 17013-4435
JoeBLaw@aol.com

(717) 249-2448

# EXHIBIT
## "A"



Sara Fredette

maker: Sandra M. Talbot
          Longmeadow MA

. "Just Spooling Around"

Pieces of Time, W. Spfld

Q97
in program

6

# EXHIBIT "B"



April 28, 2000

**Sandra Talbot**
**15 Prynwood Road**
**Longmeadow, MA   01106**

Dear Ms. Talbot,

Chitra Publications, publisher of *Traditional Quiltworks*, *Quilting Today*, and *Miniature Quilts* magazines, is always on the look-out for new talent and beautiful work in the quilting world. To that end, we have readers who act as quilt scouts. They attend quilt shows around the country, seeking quilts for possible publication and photographing their findings.

One of our quilt scouts attended the Pieces of Time Show. Your quilt, "Just Spooling Around" was among the beautiful quilts photographed that day. Our editorial team is very interested in learning more about this quilt for possible publication. We cannot, however, schedule any quilt until we have learned more about it through a standard questionnaire. I have enclosed a questionnaire, and if you are interested in possible publication of your quilt, I would greatly appreciate it if you could fill it out and return it to me.

If you would ever like to share photographs of any of your other projects with us, our editorial team would love to see them. Thank you very much for your time, help, and interest. I hope to hear from you soon.

Kind Regards,


Shalane L Weidow
Editorial Assistant

enc:    Questionnaire

# EXHIBIT
## "C"

February 21, 2001

**Sandra Talbot**
**15 Prynwood Road**
**Longmeadow, MA  01106**

Dear Ms. Talbot,

This letter is a follow-up to our correspondence of April 28, 2000 regarding your quilt
"Just Spooling Around."  We are sorry we haven't heard from you yet.

Our editorial team is very interested in learning more about this quilt for possible publication. We
cannot, however, schedule any quilt until we have learned more about it through a standard
questionnaire. I have enclosed a questionnaire, and if you are interested in possible publication of
your quilt, I would greatly appreciate it if you could fill it out and return it to me.

We look forward to receiving your questionnaire soon.

Kind Regards,


Shalane L Weidow
Editorial Assistant

Enc:    Questionnaire

# EXHIBIT "D"

May 3, 2002

Sandra Talbot
15 Prynwood Road
Longmeadow , MA 01106

Dear Ms. Talbot,

This letter is a follow-up to our correspondence of February 21, 2001 regarding your quilt "Just Spooling Around." We are sorry we haven't heard from you yet.

Our editorial team is very interested in learning more about this quilt for possible publication. We cannot, however, schedule any quilt until we have learned more about it through a standard questionnaire. I have enclosed a questionnaire, and if you are interested in possible publication of your quilts, I would greatly appreciate it if you could fill it out and return it to me.

We look forward to receiving your questionnaire soon.

Kind Regards,


Shalane L Weidow
Editorial Assistant

Enc:    Questionnaire

# EXHIBIT
## "E"



*QS Save Frederic Windsor Foundation*

2 Public Avenue · Montrose, PA 18801
Phone: (570) 278-1984 · Fax: (570) 278-2223
chitra@epix.net · WWW.QuiltTownUSA.com
*Traditional Quiltworks · Quilting Today · Miniature Quilts*

## Quilt Questionnaire

*Please complete the following questionnaire to the best of your knowledge so Chitra Publications may show and/or publish a pattern for your quilt.*

Name **SANDRA TOUCHETTE TALBOT**

Street Address or Box No. **15 PRYNNWOOD ROAD**

City **LONGMEADOW**          State **MASS**     Zip Code **01106**

Phone/Fax No. **413-567-5102**          E-mail _____

1. Title of quilt: " **JUST SPOOLING AROUND** "

*About your Design:*
Patterns for original designs or interpretations of traditional designs may be published. A member of our staff usually writes pattern directions. Interpretations of published designs require permission from the publisher.

2. My quilt is (please check only one):
a) ☐ my original design
b) ☑ my interpretation of a traditional design called **COURTHOUSE STEP LOG CABIN**
c) ☐ made using a pattern*
d) ☐ my interpretation of someone else's design*

* If you selected either **c** or **d** above, please provide the following information concerning your design source:
Pattern appeared in: ☐ magazine ☐ pattern packet ☐ book
a) Name of Quilt Designer / Quiltmaker _____
b) Publisher/Year _____
c) Address, if known _____

*About your Quilt:*
3. Width x Length: **APPROX 54" x 54"**          Finished Block Size: **4"**

4. *About your quilting design* - The quilting design on my quilt is: **IN THE DITCH**
☐ my original design ☐ made using a commercial pattern/stencil ☐ my interpretation of someone else's design

5. Description of Quilt (colors, techniques, age, etc.): **MY QUILT IS BASICALLY A COURTHOUSE STEP LOG CABIN BLOCK WITH 1/4" FINISHED "LOGS". I LOVED MAKING THE "SPOOL" BLOCKS, AND WHAT BEGAN AS A WALLHANGING QUICKLY BECAME A QUILT OF 100 SPOOLS. I CHOSE STRIPES AND PLAIDS FOR THE CENTERS OR "THREAD" PORTION OF THE BLOCK. IT WAS BEAUTIFULLY MACHINE QUILTED BY JANIS AUSTIN GILBERT.**

6. Has this quilt been submitted or shown in any other publications? ☐ yes ☑ no
If yes, please list the name(s) and date(s) of the publication(s): _____

Please tell us anything you'd like to share concerning yourself. (How long you've been quilting, What your specialties are, etc.): *I HAVE BEEN QUILTING ABOUT 15 YEARS, BUT SEWING MOST OF MY LIFE, MAKING CLOTHING, ETC. THIS QUILT WAS MADE SEVERAL YEARS AGO — I NOW WORK WITH MUCH BRIGHTER COLORS. I MAKE ONLY "SCRAP QUILTS". CHOOSING FABRICS FOR MY QUILTS IS MY FAVORITE PART OF THE QUILTING PROCESS.*

Please tell us any anecdotes you'd like to share relating to the quilt. (Why it was made, special fabrics, etc.):

**SUBMISSION OF YOUR QUILT AND/OR WRITTEN ARTICLE TO** *QUILTING TODAY, TRADITIONAL QUILTWORKS, OR MINIATURE QUILTS* **IS YOUR GUARANTEE THAT IT IS IN NO WAY AN INFRINGEMENT ON THE RIGHTS OF OTHERS AND THAT THE MATERIAL MAY BE PUBLISHED WITHOUT ADDITIONAL APPROVAL.**

Upon acceptance for publication in a specific issue, I agree not to submit the above referenced quilt and/or written article for publication elsewhere until Chitra Publications has published it.

_Sandra Touchette Talbot_ _September 18, 2002_
Signature                                              Date

I grant Chitra Publications the right to publish a pattern for the above referenced quilt.

_Sandra Touchette Talbot_ _September 18, 2002_
Signature                                              Date

I grant Chitra Publications the right to publish a pattern for my original quilting design.

_Sandra Touchette Talbot_ _September 18, 2002_
Signature                                              Date

Chitra Publications may show my quilt/pattern/quilting design on its website: www.QuiltTownUSA.com

_Sandra Touchette Talbot_ _September 18, 2002_
Signature                                              Date

*About Your Photos (if applicable):*
I have submitted a photo or photos of the above referenced quilt and grant Chitra Publications permission to publish said photo(s) at its discretion.

_____   _____
Signature                                              Date

Please list the name of the photographer if the photographer requires a credit to be published in the magazine.

*About Our Photos (if applicable):*
I grant permission to photograph the above referenced quilt for publication at the discretion of Chitra Publications. Chitra Publications owns all rights to any photographs it takes.

_Sandra Touchette Talbot_ _September 18, 2002_
Signature                                              Date

*You will receive a complimentary copy of the magazine or book in which your quilt, photo(s) and/or written article appears.*

# EXHIBIT
## "F"



2 Public Avenue · Montrose, PA 18801
Phone: (570) 278-1984 · Fax: (570) 278-2223
chitra@epix.net · WWW.QuiltTownUSA.com
*Traditional Quiltworks · Quilting Today · Miniature Quilts*

October 28, 2002

**Sandra Touchette Talbot**
**15 Prynwood Road**
**Longmeadow, MA   01106**

Dear Ms. Talbot,

Thank you very much for filling out and returning our quilt questionniare. It has been a pleasure seeing and learning about "Just Spooling Around."

After reviewing your questionnaire, the editorial team has decided they would like to pattern this lovely quilt in a future issue of *Traditional Quiltworks* or *Quilting Today* magazine. Because we schedule our magazines well in advance of actual publication, it may be some time before you hear from us again.  We will contact you when the issue your quilt is scheduled for goes into production.  We will also request the quilt for professional photography at that time.

Our editors enjoyed seeing your work, and they hope you will share your future projects with us.  Thank you again for working with us.

Kind Regards,

Shalane L Jarnagin
Editorial Assistant

# EXHIBIT

## "G"

May 20, 2003


Ms. Sandra Talbot
15 Prynnwood Road
Longmeadow, MA 01106

Dear Sandra,

Enclosed is a preliminary prepress copy of the caption for "Just Spooling Around" which is scheduled to be published in *QuiltWorks Today* issue #4. Please look it over and make sure no vital information has been omitted, and return to me within two weeks.

Thank you for your cooperation and for sharing your talent with us.

Sincerely,



Connie Ellsworth
Editorial Department

Enc: pre-press copy

# EXHIBIT "H"

# 10 TRADITIONAL PATTERNS

# QuiltWorks TODAY

www.QuiltTownUSA.com

## Sharyn Craig's Design Challenge

## 9 TIPS for Quilting Fitness

### EXCLUSIVE

Meet

# Foundation Piecing Basics!

October/November 2003
Display until 11/10/03
$4.99US $6.99CAN

11>

7 25274 01034 9

# Just Spooling Around



Sandra Thurman Tucker of Longmeadow, MA (patchwork) loves making scrap quilts. She used lots of plaid and stripe fabrics in creating "**Just Spooling Around**" bed to square. Sandra says "I just set out to make a wallhanging but I had so much fun making the blocks that it turned into a quilt of 100 spools." The quilt was expertly machine quilted in the ditch by Janis Austin Gilbert.

# Every quilter needs a collection of spools! ----------------------





Sandra
Talbot

**Quilt Size:** 54 1/2" square
**Block Size:** 4" square



*Yardage is based on fabric with
a useable width of 40".*

- 100 assorted prints, plaids,
  and stripes, each at least 3"
  square

- 25 brown prints, each at
  least 10" square

- 21 assorted black prints
  each at least 3" square

- 2 1/3 yards muslin

- 1 3/4 yards black stripe for
  the border

- 2/3 yard black print for the
  binding

- 3 1/2 yards backing fabric

- 59" square of batting

- foundation paper
  (optional - see page 28)

## Cutting

*Dimensions include a 1/4" seam
allowance.*
- Cut 100: 3" squares, assorted
  prints, plaids, and stripes

**From each brown print:**
NOTE: *Separate each group of 8
strips into 2 piles of 4.*
- Cut 8: 3/4" x 4 1/2" strips
- Cut 8: 3/4" x 4" strips
- Cut 8: 3/4" x 3 1/2" strips

**From the muslin:**
- Cut 180: 1 1/2" x 4 1/2" strips
- Cut 200: 3/4" x 4" strips
- Cut 200: 3/4" x 3 1/2" strips
- Cut 200: 3/4" x 3" strips

**From the assorted black prints:**
- Cut 81: 1 1/2" squares

**Also:**
- Cut 4: 3 1/4" x 58" strips,
  black stripe, for the border
- Cut 6: 2 1/2" x 40" strips,
  black print, for the binding

## Directions
**1.** Stitch a 3/4" x 3"
muslin strip to a 3" print
square. Chain stitch a
3/4" x 3" muslin strip to
each of the remaining
3" squares.



**2.** Clip the units apart.
**3.** Chain stitch 3/4" x 3" muslin
strips to the opposite side of each
square.
**4.** Clip the units apart and press
the seam allowances toward the
muslin. Trim the seam allowances to
3/16".

**5.** Chain stitch 3/4"
x 3 1/2" brown print
strips to the square
units, as shown. Use
only 4 strips of each
brown print. Clip the
units apart.



**6.** Chain stitch 3/4" x 3 1/2"
matching brown print strips to the
opposite side of each unit.



**7.** Clip the units apart and press
the seam allowances toward the
brown print. Trim the seam
allowances to 3/16".
**8.** Chain stitch 3/4" x 3 1/2"
muslin strips to the
muslin sides of
each unit. Press
and trim, as before.



**9.** Chain stitch 3/4" x 4" matching
brown print strips to each unit. Press
and trim.



**10.** Chain stitch the 3/4" x 4"
muslin strips to the muslin sides of
each unit. Press and trim.
**11.** Chain stitch the 3/4" x 4 1/2"
matching brown print strips to the
remaining sides. Press and trim.



## Assembly

**1.** Lay out the blocks in 10 rows of 10. Place the 1 1/2" x 4 1/2" muslin strips between the blocks. Place the 1 1/2" black print squares between the muslin strips.

**2.** Stitch the horizontal muslin strips and black print squares into sashing rows.

**3.** Stitch the blocks and vertical strips into rows.

**4.** Join the block rows and sashing rows.

**5.** Center and stitch the 3 1/4" x 58" black stripe strips to the sides of the quilt. Start, stop, and backstitch at the 1/4" seamline.

**6.** Miter the corners in the following way: With the quilt top right side down, lay one border over the other. Draw a straight line at a 45° angle from the inner to the outer corners.



Reverse the positions of the borders and mark another corner-to-corner line. With the borders right sides together and the marked seamlines carefully matched, stitch from the inner seamline to the outer corner, backstitching at each end. Open the mitered seam to make sure it lies flat, then trim the excess fabric and press.

**7.** Finish the quilt as described in the *General Directions*, using the 2 1/2" x 40" black print strips for the binding. ❖

# Just Spooling Around— FOUNDATION PIECING

## Cutting

*Fabric for foundation piecing will be cut as you stitch the blocks. Each piece should be at least 1/4" larger on all sides than the section it will cover. You may prefer to cut the brown prints into 3/4"-wide strips before piecing the blocks. Cut 3/4"-wide muslin strips after cutting the sashing strips.*

- Cut 100: 3" squares, assorted prints, plaids, and stripes, for the block centers

## Directions

*Follow the foundation piecing instructions on page 58 to complete the blocks.*

**1.** Piece each foundation in numerical order using the following fabrics in these positions:

    1 - 3" print, plaid, or stripe square
    2, 3 - muslin
    4, 5 - brown print
    6, 7 - muslin
    8, 9 - same brown print
    10, 11 - muslin
    12, 13 - same brown print

**2.** Assemble the quilt as instructed in the pattern directions.

**3.** Remove the paper foundations after adding the borders. ❖



# EXHIBIT

## "I"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE



TX 5-929-565

EFFECTIVE DATE OF REGISTRATION

OCT 2 8 2003
Month     Day     Year

---

**1**

**TITLE OF THIS SERIAL ▼**

QuiltWorks Today

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *1 *16 | *4 *5 | display until 11/10/03 | 6 per year |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**

**a** **NAME OF AUTHOR ▼**
Chitra Publications

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**
2003
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ August    Day ▶ 25    Year ▶ 2003
USA    ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Chitra Publications
2 Public Avenue
Montrose, PA 18801

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 2 8 2003

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

| EXAMINED BY | *WhD* | FORM |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| Yes | | |

*Amended by Co from phone call to Wendy of Chitra Publications on 4/16/04.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼   **a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼   **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / ZIP ▼   **b**

Chitra Publications
2 Public Avenue
Montrose, PA 18801

Area code and daytime telephone number ▶ 570-278-1984          Fax number ▶ 570-278-2223
Email ▶ chitra@epix.net

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Chitra Publications
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jill M. White          Date ▶ 10/3/03

Handwritten signature (X) ▼
X _Jill M White_

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Chitra Publications, Attn: Jill M. White |
| | Number/Street/Apt ▼ 2 Public Avenue |
| | City/State/ZIP ▼ Montrose, PA 18801 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT
# "J"

December 10, 2003

Ms. Sandra Talbot
15 Pynnwood Road
Longmeadow, MA 01106

Dear Sandra,

Thank you for sharing your quilt "Just Spooling Around" with us in Issue #4 of *QuiltWorks Today*.   It is a beautiful quilt.

We are planning a pattern book (for release in summer 2004) featuring some of our favorite quilts from past issues of the magazines. We would like to use your "Just Spooling Around" in this book. You would receive a complimentary copy of the book, once it is published.

Because we already have a transparency for your quilt, you don't have to do anything at this time. Once we begin production, and quilts for the cover of the book are choosen, you might be contacted again. We appreciate your time and thank you for working with us.

Sincerely,


Connie Ellsworth
Production Manager

# EXHIBIT

# "K"

# A Few of My Favorite

# SCRAP ❖ QUILTS



by Christiane Meunier

## 10 Full-Size Patterns

# Just Spooling Around

**Quilt Size:** 54 1/2" square
**Block Size:** 4" square

## Materials

- 100 assorted prints, plaids, and stripes, each at least 3" square
- 25 brown prints, each at least 13" square
- 21 assorted black prints, each at least 3" square
- 2 1/3 yards muslin
- 1 3/4 yards black stripe for the border
- 2/3 yard black print for the binding
- 3 1/2 yards backing fabric
- 59" square of batting
- Foundation paper (optional)

## Cutting

*Dimensions include a 1/4" seam allowance.*

- Cut 100: 3" squares, assorted prints, plaids, and stripes

**From each brown print:**

NOTE: *Separate each group of 8 strips into 2 piles of 4.*

- Cut 8: 3/4" x 4 1/2" strips
- Cut 8: 3/4" x 4" strips
- Cut 8: 3/4" x 3 1/2" strips

**From the muslin:**

- Cut 180: 1 1/2" x 4 1/2" strips, for the sashing

- Cut 200: 3/4" x 4" strips
- Cut 200: 3/4" x 3 1/2" strips
- Cut 200: 3/4" x 3" strips

**From the assorted black prints:**

- Cut 81: 1 1/2" squares

**Also:**

- Cut 4: 3 1/4" x 58" strips, black stripe, for the border
- Cut 6: 2 1/2" x 40" strips, black print, for the binding

## Directions

**1.** Stitch a 3/4" x 3" muslin strip to a 3" print square. Chain stitch a 3/4" x 3" muslin strip to each of the remaining 3" squares.



**2.** Clip the units apart.

**3.** Chain stitch a 3/4" x 3" muslin strip to the opposite side of each square.

**4.** Clip the units apart and press the seam allowances toward the muslin. Trim the seam allowances to 3/16".



**5.** Chain stitch 3/4" x 3 1/2" brown print strips to the square units, as shown. Use only 4 strips of each brown print. Clip the units apart.



**6.** Chain stitch a 3/4" x 3 1/2" matching brown print strip to the opposite side of each unit.



**7.** Clip the units apart and press the seam allowances toward the brown print. Trim the seam allowances to 3/16".

**8.** Chain stitch 3/4" x 3 1/2" muslin strips to the muslin sides of each unit. Press and trim, as before.



**9.** Chain stitch 3/4" x 4" matching brown print strips to each unit.

*(continued on page 15)*

# Just Spooling Around

*Sandra Touchette Talbot of Longmeadow, Massachusetts, loves making scrap quilts. She used lots of plaid and stripe fabrics when creating "Just Spooling Around." Sandra says her plan was to make a wallhanging but she had so much fun making the blocks that it turned into a "quilt of 100 spools." The quilt was expertly machine quilted by Janis Austin Gilbert.*



# Just Spooling Around

(continued from page 10)
Press and trim.



**10.** Chain stitch the 3/4" x 4" muslin strips to the muslin sides of each unit. Press and trim.

**11.** Chain stitch the 3/4" x 4 1/2" matching brown print strips to the remaining sides. Press and trim.



## Assembly

**1.** Lay out the blocks in 10 rows of 10. Place the 1 1/2" x 4 1/2" muslin strips between the blocks. Place the 1 1/2" black print squares between the muslin strips.

**2.** Stitch the horizontal muslin strips and biack print squares into sashing rows.

**3.** Stitch the blocks and vertical strips into rows.

**4.** Join the block rows and sashing rows.

**5.** Center and stitch the 3 1/4" x 58" black stripe strips to the 4 sides of the quilt. Start, stop, and backstitch at the 1/4" seamlines.

**6.** Miter the corners as described in the *General Directions*.

**7.** Finish the quilt as described in the *General Directions*, using the 2 1/2" x 40" black print strips for the binding.

## Just Spooling Around Foundation Piecing

### Cutting

*Fabric for foundation piecing will be cut as you stitch the blocks. Each piece should be at least 1/4" larger on all sides than the section it will cover. You may prefer to cut the brown prints into 3/4" to 1"-wide strips before piecing the blocks. Cut 3/4" to 1"-wide muslin strips after cutting the sashing strips.*

- Cut 100: 3" squares, assorted prints, plaids, and stripes, for the block centers

### Directions

*Follow the foundation piecing instructions in the* General Directions *to complete the blocks.*

**1.** Piece each foundation in numerical order using the following fabrics in these positions:

    1 - 3" print, plaid,
    or stripe square
    2, 3 - muslin
    4, 5 - brown print
    6, 7 - muslin
    8, 9 - same brown print
    10, 11 - muslin
    12, 13 - same brown print

**2.** Assemble the quilt as instructed in the pattern directions.

**3.** Gently remove the foundation paper after the border has been added.



# EXHIBIT

# "L"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-155-220**



EFFECTIVE DATE OF REGISTRATION

9-17-04
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** **TITLE OF THIS WORK ▼**
A Few of My Favorite Scrap Quilts

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** **a** **NAME OF AUTHOR ▼**
Christiane Meunier

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1952

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text and compilation of quilt patterns

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2004 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information
Month ▶ July   Day ▶ 1   Year ▶ 2004
ONLY if this work has been published.   United States   ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Christiane Meunier
42 Church Street, Apt A
Montrose, PA 18801

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 07 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
9-17-2004
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   **DO NOT WRITE HERE**
• See detailed instructions.   • Sign the form at line 8   Page 1 of ___ pages

| EXAMINED BY | *signature* | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  **Previous Registration Number** ▶                         **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions before completing this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Chitra Publications, Wendy Mullineaux
2 Public Avenue
Montrose, PA  18801

**b**

Area code and daytime telephone number ▶ 570-278-6345 (Wed & Thurs)          Fax number ▶ 570-278-2223

Email ▶  chitrawm@epix.net

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Chitra Publications

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge          Name of author or other copyright claimant  or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Wendy Mullineaux                                                   Date ▶ 2/24/05

Handwritten signature (X) ▼

X  *Wendy Mullineaux*

| Certificate will be mailed in window envelope to this address | Name ▼ Chitra Publications, Wendy Mullineaux | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 2 Public Avenue | |
| | City/State/ZIP ▼ Montrose, PA  18801 | |

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559-6222

\*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev July 2003—xxx  Web Rev July 2003  ⊕ Printed on recycled paper          U S Government Printing Office  2000-461-113/20,021

February 11, 2005



CHITRA PUBLICATIONS
ATTN: WENDY MULLINEAUX
2 PUBLIC AVE
MONTROSE PA 18801

Control Number: 61-322-6010(C)
Re:   A FEW OF MY FAVORITE SCRAP QUILTS

Dear Ms. Mullineaux:

**LIBRARY OF CONGRESS**

The application for this work names Christiane Meunier as the author of the "quilt patterns," but it appears from the book that other authors designed the quilts. If that is not correct, please explain fully. (I tried several times to reach you by phone to discuss this claim, but I could only get a recording at the number given on the application with no apparent way to leave a message. Please include a phone number where you can be reached with your reply.)

**Washington D.C. 20559-6000**

If each individual named in the book designed the associated quilt pattern, that individual would be the author of the design and would be the initial copyright claimant for that particular design. Under these circumstances, Ms. Meunier would own the copyrights for the quilt patterns only if the authors transferred the copyrights to her in writing.

Perhaps Ms. Meunier is author of the drawings used to illustrate how to make each quilt. Some of those illustrations are copyrightable. Or perhaps she is the author of the "compilation of quilt designs." (The copyright law defines a compilation as "a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship.")

Assuming Ms. Meunier cannot claim the quilt designs themselves, please amend the copy of the application returned to you, or complete a new one, omitting the claim in "quilt patterns." If Ms. Meunier is the author of the drawings, you can add a claim in "illustrative drawings" in space 2 under her name. If she is the author of the compilation, you can add "compilation of quilt designs."

If I have misunderstood the situation, explain in your reply.

CHITRA PUBLICATIONS
MONTROSE PA 18801

Control No. 61-322-6010(C)
February 11, 2005

     Please reply within 120 days **and** return the enclosed Reply Sheet referring to our Control Number.

> **Note:** The Copyright Office is experiencing some delays in receiving and processing mail, due to increased security measures. All mail, including U.S. Postal Service mail and shipments by private carriers such as Fedex, UPS, DHL, and Airborne Express, is screened before it is delivered to the Copyright Office.

     Sincerely,
     Wayne E. Crist, Senior Examiner
     Visual Arts Section
     By:

Enclosures:
  Photocopied application
  Form TX
  Reply Sheet

---

**Please do *not* send another fee unless this letter specifically requested that you do so.**

# REPLY SHEET

## *PLEASE RETURN THIS SHEET WITH YOUR REPLY!*

## Control Number: 61-322-6010(C)

**For:** Copyright Office letter of February 11, 2005                    *WEC*

**To:**  CHITRA PUBLICATIONS
ATTN: WENDY MULLINEAUX
2 PUBLIC AVE
MONTROSE PA 18801

**Re:**  A FEW OF MY FAVORITE SCRAP QUILTS

## Reply time

The Copyright Office generally allows **120 days** from the date of the postmark to receive a reply to our letter. If the Office establishes a different reply time, it will be stated in our letter.

## Consequences of not replying to our letter regarding a pending registration

If we do not receive a reply within the reply time allowed, **the case file will be closed.** In this case:

- any unpublished work will be returned.
- published works may be forwarded for use in the collections of the Library of Congress or for disposition under the provisions of the current copyright law.
- your filing fee cannot be re-used.

To re-apply for registration after the case file is closed, you will have to submit new registration material (application, deposit, and fee). The effective date of registration will be based on the new submission.

## Significance of the effective date of registration

Though registration is not a condition for securing copyright, delaying the effective date of registration can have serious consequences. In an infringement suit, a court may not award statutory damages or attorney's fees if the infringement began before the effective date of registration, unless registration was made within a grace period of 3 months following publication and the infringement started after first publication.



**Library of Congress · Copyright Office · 101 Independence Ave., S.E. Washington, DC 20559-6000**

FORM TX

| EXAMINED BY | |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Account Number ▼

**b** Name ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name / Address / Apt / City / State / ZIP ▼

Chitra Publications, Attn: Wendy Mullineaux
2 Public Avenue
Montrose, PA 18801

Fax number ▶ 570-278-2223

**8**

Area code and daytime telephone number ▶ 570-278-1984

Email ▶ chitra@epix.net

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Chitra Publications

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Wendy Mullineaux

Date ▶ 8/11/04

Handwritten signature (X) ▼

x Wendy Mullineaux

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Chitra Publications, Attn: Wendy Mullineaux

Number/Street/Apt ▼
2 Public Avenue

City/State/ZIP ▼
Montrose, PA 18801

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,0

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX                    TXU
EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000


14325976

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
A Few of My Favorite Scrap Quilts

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**
**a**

**NAME OF AUTHOR ▼**
Christiane Meunier

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ United States
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Author of text and quilt patterns.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ July     Day ▶ 1     Year ▶ 2004     Nation United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Christiane Meunier
42 Church Street, Apt A
Montrose, PA  18801

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 17 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 17 2004
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

DO NOT WRITE HERE
Page 1 of 2 pages

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

# EXHIBIT
## "N"

# Instructions: Courthouse Steps

## Old-Fashioned Courthouse Steps (page 68)

This is a very traditional, scrappy Courthouse Steps in the Spool layout. For the border, long strips are added as if the body of the quilt were the center of a big Courthouse Steps block: two dark strips to opposite sides, then two light strips to the other sides, and so on. If you choose a planned arrangement of fabrics rather than scrappy, you can speed-piece the center and the first two light rounds (page 19).



| Quilt size | 53" x 53" |
| Number of blocks | 25 |
| Block size | 9" finished |
| Log width | 1" finished |
| Number of rounds | 4 |
| Border | 4 strips each 1" wide |

**Fabric required**
2 yards total dark fabrics
2 yards total light fabrics
2 1/4 yards backing fabric
1/2 yard binding fabric

### Cutting instructions

*Centers:* Cut 25 squares 1 1/2" x 1 1/2".

| *Dark logs:* Cut 50 sets. | *Light logs:* Cut 50 sets. |
| --- | --- |
| 1 1/2" x 3 1/2" | 1 1/2" x 1 1/2" |
| 1 1/2" x 5 1/2" | 1 1/2" x 3 1/2" |
| 1 1/2" x 7 1/2" | 1 1/2" x 5 1/2" |
| 1 1/2" x 9 1/2" | 1 1/2" x 7 1/2" |

*Border:* Piece strips as indicated. Add in the order listed, lights on two opposite sides and darks on the other sides.

| 1 1/2" x 45 1/2" | 2 light |
| 1 1/2" x 47 1/2" | 2 dark, 2 light |
| 1 1/2" x 49 1/2" | 2 dark, 2 light |
| 1 1/2" x 51 1/2" | 2 dark, 2 light |
| 1 1/2" x 53 1/2" | 2 dark |

## Shaded Placemats (page 69)

Each placemat is a single rectangular Courthouse Steps block, in a shaded series of fabrics. Use the machine quilt-as-you-go method described on page 153. The binding is 1" wide finished, so that it looks like the final round of logs.



| Quilt size | 13" x 18" |
| Number of blocks | one per placemat |
| Block size | 11" x 16" finished |
| Log width | 1" finished |
| Number of rounds | 5 |

### Cutting instructions

*Centers:* Cut 4 strips 1 1/2" x 6 1/2" from fabric A.
*Logs:* Cut 8 sets from the fabrics listed. The logs are listed in the same order they are added to the block.

| fabric B | 1 1/2" x 6 1/2" |
| fabric B | 1 1/2" x 3 1/2" |
| fabric C | 1 1/2" x 8 1/2" |
| fabric C | 1 1/2" x 5 1/2" |
| fabric D | 1 1/2" x 10 1/2" |
| fabric D | 1 1/2" x 7 1/2" |
| fabric E | 1 1/2" x 12 1/2" |
| fabric E | 1 1/2" x 9 1/2" |
| fabric F | 1 1/2" x 14 1/2" |
| fabric F | 1 1/2" x 11 1/2" |

**Fabric required** for four identical placemats
1/8 yard fabric A (lightest)
1/4 yard fabrics B, C, and D
1/3 yard fabric E
1/2 yard fabric F
3/4 yard fabric G (darkest) for binding
1 yard Pellon®
1 yard backing fabric

*Batting and backing:* Cut 4 pieces of each 16" x 22". After assembling the block on the batting and backing, trim so that batting and backing extend 1/4" beyond the raw edges of the block.

*Binding:* Cut 7 strips each 2 3/4" x 42" and sew together end-to-end for single-fold binding that finishes 1" wide. See page 153 for binding instructions.

## Scrappy Spools (page 67; diagram on page 38)



The blocks for this quilt were constructed using the machine quilt-as-you-go technique; see page 153. After the blocks were joined, I decided not to hand-finish the back. Instead, I simply laid the top on the backing, basted around the edges, and added the binding. This covered the raw edges on the back, and since the quilt is a wall hanging it doesn't matter that the backing is attached to the quilt only at the edges.

| | | |
|---|---|---|
| Quilt size | 40" x 40" | |
| Number of blocks | 9 | |
| Block size | 12 1/2" finished | |
| Log width | 1 1/4" finished | |
| Number of rounds | 4 | |

**Fabric required**
- 1 1/2 yard black fabric
- scraps of various fabrics in 9 different colors (includes binding)
- 1 1/2 yards backing fabric

### Cutting instructions

*Centers:* Cut one square 3" x 3" in each of the 9 different colors.
*Color logs:* Cut 2 sets from one fabric, for each of the 9 colors (= 18 sets).
  1 3/4" x 3"
  1 3/4" x 5 1/2"
  1 3/4" x 8"
  1 3/4" x 10 1/2"

*Black logs:* Cut 18 sets.
  1 3/4" x 5 1/2"
  1 3/4" x 8"
  1 3/4" x 10 1/2"
  1 3/4" x 13"

*Binding:* Cut 10" x 3 1/4" pieces of a variety of prints; sew together with diagonal seams. Trim the outer edges of the quilt so the backing and batting extend 1" beyond the raw edges of the quilt top, for binding that finishes 1 1/4" wide. See page 153.

## Yellow Spools (page 70; diagram on page 140)

Sashing strips, unusual in log cabin quilts, are used here to isolate the Courthouse Steps Spool blocks. The border includes both regular log cabin and Courthouse Steps blocks.



| | |
|---|---|
| Quilt size | 71" x 71" |
| Number of blocks | 9 Spool blocks, 28 log cabin blocks, 4 Courthouse Steps blocks |
| Block size | 13" finished Spool blocks, 7" finished border blocks |
| Log width | 1" finished |
| Number of rounds | 3 |
| Sashing | 2", 2" x 2" yellow set blocks |
| Border | 3" inner border, 7" pieced border, 4" outer border |

### Fabric required
- 1/4 yard each of 9 yellow fabrics
- 1 1/2 yards total of 8 or more medium brown fabrics
- 1 3/4 yards background fabric, including sashing and inner border
- 1 yard outer border fabric
- 4 1/2 yards backing fabric
- 1/2 yard binding fabric

### Cutting Instructions

NOTE: The inner border strips and the background logs are cut from the same fabric. Cut the inner border strips first, cutting them parallel to the selvages so you won't have to piece them.

SPOOL BLOCKS
*Centers:* Cut 9 from different yellows, 7 1/2" x 7 1/2".
*Dark logs:* Cut 18 sets from a variety of browns.
  1 1/2" x 9 1/2"
  1 1/2" x 11 1/2"
  1 1/2" x 13 1/2"

*Light logs:* Cut 18 sets from background fabric.
  1 1/2" x 7 1/2"
  1 1/2" x 9 1/2"
  1 1/2" x 11 1/2"

## SASHING AND BORDERS

*Sashing strips:* Cut 12 pieces 2 1/2" x 13 1/2" from background fabric.
*Set blocks:* Cut 4 squares 2 1/2" x 2 1/2" from 4 yellow fabrics.
*Inner border:* Cut 2 strips 3 1/2" x 43 1/2" and 2 strips 3 1/2" x 49 1/2" from
    background fabric. If you cut these before you cut the background logs, you can
    cut them parallel to the selvages and avoid piecing them.
*Outer border:* Piece 2 strips 4 1/2" x 63 1/2", and 2 strips 4 1/2" x 71 1/2".

## PIECED BORDER BLOCKS

Piece 28 log cabin blocks and 4 Courthouse Steps blocks.



**Border blocks**

*Light logs:* Cut the number indicated from background fabric.

| 36 | 1 1/2" x 1 1/2" |
| 28 | 1 1/2" x 2 1/2" |
| 40 | 1 1/2" x 3 1/2" |
| 28 | 1 1/2" x 4 1/2" |
| 40 | 1 1/2" x 5 1/2" |
| 28 | 1 1/2" x 6 1/2" |
| 4  | 1 1/2" x 7 1/2" |

log cabin

*Dark logs:* Cut the number indicated from a variety of browns.

| 32 | 1 1/2" x 1 1/2" (centers) |
| 28 | 1 1/2" x 2 1/2" |
| 32 | 1 1/2" x 3 1/2" |
| 28 | 1 1/2" x 4 1/2" |
| 32 | 1 1/2" x 5 1/2" |
| 28 | 1 1/2" x 6 1/2" |
| 32 | 1 1/2" x 7 1/2" |



Courthouse Steps

## Amish Spools (page 67)

The Spool block from the Yellow Spools quilt was scaled down here for a wall hanging.

| Quilt size | 32" x 32" |
| Number of blocks | 9 |
| Block size | 6 1/2" finished |
| Log width | 1/2" finished |
| Number of rounds | 3 |
| Sashing | 1" |
| Border | 1" accent border, 3" outer border |

**Fabric required**
1/4 yards or scraps of solid-color fabrics,
    in dark + light pairs for 9 blocks
1 1/2 yards black fabric (includes sashing and
    outer border)
1 yard backing fabric
1/2 yard binding fabric

**Cutting instructions**

*Centers:* Cut 9 squares 4" x 4".
*"Spool" logs:* Cut 2 sets for each spool block = 18 sets.
    1" x 5"
    1" x 6"
    1" x 7"
*Background logs:* Cut 18 sets from black.
    1" x 4"
    1" x 5"
    1" x 6"



*Sashing:* Cut 6 strips 1 1/2" x 7" and 2 strips 1 1/2" x 22" from black.
*Inner border:* Cut 2 strips 1 1/2" x 22" and 2 strips 1 1/2" x 24" from black.
*Accent border:* Cut 2 strips 1 1/2" x 24" and 2 strips 1 1/2" x 26" from one of the solid colors.
*Outer border:* Cut 2 strips 3 1/2" x 26" and 2 strips 3 1/2" x 32" from black.

## Courthouse Stars (page 69)

With its large unpieced squares and rectangles, this quilt top that can be quickly assembled. Use an active print for the unpieced background areas, as Karen did, or use a solid fabric and fill it with hand quilting.



| Quilt size | 62" x 62" |
| --- | --- |
| Number of blocks | 16 |
| Block size | 9" finished |
| Log width | 1" finished |
| Number of rounds | 4 |
| Border | 4" |

**Fabric required**
2 yards medium fabric for background
2 1/4 yards dark fabric for star points and border
3/4 yard light fabric
4 yards backing fabric
1/2 yard binding fabric

### Cutting instructions

Speed piece the centers and the first pair of dark logs. Make 1 1/2 strip units from 1 1/2"-wide selvage-to-selvage cuts of medium background fabric and dark fabric, as illustrated. Press seam allowances toward the dark fabric strips. Make 32 crosscuts each 1 1/2" wide.

*Dark logs:* Cut 32 sets from dark fabric.
1 1/2" x 3 1/2"
1 1/2" x 5 1/2"
1 1/2" x 7 1/2"

*Medium logs:* Cut 16 sets from medium background fabric.
1 1/2" x 3 1/2"
1 1/2" x 5 1/2"
1 1/2" x 7 1/2"
1 1/2" x 9 1/2"

*Light logs:* Cut 16 sets from light fabric.
1 1/2" x 3 1/2"
1 1/2" x 5 1/2"
1 1/2" x 7 1/2"
1 1/2" x 9 1/2"

*Border strips:* Piece 2 strips 4 1/2" x 54 1/2" and 2 strips 4 1/2" x 62 1/2".

## Fish Maze (page 68)

This pillow top is made of four small Spiral Courthouse Steps blocks with sashing strips to complete the design. Use a pillow form in a size slightly larger than the cover for a plump and smooth pillow.

| Pillow size | 17" x 17" |
| --- | --- |
| Number of blocks | 4 |
| Block size | 5" finished |
| Log width | 1" finished |
| Border | 1" sashing strips and inner border; |
| | 2" outer border (or as desired) |

**Fabric required**
1/4 yard light fabric
3/4 yard dark fabric (includes pillow back)
18" pillow form

### Cutting instructions

NOTE: Cut your pillow back first, then the pillow border. Cut the logs from the remaining fabric.

*Logs:* Cut 4 sets from dark and 4 from light.
1 1/2" x 1 1/2" (center)
1 1/2" x 2 1/2"
1 1/2" x 3 1/2"
1 1/2" x 4 1/2"
1 1/2" x 5 1/2" (cut 4 dark only)

Piece the blocks as illustrated; piece 2 of A and 2 of B.

*Sashing:* From light cut 2 strips 1 1/2" x 5 1/2". From dark cut one strip 1 1/2" x 11 1/2".
*Inner border:* From light cut 2 strips 1 1/2" x 11 1/2" and 2 strips 1 1/2" x 13 1/2".
*Outer border:* From dark cut 2 strips 2 1/2" x 13 1/2" and 2 strips 2 1/2" x 17 1/2".

# EXHIBIT "M"



# LOG CABINS

## New Techniques for Traditional Quilts

**Janet Kime**

## Credits

Photography          Mark Frey
Illustrations        Chuck Eng, Janet Kime
Hand model           Rochelle Munger

Photograph of the author by Ted Larson. Cover design by Chuck Eng.

## Acknowledgments

Many thanks to those of my students, family, and friends who completed quilts for this book, sometimes under duress! Your suggestions and good humor were always appreciated.

Joel Patz, Virginia Morrison, and Ken Etzkorn read the manuscript and made valuable comments.
Thanks also to Dick Newcomb, The Guru of Grammar.

My deepest gratitude to Marilyn Doheny, my first, best, and favorite quilting teacher, for her continuing encouragement and support.

Quilts not otherwise identified are by the author. The following people generously allowed the quilts they own to appear in this book: Barbara Felker, Don and Rachel Goldstein, Tom and Margaret Hodnett, Ric Hoffman, Donna Klemka and Martin Baker, Lindsay Michimoto, Sharon Redeker, and Connor Tee.

*Front cover: **Vashon Interweave**, page 107.*
*Back cover: **Red Hot Stars**, 1991, 55" x 64". Directions on page 132.*

Log Cabins: New Techniques for Traditional Quilts©
©1992 by Janet Kime



Cutting Edge Quilt Designs, Inc.
P.O. Box 75
Edmonds, Washington  98020

Printed in Hong Kong

No part of this product may be reproduced in any form, unless otherwise stated, in which case reproduction is limited to the use of the purchaser. The written instructions, photographs, designs, projects, and patterns are intended for the personal use of the retail purchaser and are under federal copyright laws; they are not to be reproduced by any electronic, mechanical, or other means, including informational storage or retrieval systems, for commercial use.

Kime, Janet
      Log Cabins / Janet Kime; [photography, Mark Frey; illustration and graphics, Chuck Eng, Janet Kime].
      p.   cm.
   ISBN 0-945169-11-6:
   1. Quilting—Patterns. 2. Patchwork—Patterns.  I. Title.

Library of Congress Catalog Card Number 92-72474

# EXHIBIT "O"



*Scrappy Spools, 1989, 42" x 42". Bright primary colors against black make a vivid wall quilt. Assembled by the machine quilt-as-you-go technique. Instructions on page 42.*



*Amish Spools by Virginia Morrison, Seattle, Washington, 1991, 32" x 32". Small Courthouse Steps blocks (the logs are only ¹/₂" finished) in Amish solids. Instructions on page 43.*



*Spiral Placemats*, 1992, 13" x 19". *The machine quilt-as-you-go technique makes these placemats a quick project. Instructions on page 47.*

*Yellow Spools* by Lorraine Herge, Concord, North Carolina, and Janet Kime, 1991, 71" x 71". *Sashing strips separate Courthouse Steps blocks that imitate spools of thread. The striking border is a combination of log cabin and Courthouse Steps blocks. Instructions on page 42.*



# EXHIBIT

## "P"

NOV. 8.2004  11:44AM    CANTOR COLBURN LLP 860-286-0115

## LOG CABIN "SPOOLS"

Jo Ann Pelletier   413-567-7146

The basic pattern is from "Log Cabins" by Janet Kime.

The spools will need "sashing" between them to have them really stand out!  You might want the same width as the "logs" in the spools OR wider – experiment!

Several different size blocks follow –
The ½" seam is <u>very</u> important on the 1" and 3/4" logs – a good challenge for you!

| BLOCK SIZE | CENTER SQUARE | LOG WIDTH | FIRST ROUND | SECOND ROUND | THIRD ROUND |
|---|---|---|---|---|---|
| 13" (13½") | cut 7½" sq | cut 1½" | 9½" sq. | 11½" sq. | 13½" sq. |
| 6½" (7") | cut 4" sq. | cut 1" | 5" sq. | 6" sq. | 7" sq. |
| 5½" (5 3/4") | 2 3/4" sq | cut 1" | 3 3/4" sq. | 4 3/4" sq. | 5 3/4" sq. |
| 3 3/4" (4½") | 2 3/4" sq. | cut 3/4" | 3½" sq. | 3 3/4" sq. | 4½" sq. |

(be <u>very</u> careful about the ½" seam on this size!)

## CONSTRUCTION

The block is a "courthouse steps" construction.  Cut the "center" square (I like to use stripes with the lines going "around" to look like thread).

I haven't given the size logs to cut, because I found it easier to "square" the blocks after sewing <u>each</u> round.  The size to square the block is given in the chart above.  Any slight "mistake" can be corrected, making the block come out very accurate.

You will need spool, thread, and background fabrics.  A scrap look can be used on the spool part if you would like (makes more interest).

Start by sewing a "background" log to each side, then a "spool" log to the top and bottom.  Check the "size" and square the block.  Repeat for the second round, square the block.  Then the last round, square the block, and everything should be very accurate.

Add "sashing" or use the spools in a border.

5¼" ONLY





PEL 025

OTE on 3 3/4 ONLY

Trim ¼" seam down to '/8" on this one only (after sew...

CABIN SPOOLS

Jolenn Pellerie
413 567 7146

to be used in

— L. C. SAMPLER —

12" finished block — MADE WITH 4 spools
(12½" incl ¼" seams)

<u>cut</u> 3½" center "THREADS"
<u>cut</u> logs 1" wide (finish ½")

4, 6" blocks



12"

↓ dk spools

Courthouse step
Construction

Make 4 spools that
will finish to
be 6" square
(6½" incl ¼" seams)

bkgd
ground →



6" (6½" incl ¼" sea

Round 1 — 4½" sq.
"       2 — 5½" sq.
"       3 — 6½" sq.

PEL 026

# EXHIBIT

# "Q"

# *Chitra*
## Publications

Tel: (570) 278-1984
Fax: (570) 278-2223

2 Public Avenue, Montrose, PA 18801-1220

e-mail: chitra@epix.net
www.QuiltTownUSA.com

**COPY**

September 29, 2004

Deborah A. Basile
Doherty, Wallace, Pillsbury and Murphy, P.C.
Attorneys at Law
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

Dear Ms. Basile:

I just received your letter describing Ms. JoAnn Pelletier's concern about copyright infringement. As you stated in your letter, you are correct in assuming there is a contract in which Ms. Sandra Talbot gave Chitra Publications the right to publish a photograph and pattern of her quilt entitled "Just Spooling Around." However, in that contract Ms. Talbot did not claim it as her original design. Instead, she wrote that it is her interpretation of the Courthouse Steps pattern. This traditional pattern has been in the public domain for nearly two centuries.

Enclosed is a photocopy of an antique Courthouse Steps quilt that was made circa 1870. I have seen numerous others in which the size of the pieces vary. The slight difference between Ms. Talbot's Courthouse Steps blocks and the antique version is that hers are separated with sashing and cornerstones. Virtually millions of other quilts made with traditional blocks are separated in a similar way. Neither Ms. Talbot nor Ms. Pelletier can make claims to owning the copyright to this traditional pattern. It is also valid to note that Ms. Pelletier did not even make a quilt from the traditional block to which she is claiming the copyright.

It is clear that this is a personal matter to be settled between Mrs. JoAnn Pelletier and Mrs. Sandra Talbot, but not with Chitra Publications.

Sincerely,

Christiane Meunier, Publisher

Cc: Sandra Talbot

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

JOANN PELLETIER          :
    Plaintiff          :
                 :
                 :
    v.          : CIVIL ACTION NO. 05-30109 MAP
                 :
                 :
SANDRA TALBOT and          :
                 :
CHITRA PUBLICATIONS, et. al. ,          :
    Defendants          :

## CERTIFICATE OF SERVICE

I, Joseph D. Buckley, Esquire, hereby certify that a true and correct copy of the

foregoing pleading in the above captioned matter was  served on the following persons by

means of United States First Class Mail, postage prepaid:

Claire L. Thompson,Esquire
Doherty, Wallace Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

Steven M. Colye, Esquire
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Maurice M. Cahillane, Jr.
Egan, Flanagan & Cohen P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

Date: 5 - 15-06

_____
Joseph D. Buckley, Esquire
Attorney for Defendants Chitra Publications,
Chariot Publishing, Inc., and Christiane Meunier
d/b/a Moon Over Mountian