IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOANN PELLETIER<br>Plaintiff<br><br>v.<br><br>SANDRA TALBOT and<br><br>CHITRA PUBLICATIONS, et. al.,<br>Defendants | CIVIL ACTION NO. 05-30109 MAP |

### CERTIFICATE OF SERVICE

I, Joseph D. Buckley, Esquire, hereby certify that a true and correct copy of the foregoing Response to Motion for Preliminary Injunction and Memorandum in Opposition thereto in the above captioned matter was served on the following persons by means of United States First Class Mail, postage prepaid:

Claire L. Thompson, Esquire
Doherty, Wallace Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

Steven M. Colye, Esquire
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Maurice M. Cahillane, Jr.
Egan, Flanagan & Cohen P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

Date: 5-15-06

_____
Joseph D. Buckley, Esquire
Attorney for Defendants Chitra Publications,
Chariot Publishing, Inc., and Christiane Meunier
d/b/a Moon Over Mountian