THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                             CIVIL ACTION NO. 3:05-CV-30109-MAP

| |
|---|
| JOANN PELLETIER,<br>           Plaintiff<br><br>vs.<br><br>SANDRA T. TALBOT, CHITRA PUBLICATIONS, CHARIOT PUBLISHING, INC. As General Partner of Chitra Publications, CHRISTIANE MEUNIER, As Officer of Chariot Publishing, Inc., CHRISTIANE MEUNIER, As Owner of Chitra Publications, and CHRISTIANE MEUNIER d/b/a MOON OVER MOUNTAIN,<br>           Defendants |

## PLAINTIFF'S MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Now comes the Plaintiff, JoAnn Pelletier, and respectfully requests that this Honorable Court reschedule the Case Management Conference currently scheduled for June 29, 2006 at 12:15 p.m. in Courtroom 3. In support of this motion, the Plaintiff states that her counsel is scheduled for a prepaid vacation from June 25th through July 1, 2006 and will not be in the Commonwealth of Massachusetts during that time. Counsel wishes to be present to handle the Case Management Conference since she has been conducting discovery and will be the individual trying the case on behalf of Ms. Pelletier.

313083.1

WHEREFORE, the Plaintiff hereby moves to reschedule the June 29th Case Management Conference.

>THE PLAINTIFF
>JOANN PELLETIER
>
>By __/s/ Claire L. Thompson_____
>　　Claire L. Thompson
>　　Doherty, Wallace, Pillsbury
>　　 & Murphy, P.C.
>　　1414 Main Street, 19th Floor
>　　Springfield, MA 01144-1900
>　　(413) 733-3111
>　　(413) 734-3910 Fax
>　　B.B.O. #550262

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned hereby certify pursuant to Local Rule 7.1(a)(2) that:

On June 14th, 19th and 20th, 2006, counsel for the parties conferred relative to mutually convenient dates for the case management conference currently scheduled for June 29, 2006. Counsel for the parties are available on July 20th and July 21st, 2006.

| | |
|---|---|
| I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on June 20, 2006 | /s/ JoAnn Pelletier<br>_____<br>JoAnn Pelletier |
| /s/ Claire L. Thompson<br>_____<br>Claire L. Thompson, Esq. | THE PLAINTIFF<br>BY HER ATTORNEY,<br><br>/s /Claire L. Thompson<br>_____<br>Claire L. Thompson, Esquire |