IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOANN PELLETIER,<br>Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 05-30109-MAP |
| SANDRA TALBOT,<br>Defendant | :<br>:<br>: |
| CHITRA PUBLICATIONS, et. al.,<br>Defendants and Third Party<br>Plaintiffs | :<br>:<br>:<br>: |
| v. | : |
| SANDRA TALBOT,<br>Third Party Defendant | :<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Motion for Leave of Court to Cause a Summons and Third Party Complaint to be Served Upon Third Party Defendant and a Brief in Support of the Motion in the above mentioned case was duly served on the following persons at the following addresses by means of United States First Class Mail, prepaid:

Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
Suite 1900
Springfield, MA 01144-1900

Steven M. Coyle, Esquire
Cantor Colburn, LLP
55 Griffin Road South
Bloomfield, CT 06002

Date: July 11, 2006

Joseph D. Buckley, Esquire
Attorney for Chitra Publications
ID# 38444
1237 Holly Pike
Carlisle, PA 17013
(717) 249-2448
JoeBLaw@aol.com