THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION　　　　　　　　　　　　CIVIL ACTION NO. 3:05-CV-30109-MAP

JOANN PELLETIER　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　Plaintiff,　　　　　　　）
　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
SANDRA T. TALBOT, CHITRA　　　　　　）
PUBLICATIONS, CHARIOT PUBLISHING, INC.）
As General Partner of Chitra Publications,　）
CHRISTIANE MEUNIER, As Officer of Chariot ）
Publishing, Inc., CHRISTIANE MEUNIER, As　）
Owner of Chitra Publications, and CHRISTIANE ）
MEUNIER d/b/a MOON OVER MOUNTAIN,　　）
　　　　　　　Defendants.　　　　　　）

**DEFENDANT, SANDRA T. TALBOT'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT, CHITRA PUBLICATION'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

Now comes the Defendant, Sandra T. Talbot ("Talbot"), in the above referenced matter and hereby respectfully requests that this Honorable Court grant an extension of time to respond to the Co-defendants Chitra Publications, Chariot Publishing, Inc., Christiane Meunier d/b/a Moon Over Mountain's (collectively "Chitra's"), Motion for Leave to File a Third Party Complaint. In particular, Talbot requests that the due date for her response to said Motion currently set for July 25, 2006, be extended by one week to and including August 1, 2006.

In support of this Motion, Chitra's Motion for Leave to File Third Party Complaint against Talbot and supporting memorandum were filed and served on or about July 11, 2006 while Talbot's counsel was on a previously arranged vacation during the entire week of July 10, 2006. As a result, Talbot requires additional time to prepare an appropriate response.

1

Counsel for Chitra has assented to this extension of time and, therefore, it is not believed that any party will be prejudiced by the allowance of this Motion.

WHEREFORE, for the foregoing reasons, Talbot respectfully requests that this Honorable Court grant her an extension from July 25, 2006 to and including August 1, 2006 to respond to Chitra's Motion for Leave to File Third Party Complaint.

Respectfully Submitted,

Sandra T. Talbot
Defendant

By: _____
Steven M. Coyle
CT Fed. Bar #21030
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by Facsimile and U.S. Mail on the 19th day of July, 2006.

_____
Steven M. Coyle, Esq.