UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOANN PELLETIER,<br>    Plaintiff | )<br>)<br>)<br>) | |
| v. | ) | Civil Action No.  05-30109-MAP |
| | )<br>) | |
| CHITRA PUBLICATIONS, et al.,<br>    Defendants and<br>    Counterclaimants | )<br>)<br>)<br>)<br>) | |
| v. | )<br>)<br>) | |
| JOANNE PELLETIER,<br>    Counterdefendant | )<br>) | |

SCHEDULING ORDER
July 21, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1.  All non-expert discovery shall be completed by September 29, 2006.

2.  Plaintiff shall designate and disclose information regarding her trial experts as required by Fed. R. Civ. P. 26(a)(2) by October 13, 2006, and depositions of those witnesses shall be completed by November 10, 2006.

3.  Defendants shall designate and disclose information regarding their trial experts as required by Fed. R. Civ. P. 26(a)(2) by December 8, 2006,  and depositions of those witnesses shall be completed by January 10, 2007.

4.    Counsel shall appear for a case management conference on January 16, 2007, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: July 21, 2006                             /s/ Kenneth P. Neiman
                                                 KENNETH P. NEIMAN
                                                 U.S. Magistrate Judge