

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOANN PELLETIER<br>Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 05-30109 MAP<br>: |
| SANDRA TALBOT,<br>Defendant | :<br>:<br>: |
| CHITRA PUBLICATIONS, et. al.,<br>Defendants and Third Party<br>Plaintiffs | :<br>:<br>:<br>: |
| v. | :<br>: |
| SANDRA TALBOT,<br>Third Party Defendant | :<br>: |

## **WITHDRAW OF MOTION FOR LEAVE OF COURT TO FILE A THIRD PARTY COMPLAINT**

TO THE CLERK OF COURTS:

Please withdraw the Motion for Leave of Court to File a Third Party Complaint filed on behalf of Defendants, Chitra Publications, Chariot Publishing, Inc., and Christiane Meunier d/b/a Moon Over Mountain in this matter.

Thank you.

Date: July 27, 2006

Joseph D. Buckley, Esquire
1237 Holly Pike
Carlisle, PA 17013
(717) 249-2448
JoeBLaw@aol.com
Attorney for Chitra Publications,
Chariot Publishing, Inc., and
Christiane Meunier d/b/a Moon Over Mountain