IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

JOANN PELLETIER,             :
        Plaintiff            :
                             :
        v.                   :   CIVIL ACTION NO. 05-30109-MAP
                             :
SANDRA TALBOT,               :
        Defendant            :
                             :
CHITRA PUBLICATIONS, et. al.,  :
        Defendants and Third Party  :
        Plaintiffs           :
                             :
        v.                   :
                             :
SANDRA TALBOT,               :
        Third Party Defendant  :

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Withdraw of Motion for Leave of Court to File a Third Party Complaint in the above mentioned case was duly served on the following persons at the following addresses by means of United States First Class Mail, prepaid:

> Claire L. Thompson, Esquire
> Doherty, Wallace, Pillsbury and Murphy, P.C.
> One Monarch Place
> Suite 1900
> Springfield, MA  01144-1900

> Steven M. Coyle, Esquire
> Cantor Colburn, LLP
> 55 Griffin Road South
> Bloomfield, CT  06002

Date:   July 31, 2006

Joseph D. Buckley, Esquire
Attorney for Chitra Publications
ID# 38444
1237 Holly Pike
Carlisle, PA 17013
(717) 249-2448
JoeBLaw@aol.com