IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

JOANN PELLETIER
   Plaintiff

v.     CIVIL ACTION NO. 05-30109 MAP

SANDRA TALBOT,
   Defendant

CHITRA PUBLICATIONS, et. al.,
   Defendants and Third Party Plaintiffs

v.

SANDRA TALBOT,
   Third Party Defendant

## WITHDRAW COUNTER CLAIM

TO THE CLERK OF COURTS:

    Please withdraw the Counter Claim filed on behalf of Defendants, Chitra Publications, Chariot Publishing, Inc., and Christiane Meunier d/b/a Moon Over Mountain, against Plaintiff, Joanne Pelletier, in this matter.

Thank you.

Date: July 27, 2006

                              Joseph D. Buckley, Esquire
                              1237 Holly Pike
                              Carlisle, PA 17013
                              (717) 249-2448
                              JoeBLaw@aol.com
                              Attorney for Chitra Publications,
                              Chariot Publishing, Inc., and
                              Christiane Meunier d/b/a Moon Over Mountain