IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOANN PELLETIER,<br>Plaintiff | : <br> : <br> : |
| v. | : CIVIL ACTION NO. 05-30109-MAP <br> : |
| SANDRA TALBOT,<br>Defendant | : <br> : <br> : |
| CHITRA PUBLICATIONS, et. al.,<br>Defendants and Third Party<br>Plaintiffs | : <br> : <br> : <br> : |
| v. | : <br> : |
| SANDRA TALBOT,<br>Third Party Defendant | : <br> : |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of and Withdraw Counter Claim in the above mentioned case was duly served on the following persons at the following addresses by means of United States First Class Mail, prepaid:

    Claire L. Thompson, Esquire
    Doherty, Wallace, Pillsbury and Murphy, P.C.
    One Monarch Place
    Suite 1900
    Springfield, MA  01144-1900

    Steven M. Coyle, Esquire
    Cantor Colburn, LLP
    55 Griffin Road South
    Bloomfield, CT  06002

Date:  July 31, 2006

                                          Joseph D. Buckley, Esquire
                                          Attorney for Chitra Publications
                                          ID# 38444
                                          1237 Holly Pike
                                          Carlisle, PA 17013
                                          (717) 249-2448
                                          JoeBLaw@aol.com