THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                           CIVIL ACTION NO. 3:05-CV-30109-MAP

| | |
|---|---|
| JOANN PELLETIER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SANDRA T. TALBOT, CHITRA | ) |
| PUBLICATIONS, CHARIOT PUBLISHING, INC. | ) |
| As General Partner of Chitra Publications, | ) |
| CHRISTIANE MEUNIER, As Officer of Chariot | ) |
| Publishing, Inc., CHRISTIANE MEUNIER, As | ) |
| Owner of Chitra Publications, and CHRISTIANE | ) |
| MEUNIER d/b/a MOON OVER MOUNTAIN, | ) |
| Defendants. | ) |

## DEFEDNANT'S ASSENTED TO MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR REAL ESTATE ATTACHMENT

NOW COMES, the defendant, Sandra Talbot, and respectfully request that this Honorable Court continue the hearing on Plaintiff's Motion for Real Estate Attachment, presently scheduled for December 8, 2006, until December 13, 2006 at 11:30 a.m.

In support of this Motion, Ms. Talbot states that this continuance is requested to accommodate the schedule of her counsel, who is not available on December 8, 2006.

The undersigned counsel has conferred with counsel for the Plaintiff, who has no objection to rescheduling the hearing to December 13, 2006 at 11:30 a.m., and who assents to the allowance of this motion. Therefore, no party will be prejudice by the allowance of this motion.

2

WHEREFORE, for all of the above reasons, the defendant, Sandra Talbot, respectfully requests that this Honorable Court continue the hearing on Plaintiff's Motion for Real Estate Attachment to December 13, 2006 at 11:30 a.m.

        Respectfully Submitted,

        Sandra T. Talbot
        Defendant

        By:  /Steven M. Coyle/
        Steven M. Coyle
        CT Fed. Bar #21039
        CANTOR COLBURN LLP
        55 Griffin Road South
        Bloomfield, CT 06002
        (860) 286-2929

## CERTIFICATE OF SERVICE

I, Steven M. Coyle, Esq., counsel to Defendant Sandra Talbot, in the above-captioned matter, hereby certify that, on the 6th day of December, 2006, I served a copy of the foregoing document via the ECF system upon:

Claire Thompson, Esq.
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144

/Steven M. Coyle/
Steven M. Coyle