UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                                     CIVIL ACTION NO. 3:05-CV-30109-MAP

| |
|---|
| JOANN PELLETIER,<br>          Plaintiff<br><br>vs.<br><br>SANDRA T. TALBOT, CHITRA PUBLICATIONS, CHARIOT PUBLISHING, INC. As General Partner of Chitra Publications, CHRISTIANE MEUNIER, As Officer of Chariot Publishing, Inc., CHRISTIANE MEUNIER, As Owner of Chitra Publications, and CHRISTIANE MEUNIER d/b/a MOON OVER MOUNTAIN,<br>          Defendants |

**ASSENTED TO MOTION TO POSTPONE THE PLAINTIFF'S MOTION FOR REAL ESTATE ATTACHMENT OF THE DEFENDANT TALBOT**

NOW COMES the Plaintiff, with the assent of the Defendant Talbot, in the above-entitled matter and respectfully requests that this Honorable Court postpone the hearing date in the above motion from Wednesday, December 13, 2006 until mutually convenient dates in January 2007.

In support thereof, the Plaintiff states that her counsel has a scheduling conflict for December 13, 2006 and is attempting to settle the dispute.

333987.1

WHEREFORE, the Plaintiff moves this Honorable Court to postpone the above hearing date.

DATED:  December 12, 2006

| THE PLAINTIFF | Assented to: |
| JOANN PELLETIER | DEFENDANT |
| | SANDRA T. TALBOT |

By   _____/s/__Claire L. Thompson
    Claire L. Thompson              By   ____/s/ ____Steven M. Coyle_____
    Doherty, Wallace, Pillsbury           Steven M. Coyle, Esq.
      & Murphy, P.C.                   Cantor Colburn, LLP
    1414 Main Street, 19th Floor          55 Griffin Road South
    Springfield, MA 01144-1900          Bloomfield, CT 06002
    (413) 733-3111                        (860) 286-2929
    (413) 734-3910 Fax                  (860) 286-0115 Fax
    B.B.O. #550262                       CT Fed. Bar #21039

<u>CERTIFICATE OF SERVICE</u>

    I, Claire L. Thompson, do hereby certify that I have caused a copy of the foregoing to be electronically served, on December 12, 2006 to:

| | |
|---|---|
| Steven M. Coyle, Esq.<br>Cantor Colburn, LLP<br>55 Griffin Road South<br>Bloomfield, CT 06002 | Joseph D. Buckley, Esq.<br>1237 Holly Pike<br>Carlisle, PA 17013 |

                                                                                                                      /s/ <u>Claire L. Thompson</u><br>
                                                                                                Claire L. Thompson