# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

| | | |
|---|---|---|
| PAUL S. DOHERTY<br>PHILIP J. CALLAN, JR<br>GARY P. SHANNON<br>ROBERT L. LEONARD<br>A. CRAIG BROWN<br>L. JEFFREY MEEHAN<br>JOHN J. McCARTHY<br>DAVID J. MARTEL‡<br>BARRY M. RYAN<br>DEBORAH A. BASILE†<br>PAUL M. MALECK<br>CLAIRE L. THOMPSON<br>W. GARTH JANES**<br>GREGORY A. SCHMIDT<br>MICHAEL K. CALLAN*<br>MICHAEL D. SWEET*<br>BERNADETTE HARRIGAN‡<br>THOMAS M. GROWHOSKI<br>BRENDA S. DOHERTY<br>MICHELE A. ROOKE<br>KAREN K. CHADWELL*†<br>GREGORY M. SCHMIDT<br>REBECCA L. BOUCHARD* | ATTORNEYS AT LAW<br>ONE MONARCH PLACE, SUITE 1900<br>SPRINGFIELD, MASSACHUSETTS 01144-1900<br>TELEPHONE (413) 733-3111<br>FAX (413) 734-3910<br><br>60 STATE STREET<br>NORTHAMPTON, MA 01060<br>TELEPHONE (413) 584-1500<br>FAX (413) 584-1670<br><br>www.dwpm.com | MATTHEW J. RYAN, JR.<br>OF COUNSEL<br>ROSEMARY CROWLEY***<br>COUNSEL<br><br>DUDLEY B. WALLACE<br>(1900-1987)<br>LOUIS W. DOHERTY<br>(1898-1990)<br>FREDERICK S. PILLSBURY<br>(1919-1996)<br>ROBERT E. MURPHY<br>(1919-2003)<br>SAMUEL A. MARSELLA<br>(1931-2004)<br><br>† REGISTERED PATENT ATTORNEY<br>* ALSO ADMITTED IN CONNECTICUT<br>‡ ALSO ADMITTED IN NEW YORK<br>** ALSO ADMITTED IN DISTRICT OF COLUMBIA<br>*** ALSO ADMITTED IN SOUTH CAROLINA |

January 16, 2007

Via Facsimile: 785-0204
and U.S. Mail

The Clerk's Office
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

RE: *JoAnn Pelletier v. Chitra Publications, Christiane Meunier and Sandra Talbot*
    U.S. District Court – Docket No: 05-30109-MAP

Dear Sir/Madam:

Please be advised that the above-entitled matter which is presently scheduled for a Case Management Conference and Hearing on Motion to Attach Real Estate of Sandra Talbot on January 19, 2007 at 10:30 a.m. before Magistrate Judge Neiman has been settled. Kindly issue a 30 Day Order.

Thank you for your courtesy and cooperation in this regard.

Very truly yours,

Claire L. Thompson

CLT/sb
cc: Steven M. Coyle, Esq.
    Joseph D. Buckley, Esq.

337182.1