## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JoANN PELLETIER
        Plaintiff

V.                                            CIVIL ACTION NO.  05-30109-MAP

CHITRA PUBLICATIONS, ET AL
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.

    The Court having been advised on January 17, 2007 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                                          By the Court,

January 17, 2007                                   /s/   Mary Finn
Date                                                     Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                                          [stlmtodism.]