UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| WESTERN DIVISION | CIVIL ACTION NO. 3:05-CV-30109-MAP |
|---|---|

| | |
|---|---|
| JOANN PELLETIER,<br>　　　　Plaintiff<br><br>vs.<br><br>SANDRA T. TALBOT, CHITRA PUBLICATIONS, CHARIOT PUBLISHING, INC. As General Partner of Chitra Publications, CHRISTIANE MEUNIER, As Officer of Chariot Publishing, Inc., CHRISTIANE MEUNIER, As Owner of Chitra Publications, and CHRISTIANE MEUNIER d/b/a MOON OVER MOUNTAIN,<br>　　　　Defendants | **MOTION TO EXTEND DEADLINE FOR FILING STIPULATION OF DISMISSAL** |

　　　　NOW COMES the Plaintiff in the above-entitled matter and respectfully requests that this Honorable Court extend the deadline for the filing of the parties' Stipulation of Dismissal an additional 45 days. In support thereof, the Plaintiff states that the parties continue to exchange and negotiate the language of the Releases to be signed by the parties. The Releases have yet to be finalized and executed by the parties. Further, the language of the Releases calls for payment to be made within 30 days of execution of the Releases. The Plaintiff anticipates finalization of the language of the Releases within the next two weeks with payment to be made 30 days following full execution.

　　　　WHEREFORE, the Plaintiff hereby moves for a further extension for filing of the parties' Stipulation of Dismissal until April 9, 2007.

DATED: February 22, 2007
　　　　　　　　　　　　　　　　　　　THE PLAINTIFF
　　　　　　　　　　　　　　　　　　　JOANN PELLETIER

　　　　　　　　　　　　　　　By _____/s/__Claire L. Thompson
　　　　　　　　　　　　　　　　　Claire L. Thompson
　　　　　　　　　　　　　　　　　Doherty, Wallace, Pillsbury
　　　　　　　　　　　　　　　　　　 & Murphy, P.C.
　　　　　　　　　　　　　　　　　1414 Main Street, 19th Floor
　　　　　　　　　　　　　　　　　Springfield, MA 01144-1900
　　　　　　　　　　　　　　　　　(413) 733-3111
　　　　　　　　　　　　　　　　　(413) 734-3910 Fax
　　　　　　　　　　　　　　　　　B.B.O. #550262