UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION  CIVIL ACTION NO. 3:05-CV-30109-MAP

JOANN PELLETIER,
    Plaintiff

vs.

SANDRA T. TALBOT, CHITRA
PUBLICATIONS, CHARIOT PUBLISHING,
INC. As General Partner of Chitra
Publications, CHRISTIANE MEUNIER, As
Officer of Chariot Publishing, Inc.,
CHRISTIANE MEUNIER, As Owner of
Chitra Publications, and CHRISTIANE
MEUNIER d/b/a MOON OVER MOUNTAIN,
    Defendants

**STIPULATION OF DISMISSAL**

    Now come the parties to the above-entitled action and, pursuant to the provisions of F.R. Civ. P. 41(a)(1), hereby stipulate that said action be dismissed, including all claims, cross-claims, third-party claims, and counterclaims related to the matters asserted in this action, with prejudice and with each party to bear its own costs. All notice and rights of appeal are hereby waived.

DATED:    March 30, 2007

| THE PLAINTIFF<br>JOANN PELLETIER | DEFENDANT<br>SANDRA T. TALBOT |
|---|---|
| By *Claire L. Thompson* (signature)<br>Claire L. Thompson<br>Doherty, Wallace, Pillsbury<br>  & Murphy, P.C.<br>1414 Main Street, 19th Floor<br>Springfield, MA 01144-1900<br>(413) 733-3111<br>(413) 734-3910 Fax<br>B.B.O. #550262 | By (signature)<br>Steven M. Coyle, Esq.<br>Cantor Colburn, LLP<br>55 Griffin Road South<br>Bloomfield, CT 06002<br>(860) 286-2929<br>(860) 286-0115 Fax<br>CT Fed. Bar #21039 |

DEFENDANTS
CHITRA PUBLICATIONS, CHARIOT PUBLISHING, INC. As General Partner of Chitra Publications, CHRISTIANE MEUNIER, As Officer of Chariot Publishing, Inc., CHRISTIANE MEUNIER, As Owner of Chitra Publications, and CHRISTIANE MEUNIER d/b/a MOON OVER MOUNTAIN

By _____
Joseph D. Buckley, Esq.
1237 Holly Pike
Carlisle, PA 17013
(717) 249-2448
(717) 249-4103 Fax
PA Bar I.D. #38444